Sujata Sidhu Gibson, Esq.
The Gibson Law Firm, PLLC
PO Box 430
Ithaca, NY 14851
Tel: (607) 327-4125
Fax: (607) 238-4689

sujata@gibsonfirm.law

Michael Sussman, Esq.
Sussman & Associates
1 Railroad Ave, Suite 3
PO Box 1005
Goshen, NY 10924
(845) 294-3991

sussman1@frontiernet.net

Robert F. Kennedy, Jr. Esq.
Mary Holland, Esq.
Children's Health Defense
1227 Peachtree Parkway, Suite 202
Peachtree, GA 30269
mary.holland@childrenshealthdefense.org

*Attorneys for Plaintiffs and Proposed Plaintiff Class*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE on behalf of herself and her minor child; JANE BOE, Sr. on behalf of herself and her minor child; JOHN COE, Sr. and JANE COE, Sr. on behalf of themselves and their minor children; JOHN FOE, Sr. on behalf of himself and his minor child; JANE GOE, Sr. on behalf of herself and her minor child; JANE LOE on behalf of herself and her medically fragile child; JANE JOE on behalf of herself and her medically fragile child; CHILDRENS HEALTH DEFENSE, and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> HOWARD ZUCKER, in his official capacity as Commissioner of Health for the State of New York; ELIZABETH RAUSCH-PHUNG, M.D., in her official capacity as Director of the Bureau of Immunizations at the New York State Department of Health; the NEW YORK STATE DEPARTMENT OF HEALTH; THREE VILLAGE CENTRAL SCHOOL DISTRICT; CHERYL PEDISICH, acting in her official capacity as Superintendent, Three Village Central School District; CORINNE KEANE, acting in her official capacity as Principal, Paul J. Gelinas Jr. High School, Three Village Central School District; LANSING CENTRAL SCHOOL DISTRICT; CHRIS | Civil Action No.: 1:20-CV-0840 (BKS/CFH) <br><br> **NOTICE OF PLAINTIFFS' MOTION FOR LEAVE TO PROCEED BY PSEUDONYM** |

NOTICE OF PLAINTIFFS' MOTION FOR LEAVE TO PROCEED BY PSEUDONYM - 1

PETTOGRASSO, acting in her official capacity as Superintendent, Lansing Central School District; CHRISTINE REBERA, acting in her official capacity as Principal, Lansing Middle School, Lansing Central School District; LORRI WHITEMAN, acting in her official capacity as Principal, Lansing Elementary School, Lansing Central School District; PENFIELD CENTRAL SCHOOL DISTRICT; DR. THOMAS PUTNAM, acting in his official capacity as Superintendent, Penfield Central School District; SOUTH HUNTINGTON SCHOOL DISTRICT; DR. DAVID P. BENNARDO, acting in his official capacity as Superintendent, South Huntington School District; BR. DAVID MIGLIORINO, acting in his official capacity as Principal, St. Anthony's High School, South Huntington School District; ITHACA CITY SCHOOL DISTRICT; DR. LUVELLE BROWN, acting in his official capacity as Superintendent, Ithaca City School District; SUSAN ESCHBACH, acting in her official capacity as Principal, Beverly J. Martin Elementary School, Ithaca City School District; SHENENDEHOWA CENTRAL SCHOOL DISTRICT; DR. L. OLIVER ROBINSON, acting in his official capacity as Superintendent, Shenendehowa Central School District; SEAN GNAT, acting in his official capacity as Principal, Koda Middle School, Shenendehowa Central School District; ANDREW HILLS, acting in his official capacity as Principal, Arongen Elementary School, Shenendehowa Central School District; COXSACKIE-ATHENS SCHOOL DISTRICT; RANDALL SQUIER, Superintendent, acting in his official capacity as Superintendent, Coxsackie-Athens School District; FREYA MERCER, acting in her official capacity as Principal, Coxsackie-Athens High School, Coxsackie-Athens School District; ALBANY CITY SCHOOL DISTRICT; KAWEEDA G. ADAMS, acting in her official capacity as Superintendent, Albany City School District; MICHAEL PAOLINO, acting in his official capacity as Principal,

NOTICE OF PLAINTIFFS' MOTION FOR LEAVE TO PROCEED BY PSEUDONYM - 2

William S. Hackett Middle School, Albany City School District; and all others similarly situated

**PLEASE TAKE NOTICE** that on _____, 2020, at \_\_\_\_\_ in the fore/after noon or on such date as the Court may direct, Jane Doe, John Boe, Sr., Jane Coe, Sr., John Coe, Sr., John Foe, Sr. Jane Goe, Sr., Jane Joe, Jane Koe and Jane Loe, on behalf of themselves and their minor children (collectively the "Doe Plaintiffs") through counsel, will move before the United States District Court for the Northern District of New York, located at _____, for permission to proceed by pseudonym and for a protective order restricting the disclosure of the identities or any information that may reveal the identities of the Doe Plaintiffs to the general public pursuant to the attached Proposed Order .

**TAKE FURTHER NOTICE** that responding papers, if any, are due

**TAKE FURTHER NOTICE** that in support of this Motion, Plaintiffs rely on their Memorandum of Law, affirmation of counsel Sujata Gibson, Esq. dated July 22, 2020, the Complaint, dated July 22, 2020 along with this Notice of Motion, Certificate of Service and Proposed Order.

Dated: July 22, 2020

RESPECTFULLY SUBMITTED,

*[signature]*

Sujata S. Gibson, Esq.
The Gibson Law Firm, PLLC
407 N. Cayuga Street, Suite 201
Ithaca, New York 14850
Bar Number: 517834
*Attorneys for Plaintiffs*

NOTICE OF PLAINTIFFS' MOTION FOR LEAVE TO PROCEED BY PSEUDONYM - 3

_____
Michael H. Sussman, Esq.
Sussman & Associates
PO Box 1005
Goshen, N.Y. 10924
*Bar No. 103324*
*845-294-3991 [ph]*

NOTICE OF PLAINTIFFS' MOTION FOR LEAVE TO PROCEED BY PSEUDONYM - 4