Sujata Sidhu Gibson, Esq.
The Gibson Law Firm, PLLC
PO Box 430
Ithaca, NY 14851
Tel: (607) 327-4125
Fax: (607) 238-4689

sujata@gibsonfirm.law

Michael Sussman, Esq.
Sussman & Associates
1 Railroad Ave, Suite 3
PO Box 1005
Goshen, NY 10924
(845) 294-3991

sussman1@frontiernet.net

Robert F. Kennedy, Jr. Esq.
Mary Holland, Esq.
Children's Health Defense
1227 Peachtree Parkway, Suite 202
Peachtree, GA 30269
mary.holland@childrenshealthdefense.org

*Attorneys for Plaintiffs and Proposed Plaintiff Class*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE on behalf of herself and her minor child; JANE BOE, Sr. on behalf of herself and her minor child; JOHN COE, Sr. and JANE COE, Sr. on behalf of themselves and their minor children; JOHN FOE, Sr. on behalf of himself and his minor child; JANE GOE, Sr. on behalf of herself and her minor child; JANE LOE on behalf of herself and her medically fragile child; JANE JOE on behalf of herself and her medically fragile child; CHILDRENS HEALTH DEFENSE, and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> HOWARD ZUCKER, in his official capacity as Commissioner of Health for the State of New York; ELIZABETH RAUSCH-PHUNG, M.D., in her official capacity as Director of the Bureau of Immunizations at the New York State Department of Health; the NEW YORK STATE DEPARTMENT OF HEALTH; THREE VILLAGE CENTRAL SCHOOL | Case No.: 1:20-CV-0840 (BKS/CFH) <br><br> **ATTORNEY AFFIRMATION IN SUPPORT OF MOTION FOR LEAVE TO PROCEED BY PSEUDONYM AND FOR PROTECTIVE ORDER** |

ATTORNEY AFFIRMATION IN SUPPORT OF MOTION FOR LEAVE TO PROCEED BY PSEUDONYM AND FOR PROTECTIVE ORDER - 1

DISTRICT; CHERYL PEDISICH, acting in her official capacity as Superintendent, Three Village Central School District; CORINNE KEANE, acting in her official capacity as Principal, Paul J. Gelinas Jr. High School, Three Village Central School District; LANSING CENTRAL SCHOOL DISTRICT; CHRIS PETTOGRASSO, acting in her official capacity as Superintendent, Lansing Central School District; CHRISTINE REBERA, acting in her official capacity as Principal, Lansing Middle School, Lansing Central School District; LORRI WHITEMAN, acting in her official capacity as Principal, Lansing Elementary School, Lansing Central School District; PENFIELD CENTRAL SCHOOL DISTRICT; DR. THOMAS PUTNAM, acting in his official capacity as Superintendent, Penfield Central School District; SOUTH HUNTINGTON SCHOOL DISTRICT; DR. DAVID P. BENNARDO, acting in his official capacity as Superintendent, South Huntington School District; BR. DAVID MIGLIORINO, acting in his official capacity as Principal, St. Anthony's High School, South Huntington School District; ITHACA CITY SCHOOL DISTRICT; DR. LUVELLE BROWN, acting in his official capacity as Superintendent, Ithaca City School District; SUSAN ESCHBACH, acting in her official capacity as Principal, Beverly J. Martin Elementary School, Ithaca City School District; SHENENDEHOWA CENTRAL SCHOOL DISTRICT; DR. L. OLIVER ROBINSON, acting in his official capacity as Superintendent, Shenendehowa Central School District; SEAN GNAT, acting in his official capacity as Principal, Koda Middle

ATTORNEY AFFIRMATION IN SUPPORT OF MOTION FOR LEAVE TO PROCEED BY PSEUDONYM AND FOR PROTECTIVE ORDER - 2

School, Shenendehowa Central School District; ANDREW HILLS, acting in his official capacity as Principal, Arongen Elementary School, Shenendehowa Central School District; COXSACKIE-ATHENS SCHOOL DISTRICT; RANDALL SQUIER, Superintendent, acting in his official capacity as Superintendent, Coxsackie-Athens School District; FREYA MERCER, acting in her official capacity as Principal, Coxsackie-Athens High School, Coxsackie-Athens School District; ALBANY CITY SCHOOL DISTRICT; KAWEEDA G. ADAMS, acting in her official capacity as Superintendent, Albany City School District; MICHAEL PAOLINO, acting in his official capacity as Principal, William S. Hackett Middle School, Albany City School District; and all others similarly situated

SUJATA SIDHU GIBSON, being an attorney admitted to practice law before the courts of the State of New York, and not being a party to the above entitled action, affirms the following to be true under penalties of perjury:

1. I am an attorney of record in this lawsuit and represent the named plaintiffs above.

2. I have been in close contact with the families that are part of this suit.

3. With some exception, most of the families named fear the retaliation and emotional trauma that their children will face if their medical records and immunization status become public knowledge.

ATTORNEY AFFIRMATION IN SUPPORT OF MOTION FOR LEAVE TO PROCEED BY PSEUDONYM AND FOR PROTECTIVE ORDER - 3

4. Many of these children are very sick and have worked hard to get to a point where their illness does not define them. They have been taunted and teased by their classmates, their self-esteem has suffered, and they have endured struggles and stigma because of their chronic health conditions.

5. Some of the children have sensitive symptoms that could lead to ridicule if their names became a matter of public knowledge on the internet, such as inflammatory bowel conditions, incontinence, and mental health challenges.

6. This lawsuit primarily seeks injunctive and declaratory relief to remedy ongoing alleged constitutional violations against the named plaintiffs and the thousands of other families in New York that are being similarly burdened by the practices, policies and procedures of the named defendants and their agents and unnamed counterparts.

7. Immunization status is a particularly emotionally charged issue. Children and families have been bullied online. I have even witnessed one instance where a state legislator gave the middle finger to a group of parents and their children who came to ask about the medical exemption and another where a state legislative aide told children they are carrying disease and had to get out of her office. When I accompanied families to the Board of Regents to discuss this issue, someone had put a sign on the water fountain saying that "unvaxxed" children could not use it. These instances all caused emotional distress to the children and families present.

8. These children are medically fragile children whose medical providers agree should not be immunized. They have endured enormous suffering and most of them have already been stigmatized and traumatized by being excluded from participation in school.

9. The families named in this complaint would like to proceed by pseudonym to protect their children's privacy.

10. We have no objection to sharing the Doe Plaintiffs' identities with the defendants and the defendants' counsel to ensure that they can fairly and adequately litigate their case.

RESPECTFULLY SUBMITTED this 22 day of July, 2020

_____
Sujata S. Gibson, Esq.
The Gibson Law Firm, PLLC
PO BOX 430
Ithaca, New York 14851
Tel: (607)327-4125

ATTORNEY AFFIRMATION IN SUPPORT OF MOTION FOR LEAVE TO PROCEED BY PSEUDONYM AND FOR PROTECTIVE ORDER - 5