UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

Plaintiff / Petitioner:
JANE DOE ON BEHALF OF HERSELF AND MINOR CHILD, ET AL.

AFFIDAVIT OF SERVICE
INDEX #: CLASS ACTION COMPLAINT

Defendant / Respondent:
HOWARD ZUCKER, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF HEALTH FOR THE STATE OF NEW YORK, ET AL

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age, lives in Monroe County, NY and works at 620 PARK AVE 103, ROCHESTER, NY 14607. That on THURSDAY, 08/06/2020 @ 12:50 PM at 2950 ATLANTIC AVE ROCHESTER NY 14625 deponent adhered to current CDC guidelines and served the within SUMMONS, MEDICAL EXEMPTION COMPLAINT on DR THOMAS PUTNAM.

✓ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

✓ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the ground of my belief are the conversations and observations above narrated. Upon the above information and belief I determined that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or Federal statutes.

Description:
Age: 45 Ethnicity: CAUCASIAN Gender: MALE Weight: 200 lbs Height: 5' 10" Hair: BROWN Eyes: HAZEL
NOTES: SUPERINTENDENT | PENFIELD PUBLIC SCHOOL DISTRICT

Scott J Campanella
Process Server
ROC Paper Service
620 Park Ave 103
Rochester, NY 14607
(585) 201-8004

SWORN TO BEFORE ME ON: August 7, 2020

Margaret R. Henning
Notary Public

STATE OF NEW YORK, COUNTY OF MONROE

> Margaret R. Henning
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 01HE6403907
> Qualified in Monroe County
> Commission Expires   February 10, 2024