AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-CV-0840 (BKS/CFH)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Lansing Central School District__
was received by me on *(date)* __8/10/2020__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Chris PeHograsso, Superintendent__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Lansing Central School District__
Served at Lansing Elementary School, 284 Ridge Rd, Lansing, N.Y. 14882   on *(date)* __8/11/2020__ ; or at 10:35AM

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __8/12/2020__

_James F. Inman_
Server's signature

__James F. Inman__
Printed name and title

__306 Buck Rd., Lansing, N.Y. 14882__
Server's address

Additional information regarding attempted service, etc:

_Emily Eva Emmick_ 8/12/2020

Emily Eva Emmick
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01EM6187060
Qualified in Tompkins County
Commission Expires    May 12, 2024