AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-CV-0840 (BKS/CFH)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Christine Rebera, Principal of Lansing Middle School**
was received by me on *(date)* **8/10/2020**.

☒ I personally served the summons on the individual at *(place)* **Christine Rebera, Principal of Lansing Middle School – Served at Lansing Elementary School, 284 Ridge Rd, Lansing, N.Y. 14882** on *(date)* **8/11/2020 at 10:35 AM**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **8/12/2020**

*James F. Inman*
Server's signature

**James F. Inman   Process Server**
Printed name and title

**306 Buck Rd., Lansing, N.Y. 14882**
Server's address

Additional information regarding attempted service, etc.:
*Emily Eva Emmick 8/12/2020*

Emily Eva Emmick
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01EM6187060
Qualified in Tompkins County
Commission Expires   May 12, 2024