AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-CV-0840 (BKS/CFH)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Luvelle Brown, Superintendent of Ithaca City School District
was received by me on *(date)* 8/10/2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tricia Beresford, District Board Clerk, who is designated by law to accept service of process on behalf of *(name of organization)* Luvelle Brown, Superintendent of Ithaca City School District, 400 Lake St., Ithaca, N.Y. 14850 on *(date)* 8/13/2020 ; or at 9:30 AM

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 8/14/2020

_____
Server's signature

James F. Inman, Process Server
Printed name and title

306 Buck Rd., Lansing, N.Y. 14882
Server's address

Additional information regarding attempted service, etc:

Emily Eva Emmick 8/14/2020

Emily Eva Emmick
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01EM6187060
Qualified in Tompkins County
Commission Expires   May 12, 2024