UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JANE DOE on behalf of herself and her minor child; JANE BOE, Sr. on behalf of herself and her minor child; JOHN COE, Sr. and JANE COE, Sr. on behalf of themselves and their minor children; JOHN FOE, Sr. on behalf of himself and his minor child; JANE GOE, Sr. on behalf of herself and her minor child; JANE LOE on behalf of herself and her medically fragile child; JANE JOE on behalf of herself and her medically fragile child; CHILDRENS HEALTH DEFENSE, and all others similarly situated,

                                              Plaintiffs,

     -against-                                                 **Civil Case No.: 1:20-cv-840**
                                                                             **(BKS-CFH)**

HOWARD ZUCKER, in his official capacity as Commissioner of Health for the State of New York; ELIZABETH RAUSCH-PHUNG, M.D., in her official capacity as Director of the Bureau of Immunizations at the New York State Department of Health; the NEW YORK STATE DEPARTMENT OF HEALTH; THREE VILLAGE CENTRAL SCHOOL DISTRICT; CHERYL PEDISICH, acting in her official capacity as Superintendent, Three Village Central School District; CORRINE KEANE, acting in her official capacity as Principal, Paul J. Gelinas Jr. High School, Three Village Central School District; LANSING CENTRAL SCHOOL DISTRICT; CHRIS PETTOGRASSO, acting in her official capacity as Superintendent, Lansing Central School District; CHRISTINE REBER, acting in her official capacity as Principal, Lansing Middle School, Lansing Central School District; LORI WHITEMAN, acting in her official capacity as Principal, Lansing Elementary School, Lansing Central School District; PENFIELD CENTRAL SCHOOL DISTRICT; DR. THOMAS PUTNAM, acting in his official capacity as Superintendent, Penfield Central School District; SOUTH HUNTINGTON SCHOOL DISTRICT; DR. DAVID P. BENNARDO, acting in his official capacity as Superintendent, South Huntington School District; DR. DAVID MIGLIORINO, acting in his official capacity as Principal, St. Anthony's High School, South Huntington School District; ITHACA CITY SCHOOL DISTRICT; DR. LUVELLE BROWN, acting in his official capacity as Superintendent, Ithaca City School District; SUSAN ESBASCH, acting in her official capacity as Principal, Beverly J. Martin Elementary School, Ithaca City School District; SHENENDEHOWA CENTRAL SCHOOL DISTRICT; DR. L. OLIVER ROBINSON, acting in his official capacity as Superintendent, Shenendehowa Central School District; SEAN GNAT, acting in his official capacity as Principal, Koda Middle School, Shenendehowa Central School District; ANDREW HILLS, acting in his official capacity as Principal, Arongen Elementary School, Shenendehowa Central School District; COXSACKIE-ATHENS SCHOOL DISTRICT; RANDALL SQUIER, Superintendent, acting in his official capacity as Superintendent, Coxsackie-Athens School District; FREYA MERCER, acting in

her official capacity as Principal, Coxsackie-Athens High School, Coxsackie-Athens School District; ALBANY CITY SCHOOL DISTRICT; KAWEEDA G. ADAMS, acting in her official capacity as Superintendent, Albany City School District; MICHAEL PAOLINO, acting in his official capacity as Principal, William S. Hackett Middle School, Albany City School District; and all others similarly situated

Defendants.

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for:

| | |
|---|---|
| Defendant | Albany City School District ("Albany CSD") |
| Defendant | Kaweeda G. Adams, Superintendent, Albany CSD |
| Defendant | Michael Paolino, Principal, William S. Hackett Middle School, ACSD |
| Defendant | Three Village Central School District ("Three Village CSD") |
| Defendant | Cheryl Pedisich, Superintendent, Three Village CSD |
| Defendant | Corrine Keane, Principal, Paul J. Gelinas Jr. High School, Three Village CSD |
| Defendant | South Huntington School District ("S. Huntington SD") |
| Defendant | Dr. David P. Bennardo, Superintendent, S Huntington SD |
| Defendant | Lansing Central School District ("Lansing CSD") |
| Defendant | Chris Pettograsso, Superintendent Lansing CSD |
| Defendant | Christine Reber, Principal, Lansing Elementary School, Lansing CSD |
| Defendant | Lorri Whiteman (s/h/a Lori Whiteman), Principal Lansing Elementary School, Lansing CSD. |

I certify that I am admitted to practice in this Court.

DATED:     August 20, 2020

                                                       _____
                                                       Gregg T. Johnson Bar Number 506443
                                                       Attorneys for Defendants – *Albany City S.D., Adams,*
                                                             *Paolino; Three Village CSD, Pedisich, Keane;*
                                                             *S. Huntington SD, Bennardo; Lansing CSD,*
                                                             *Pettograsso, Reber, and Whiteman*

                                                        JOHNSON & LAWS, LLC
                                                        646 Plank Road, Suite 205
                                                        Clifton Park, New York 12065
                                                        Tel:     518-490-6428
                                                        Fax:    518-616-0676
                                                        Email: gtj@johnsonlawsllc.com
                                                                   lcj@johnsonlawsllc.com

TO:    Michael H. Sussman, Esq.
           Sussman, Watkins Law Firm
           1 Railroad Avenue
           P.O. Box 1005
           Goshen, New York 10924
           Tel:     845-294-3991
           Fax:    845-294-1623
           Email: sussman1@frontiernet.net

           Sujata S. Gibson, Esq.
           The Gibson Law Firm, PLLC
           418 East State Street
           Ithaca, New York 14850
           Tel:     607-327-4125
           Email: sujata@gibsonfirm.law