UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JANE DOE on behalf of herself and her minor child; JANE BOE, Sr. on behalf of herself and her minor child; JOHN COE, Sr. and JANE COE, Sr. on behalf of themselves and their minor children; JOHN FOE, Sr. on behalf of himself and his minor child; JANE GOE, Sr. on behalf of herself and her minor child; JANE LOE on behalf of herself and her medically fragile child; JANE JOE on behalf of herself and her medically fragile child; CHILDRENS HEALTH DEFENSE, and all others similarly situated,

Plaintiffs,

-against-                                              Civil Case No.: 1:20-cv-840
                                                            (BKS-CFH)

HOWARD ZUCKER, in his official capacity as Commissioner of Health for the State of New York; ELIZABETH RAUSCH-PHUNG, M.D., in her official capacity as Director of the Bureau of Immunizations at the New York State Department of Health; the NEW YORK STATE DEPARTMENT OF HEALTH; THREE VILLAGE CENTRAL SCHOOL DISTRICT; CHERYL PEDISICH, acting in her official capacity as Superintendent, Three Village Central School District; CORRINE KEANE, acting in her official capacity as Principal, Paul J. Gelinas Jr. High School, Three Village Central School District; LANSING CENTRAL SCHOOL DISTRICT; CHRIS PETTOGRASSO, acting in her official capacity as Superintendent, Lansing Central School District; CHRISTINE REBER, acting in her official capacity as Principal, Lansing Middle School, Lansing Central School District; LORI WHITEMAN, acting in her official capacity as Principal, Lansing Elementary School, Lansing Central School District; PENFIELD CENTRAL SCHOOL DISTRICT; DR. THOMAS PUTNAM, acting in his official capacity as Superintendent, Penfield Central School District; SOUTH HUNTINGTON SCHOOL DISTRICT; DR. DAVID P. BENNARDO, acting in his official capacity as Superintendent, South Huntington School District; DR. DAVID MIGLIORINO, acting in his official capacity as Principal, St. Anthony's High School, South Huntington School District; ITHACA CITY SCHOOL DISTRICT; DR. LUVELLE BROWN, acting in his official capacity as Superintendent, Ithaca City School District; SUSAN ESBASCH, acting in her official capacity as Principal, Beverly J. Martin Elementary School, Ithaca City School District; SHENENDEHOWA CENTRAL SCHOOL DISTRICT; DR. L. OLIVER ROBINSON, acting in his official capacity as Superintendent, Shenendehowa Central School District; SEAN GNAT, acting in his official capacity as Principal, Koda Middle School, Shenendehowa Central School District; ANDREW HILLS, acting in his official capacity as Principal, Arongen Elementary School, Shenendehowa Central School District; COXSACKIE-ATHENS SCHOOL DISTRICT; RANDALL SQUIER, Superintendent, acting in his official capacity as Superintendent, Coxsackie-Athens School District; FREYA MERCER, acting in her official capacity as Principal, Coxsackie-Athens High School, Coxsackie-

Athens School District; ALBANY CITY SCHOOL DISTRICT; KAWEEDA
G. ADAMS, acting in her official capacity as Superintendent, Albany City
School District; MICHAEL PAOLINO, acting in his official capacity as Principal,
William S. Hackett Middle School, Albany City School District;
and all others similarly situated

                                                                    Defendants.

## STIPULATION

It is hereby stipulated and agreed, by and between the undersigned, who are attorneys of record in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action; that the deadline for Defendants: the Albany City School District and all Administrators thereof, including Kaweeda G. Adams and Michael Paolino; the Three Village Central School District and all Administrators thereof, including Cheryl Pedisich and Corrine Keane; the South Huntington School District and all Administrators thereof, including Dr. David P. Bennardo and Dr. David Migliorino; the Lansing Central School District and all Administrators thereof, including Chris Pettograsso, Christine Reber, and Lori Whiteman, to respond to Plaintiffs' Complaint in the above-referenced matter is hereby extended until September 21, 2020.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: August 20, 2020                                       Dated: August 20, 2020

THE GIBSON LAW FIRM, PLLC                                    JOHNSON & LAWS, LLC

By: _____                                  By: _____
      Sujata S. Gibson                                             Gregg T. Johnson
      Bar Roll No.: 517834                                         Bar Roll No.: 506443
Attorneys for Plaintiffs                                     Attorneys for Defendants
407 N. Cayuga Street, Suite 201                              646 Plank Road, Suite 205
Ithaca, New York 14850                                       Clifton Park, New York 12065
Tel.:   (607) 327-4125                                       Tel:   (518) 490-6428
Email: sujata@gibsonfirm.law                                 Fax:   (518) 616-0676
                                                             Email: gtj@johnsonlawsllc.com

SO ORDERED:

_____                          _____
Hon. Christian F. Hummel, U.S.M.J.                           Dated