Jane Doe on behalf of herself and her minor child, et. al.

**Civil Number**: 1:20-CV-0840 (BKS/CFH)

vs

Plaintiff(s)

**Date Filed**: 07/27/2020
**Client's File No.**: 2021430
**Court/Return Date**:

Howard Zucker, in his official capacity as Commissioner of Health for the State of New York, et. al.

Defendant(s)

STATE OF NEW YORK, COUNTY OF ULSTER, SS.:

# AFFIDAVIT OF SERVICE

**Richard Lorberer, Jr.**, being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On **August 11, 2020**, at **10:20 AM** at **24 Sunset Boulevard, Coxsackie, NY 12051**, Deponent served the within **Summons in a Civil Action, Notice of Electronic Filing, Class Action Complaint**

On: **Coxsackie - Athens School District by serving Randall Squier, Superintendent**, Defendant therein named, (hereinafter referred to as "subject").

☒ **#1 INDIVIDUAL**
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to () a person of suitable age and discretion. Said premises is subject's:[] actual place of business / employment [] dwelling house / usual place of abode / last-known residence within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects
[] actual place of business / employment [] dwelling house / usual place of abode / last-known residence within the state. I was unable with due diligence to find subject thereat, having attempted personal delivery on:

☐ **#4 AUTHORIZED AGENT**
By delivering thereat a true copy of each personally to , which person is the thereof, an agent duly authorized to accept service on behalf thereof.

☐ **#5 MAILING**
On , service was completed by mailing a true copy of above document(s) to the above address in a first-class, postpaid, properly addressed envelope marked "Personal and Confidential" , from a depository under the exclusive care and custody of the United States Post Office in the State of New York, or, if not served in New York State, within the State in which the service occurred.

☐ An additional mailing was completed to the address above by certified mail. Certified mailing #

☒ **#6 APPROXIMATE DESCRIPTION**
Sex: Male    Skin/Race: White    Color of hair: Gray    Age: 55-60
Height: 6/0-6/2    Weight: 200-210    Other Features: Glasses, Beard

☐ **#7 MILITARY SERVICE:** Upon information and belief, subject is not active in the U.S. Military Service in any capacity. No specific active military information was provided by recipient when questioned during service, and/or non-military status was confirmed through records of the U.S. Dept. Of Defense or otherwise known to and/or verified by me, and I received no indication during completion of this service that subject is active military.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☐ **#9 OTHER**

Sworn to before me on August 14, 2020

Kim F. Letus (Reg. #01LE4617180)
Notary Public, State of New York
Qualified in Ulster County
Commission Expires 3/30/23

Richard Lorberer, Jr.