

**STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
Attorney General

STATE COUNSEL DIVISION
Litigation Bureau

Writer Direct: (518) 776-2620

August 24, 2020

Hon. Brenda K. Sannes
U.S. District Court Judge
U.S. District Court
Northern District of New York

Re:   *Doe, et al. v. Zucker, et al.,* No. 1:20-cv-0840 (BKS/CFH)

Dear Judge Sannes:

    This letter is written to serve as my Notice of Appearance for Defendants Howard Zucker, M.D., J.D., the Commissioner of the New York State Department of Health ("DOH"); Elizabeth Rausch-Phung, M.D., the Director of the Bureau of Immunizations for the DOH; and DOH in the above-entitled action.

    Thank you kindly for your consideration of this matter.

Respectfully yours,

*s/ Michael McCartin*

Michael G. McCartin
Assistant Attorney General
Bar Roll No. 511158

cc:   Michael H. Sussman, Esq. (*via* CM/ECF)
Sussman, Watkins Law Firm

Sujata S. Gibson, Esq. (*via* CM/ECF)
The Gibson Law Firm, PLLC

Robert F. Kennedy, Jr., Esq. (*via* CM/ECF)
Mary Holland, Esq.
Children's Health Defense

*Attorneys for Plaintiffs*