UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JANE DOE, *et al.*,

                                  *Plaintiffs*,

-against-

HOWARD ZUCKER, in his official capacity as Commissioner of the New York State Department of Health, *et al.*,

                                  *Defendants*.

**NOTICE OF MOTION TO DISMISS**

1:20-CV-0840

(BKS/CFH)

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the Declaration of Assistant Attorney General Michael G. McCartin, with Exhibits 1 to 9, and all prior proceedings, on **October 1, 2020 at 10:00 a.m.**, the State Defendants will make a motion before the Hon. District Court Judge Brenda K. Sannes at the United States District Court, Northern District of New York, Syracuse, New York, for an order dismissing this action in its entirety pursuant to F.R.C.P. Rule 12(b)(1) and Rule 12(b)(6).

Dated: Albany, New York
       August 25, 2020

                                        s/ *Michael McCartin*
                                        MICHAEL G. McCARTIN
                                        Assistant Attorney General
                                          *Of Counsel*
                                        Bar Roll No. 511158
                                        Telephone: (518) 776-2620
                                        E-mail: Michael.McCartin@ag.ny.gov

To: Michael H. Sussman, Esq. (via CM/ECF)
Sussman, Watkins Law Firm

Sujata S. Gibson, Esq. (via CM/ECF)
The Gibson Law Firm, PLLC

Robert F. Kennedy, Jr., Esq. (via CM/ECF)
Mary Holland, Esq.
Children's Health Defense

*Attorneys for Plaintiffs*