# Senate Bill S2994A

**SIGNED BY GOVERNOR**

2019-2020 Legislative Session

Relates to exemptions from vaccinations due to religious beliefs; and repeals subdivision 9 of section 2164 of the public health law relating to exemption from vaccination due to religious beliefs

DOWNLOAD BILL TEXT PDF (HTTPS://LEGISLATION.NYSENATE.GOV/PDF/BILLS/2019/S2994A)

SHARE THIS BILL

SPONSORED BY

Brad Hoylman (/Senators/Brad-Hoylman)
(D, WF) 27TH SENATE DISTRICT

CURRENT BILL STATUS VIA A2371 - SIGNED BY GOVERNOR

YOUR VOICE

DO YOU SUPPORT THIS BILL?

✓ AYE          ✗ NAY

BETA ⓘ (/citizen-guide/bill-alerts)

GET STATUS ALERTS FOR S2994A

EMAIL ADDRESS

/

ACTIONS

**HIDE ACTIONS (12)**

Assembly Actions - Lowercase
Senate Actions - UPPERCASE

| Jun 13, 2019 | Signed Chap.35 |
| --- | --- |
| | Delivered To Governor |
| | RETURNED TO ASSEMBLY |
| | PASSED SENATE |
| | 3RD READING CAL.1338 |
| | SUBSTITUTED FOR S2994A |
| Jun 13, 2019 | **SUBSTITUTED BY A2371A** |
| | ORDERED TO THIRD READING CAL.1338 |
| | COMMITTEE DISCHARGED AND COMMITTED TO RULES |
| May 19, 2019 | **PRINT NUMBER 2994A** |
| May 19, 2019 | AMEND AND RECOMMIT TO HEALTH |
| Jan 31, 2019 | REFERRED TO HEALTH |

VOTES

**HIDE VOTES**

JUN 13, 2019 - FLOOR VOTE

A2371A    (/legislation/bills/2019/a2371/amendment/a)

/



**36** AYE          **26** NAY

0     ABSENT
0     EXCUSED
0     ABSTAINED

## SHOW FLOOR VOTE DETAILS

---

### JUN 13, 2019 - RULES COMMITTEE VOTE

**S2994A**     (/legislation/bills/2019/s2994/amendment/a)



**11** AYE          **5** NAY

3     AYE WITH RESERVATIONS
0     ABSENT
0     EXCUSED
0     ABSTAINED

## SHOW RULES COMMITTEE VOTE DETAILS

**A (ACTIVE)**                                                                    ⌄

## CO-SPONSORS

 **Jamaal T. Bailey (/Senators/Jamaal-T-Bailey)**
**(D)** 36TH SENATE DISTRICT

 **Alessandra Biaggi (/Senators/Alessandra-Biaggi)**
**(D, WF)** 34TH SENATE DISTRICT

 **David Carlucci (/Senators/David-Carlucci)**
**(D)** 38TH SENATE DISTRICT

 **Liz Krueger (/Senators/Liz-Krueger)**
**(D, WF)** 28TH SENATE DISTRICT

**VIEW ADDITIONAL CO-SPONSORS**                                                   ⌄

## S2994A (ACTIVE) - DETAILS

**See Assembly Version of this Bill:**

**A2371 (/Legislation/Bills/2019/A2371/Amendment/A)**

**Law Section:**

**Public Health Law**

**Laws Affected:**

Rpld §2164 sub 9, amd §§2164 & 2168, Pub Health L

**Versions Introduced in Other Legislative Sessions:**
2015-2016: **S6017 (/Legislation/Bills/2015/S6017)**, **A8329 (/Legislation/Bills/2015/A8329)**
2017-2018: **S52 (/Legislation/Bills/2017/S52)**, **A1810 (/Legislation/Bills/2017/A1810)**

## S2994A (ACTIVE) - SUMMARY

Relates to exemptions from vaccinations due to religious beliefs; and repeals certain provisions relating to exemption from vaccination due to religious beliefs.

## S2994A (ACTIVE) - SPONSOR MEMO

BILL NUMBER: S2994A            REVISED 05/21/19

SPONSOR: HOYLMAN

TITLE OF BILL:  An act to amend the public health law, in relation to exemptions from vaccination due to religious beliefs; to repeal subdivision 9 of section 2164 of the public health law, relating to exemption from vaccination due to religious beliefs; and providing for the repeal of certain provisions upon expiration thereof

PURPOSE:

This bill would repeal all non-medical exemptions from vaccination requirements for children.

SUMMARY OF PROVISIONS:

Section 1 of the bill repeals subdivision 9 of section 2164 of the public health law.

