IDSA GUIDELINES

# 2013 IDSA Clinical Practice Guideline for Vaccination of the Immunocompromised Host

Lorry G. Rubin,[1] Myron J. Levin,[2] Per Ljungman,[3,4] E. Graham Davies,[5] Robin Avery,[6] Marcie Tomblyn,[7] Athos Bousvaros,[8] Shireesha Dhanireddy,[9] Lillian Sung,[10] Harry Keyserling,[11] and Insoo Kang[12]

[1]Division of Pediatric Infectious Diseases, Steven and Alexandra Cohen Children's Medical Center of New York of the North Shore-LIJ Health System, New Hyde Park; [2]Section of Pediatric Infectious Diseases, University of Colorado Denver Anschutz Medical Campus, Aurora; [3]Department of Hematology, Karolinska University Hospital; [4]Division of Hematology, Department of Medicine Huddinge, Karolinska Institutet, Stockholm, Sweden; [5]Department of Immunology, Great Ormond Street Hospital & Institute of Child Health, London, United Kingdom; [6]Division of Infectious Diseases, Johns Hopkins University School of Medicine, Baltimore, Maryland; [7]Department of Blood and Marrow Transplant, H. Lee Moffitt Cancer Center and Research Institute, University of South Florida, Tampa; [8]Department of Gastroenterology and Nutrition, Children's Hospital Boston, Massachusetts; [9]Department of Allergy and Infectious Diseases, University of Washington, Seattle; [10]Division of Hematology-Oncology, Hospital for Sick Children, Toronto, Ontario, Canada; [11]Division of Pediatric Infectious Diseases, Emory University School of Medicine, Atlanta, Georgia [12]Section of Rheumatology, Department of Internal Medicine, Yale University School of Medicine, New Haven, Connecticut

An international panel of experts prepared an evidenced-based guideline for vaccination of immunocompromised adults and children. These guidelines are intended for use by primary care and subspecialty providers who care for immunocompromised patients. Evidence was often limited. Areas that warrant future investigation are highlighted.

*Keywords.* vaccination; immunization; immunocompromised patients; immunosuppression; asplenic patients; immunodeficiency patients

## EXECUTIVE SUMMARY

These guidelines were created to provide primary care and specialty clinicians with evidence-based guidelines for active immunization of patients with altered immunocompetence and their household contacts in order to safely prevent vaccine-preventable infections. They do not represent the only approach to vaccination.

Recommended immunization schedules for normal adults and children as well as certain adults and children at high risk for vaccine-preventable infections are updated and published annually by the Centers for Disease Control and Prevention (CDC) and partner organizations. Some recommendations have not been addressed by the Advisory Committee on Immunization Practices (ACIP) to the CDC or they deviate from recommendations. The goal of presenting these guidelines is to decrease morbidity and mortality from vaccine-preventable infections in immunocompromised patients. Summarized below are the recommendations made by the panel. Supporting tables that provide additional information are available in the electronic version. The panel followed a process used in the development of other Infectious Diseases Society of America guidelines, which included a systematic weighting of the quality of the evidence and the grade of the recommendation (Table 1). The key clinical questions and recommendations are summarized in this executive summary. A detailed description of the methods,

Received 4 October 2013; accepted 5 October 2013; electronically published 4 December 2013.

It is important to realize that guidelines cannot always account for individual variation among patients. The guidelines are not intended to supplant physician judgment with respect to particular patients or special clinical situations. The Infectious Diseases Society of America considers adherence to these guidelines to be voluntary, with the ultimate determination regarding their application to be made by the physician in the light of each patient's individual circumstances.

An asterisk (*) indicates recommendation for a course of action that deviates from recommendations of the Advisory Committee on Immunization Practices, Centers for Disease Control and Prevention.

Correspondence: Lorry G. Rubin (lrubin4@nshs.edu).

**Clinical Infectious Diseases    2014;58(3):e44–100**
© The Author 2013. Published by Oxford University Press on behalf of the Infectious Diseases Society of America. All rights reserved. For Permissions, please e-mail: journals.permissions@oup.com.
DOI: 10.1093/cid/cit684

Downloaded from https://academic.oup.com/cid/article-abstract/58/3/e44/336537 by guest on 06 August 2020