

My Collaboration Sites    Early Career    Pediatric Trainees    International    HealthyChildren.org

Become a Member     My Account

**Professional Resources**

**Professional Education**

**Advocacy & Policy**

**shopAAP**

**About the AAP**

Search...

AAP.org > Advocacy & Policy > AAP Health Initiatives > Immunizations > Vaccine Preventable Diseases and Policy

# Immunizations

*Updated October 2019*

# Vaccine Preventable Diseases and Policy

Click on the disease name below to get information on recommended vaccines and the diseases they prevent

| Diphtheria |
| Haemophilus influenzae Type B |
| Hepatitis A |
| Hepatitis B |
| Human Papillomavirus |
| Influenza |

- Measles
- Meningococcal
- Mumps
- Pertussis
- Pneumococcal
- Polio
- Rotavirus
- Rubella
- Tetanus

## RESOURCES

**The Immunization Schedule**
New for 2020! Click here for the current schedule recommended by the CDC, AAP, AAFP, and ACOG.

**Information for Parents**
Visit HealthyChildren.org, the AAP parenting website, for information for families about immunizations.

**Immunization Information Technology Guide**

## THE LATEST ON IMMUNIZATIONS

**Immunization Initiatives Newsletter**
Check out our newsletter for the latest on immunizations.

**Supply and Shortage**
Learn more about current vaccine supply and shortage issues.

**Guidance on Providing Pediatric Well-Care During COVID-19**
The AAP strongly supports the continued provision of health care and immunizations for children during the COVID-19 pandemic.

**Professional Resources**

**Practice Transformation**
**Clinical Support**
**Quality Improvement**

**AAP Policy**
**Research**
**Journals & Publications**
**Webinars**
**Pediatrics as a Profession**
**National Conference & Exhibition**

## Professional Education

**PediaLink/Online Education**
**Maintenance of Certification**
**Professional Education Publications**
**Education in Quality Improvement for Pediatric Practice (EQIPP)**
**Life Support Programs**
**Live Activities**
**National Conference & Exhibition**

## Advocacy & Policy

**AAP Policy**
**Federal Advocacy**
**State Advocacy**
**Community Advocacy**
**AAP Health Initiatives**

## shopAAP

**Access My Account**
**Renew Membership**
**Purchase Books & eBooks**
**Subscribe to Journals & Periodicals**
**Patient Education**
**Point-of-Care Solutions**
**PREP Self Assessments**
**Register for Live Activities**
**Register for Online Courses**

## About the AAP

**AAP Leadership**
**Get Involved**
**Community**
**Chapters & Districts**
**News Room**
**Donate Now**
**Employment at AAP**
**Advertise with AAP**
**Corporate Relationships**
**Help/Feedback**
**Digital Transformation Initiative**

Privacy Statement     Contact Us     Terms of Use     Support Center     

© Copyright 2020 American Academy of Pediatrics. All rights reserved.