Section 2 of the bill strikes a reference in subdivision 6 of section 2164 of the public health law to the repealed subdivision 9.

/

Section 2 also amends subdivision 7 of section 2164 to allow unvaccinated children a grace period during which they can still attend school or day care, provided they can demonstrate that they have received at least the first dose of each required immunization series, and have age-appropriate appointments scheduled to complete such immunization series.

Section 3 strikes a reference in subdivision 5 of section 2168 of the public health law to the repealed subdivision 9 of section 2164.

Section 4 establishes the effective date.

JUSTIFICATION:

The United States is currently experiencing the worst outbreak of measles since 1994, a disease that, in a major public health victory, officials declared eliminated from the United States in 2000.  880 cases of measles have been confirmed nationwide so far in 2019.

Outbreaks in New York have been the primary driver of this epidemic.  As of May 20th, 2019, there have been at least 810 confirmed cases of measles in New York State since October 2018. The outbreaks have largely been concentrated in communities in Brooklyn and Rockland County with precipitously low immunization rates, some as low as 70 percent.

For guidance in dealing with this epidemic, we need only look to California, which repealed all non-medical exemptions to vaccination requirements under their state law after suffering an outbreak at Disneyland in 2014 that resulted in at least 131 cases of measles (about six times fewer cases than the current number of cases confirmed in New York).

After California repealed their non-medical exemptions, their vaccination rates improved demonstrably, particularly in schools with the lowest rates of compliance. The percentage of kindergarten students in the 2017-18 school year with all their required vaccines was 95.1% - a 4.7 percentage point increase over 2014-15.

New York's law currently allows children to avoid vaccinations on the grounds that they contradict the "genuine and sincere religious beliefs" of the child's parent or guardian. New York should follow California's example and repeal this provision of law.

Although freedom of religious expression is a founding tenet of this nation, there is longstanding precedent establishing that one's right to free religious expression does not include the right to endanger the health of the community, one's children, or the children of others.

As far back as 1905, the U.S. Supreme Court held that it is within the police power of a State to enact a compulsory vaccination law in Jacobson v. Massachusetts. In the 1944 case Prince v. Massachusetts upholding a conviction for a child labor law violation against a free exercise of religion claim, the U.S. Supreme Court observed that "the right to practice religion freely does not include liberty to expose the community or the child to communicable disease or the latter to ill health or death."

In 2015, citing the Jacobson and Prince rulings as precedent, the Second Circuit of the U.S. Court of Appeals opined in their ruling in Phillips v. City of New York that "New York could constitutionally require that all children be vaccinated in order to attend public school." The court also stated, "New York law goes beyond what the Constitution requires by allowing an exemption for parents with genuine and sincere religious beliefs."

New York's Constitution specifically states that its protections for the free exercise of religion "shall not be so construed as to justify practices inconsistent with the peace or safety of this state."

This legislation would repeal New York's religious exemption for vaccination requirements to protect the health of all New Yorkers, particularly our children.

PRIOR LEGISLATIVE HISTORY:

2017-18: S.52 (Hoylman) - Died in Health
2016: S.6017 (Hoylman) - Died in Health
2015: S.6017 (Hoylman) - Died in Rules

/

FISCAL IMPLICATIONS:

None.

EFFECTIVE DATE:

This act shall take effect immediately; provided, however, that the amendments to subdivision 7 of section 2164 of the public health law made by section two of this act shall expire and be deemed repealed June 30, 2020.

## VIEW LESS

### S2994A (ACTIVE) - BILL TEXT    DOWNLOAD PDF (HTTPS://LEGISLATION.NYSENATE.GOV/PDF/BILLS/2019/S2994A)

```
              S T A T E   O F   N E W   Y O R K
_____

                              2994--A

                      2019-2020 Regular Sessions

                         I N   S E N A T E

                          January 31, 2019
                          _____
```

Introduced by Sens. HOYLMAN, BAILEY, BIAGGI, CARLUCCI, KRUEGER, MONTGOM-
  ERY, RAMOS, SALAZAR, SKOUFIS, THOMAS -- read twice and ordered print-
  ed, and when printed to be committed to the Committee on Health --
  committee discharged, bill amended, ordered reprinted as amended and
  recommitted to said committee

AN ACT to amend the public health law, in relation to exemptions from
  vaccination due to religious beliefs; to repeal subdivision 9 of
  section 2164 of the public health law, relating to exemption from
  vaccination due to religious beliefs; and providing for the repeal of
  certain provisions upon expiration thereof

  THE PEOPLE OF THE STATE OF NEW YORK, REPRESENTED IN SENATE AND ASSEM-
BLY, DO ENACT AS FOLLOWS:

  Section 1. Subdivision 9 of section 2164 of the public health law is
REPEALED.
  § 2. Subdivisions 6 and 7 of section 2164 of the public health law, as
amended by chapter 401 of the laws of 2015, are amended to read as
follows:
  6. In the event that a person in parental relation to a child makes
application for admission of such child to a school or has a child
attending school and there exists no certificate or other acceptable
evidence of the child's immunization against poliomyelitis, mumps,
measles, diphtheria, rubella, varicella, hepatitis B, pertussis, teta-
nus, and, where applicable, Haemophilus influenzae type b (Hib), menin-
gococcal disease, and pneumococcal disease, the principal, teacher,
owner or person in charge of the school shall inform such person of the
necessity to have the child immunized, that such immunization may be
administered by any health practitioner, or that the child may be immun-
ized without charge by the health officer in the county where the child
resides, if such person executes a consent therefor. In the event that
such person does not wish to select a health practitioner to administer
the immunization, he or she shall be provided with a form which shall

 EXPLANATION--Matter in ITALICS (underscored) is new; matter in brackets
                  [ ] is old law to be omitted.

```
S. 2994--A                          2

give notice that as a prerequisite to  processing  the  application  for
admission  to,  or  for  continued attendance at, the school such person
shall state a valid reason for withholding consent or consent  shall  be
given  for  immunization  to  be administered by a health officer in the
public employ, or by a school physician or nurse. The form shall provide
for the execution of a consent by such person and it  shall  also  state
that  such person need not execute such consent if subdivision eight [or
nine] of this section [apply] APPLIES to such child.
  7. (a) No principal, teacher, owner or person in charge  of  a  school
shall  permit any child to be admitted to such school, or to attend such
school, in excess of fourteen days, without the certificate provided for
in subdivision five of this section or some other acceptable evidence of
the child's immunization against poliomyelitis, mumps, measles, diphthe-
ria, rubella, varicella, hepatitis B,  pertussis,  tetanus,  and,  where
applicable,  Haemophilus influenzae type b (Hib), meningococcal disease,
and pneumococcal disease; provided, however, such  fourteen  day  period
may  be  extended to not more than thirty days for an individual student
by the appropriate principal, teacher, owner or other person  in  charge
where  such  student  is  transferring from out-of-state or from another
country and can show a good faith effort to get  the  necessary  certif-
ication or other evidence of immunization OR WHERE THE PARENT, GUARDIAN,
OR  ANY  OTHER  PERSON IN PARENTAL RELATIONSHIP TO SUCH CHILD CAN DEMON-
STRATE THAT A CHILD HAS RECEIVED AT LEAST THE FIRST DOSE IN EACH IMMUNI-
ZATION SERIES REQUIRED BY THIS SECTION AND HAS AGE APPROPRIATE  APPOINT-
MENTS  SCHEDULED  TO  COMPLETE   THE IMMUNIZATION SERIES ACCORDING TO THE
ADVISORY COMMITTEE ON IMMUNIZATION  PRACTICES  RECOMMENDED  IMMUNIZATION
SCHEDULES FOR PERSONS AGED 0 THROUGH 18 YEARS.
  (b)  A parent, a guardian or any other person in parental relationship
to a child denied school entrance or attendance may appeal  by  petition
to  the  commissioner  of education in accordance with the provisions of
section three hundred ten of the education law.
  § 3. Paragraph (f) of subdivision 5 of  section  2168  of  the  public
health  law, as amended by chapter 154 of the laws of 2013, is amended to
read as follows:
  (f)  The  immunization  status  of  children exempt from immunizations
pursuant to subdivision eight of section twenty-one  hundred  sixty-four
of  this  title [and a parent claiming exemption pursuant to subdivision
nine of section twenty-one hundred sixty-four of this  title]  shall  be
reported by the health care provider.
  §  4. This act shall take effect immediately; provided that the amend-
ments to subdivision 7 of section 2164 of the public health law made  by
section  two  of  this  act shall expire and be deemed repealed June 30,
2020.
```

**VIEW LESS** ∧

## COMMENTS

Open Legislation comments facilitate discussion of New York State legislation. All comments are subject to moderation. Comments deemed off-topic, commercial, campaign-related, self-promotional; or that contain profanity or hate speech; or that link to sites outside of the nysenate.gov domain are not permitted, and will not be published. Comment moderation is generally performed Monday through Friday.

By contributing or voting you agree to the Terms of Participation and verify you are over 13.

/