To improve your experience, aafp.org will be unavailable August 13 at 6pm CT through August 17. Learn More (https://www.aafp.org/sitelaunch)



# Immunizations

Preventive medicine is critical to helping people live longer, healthier lives, and keeping health care costs down. Promoting immunizations to your patients can significantly improve outcomes.

According to the Centers for Disease Control and Prevention (CDC), **vaccinations will prevent more than 21 million hospitalizations and 730,000 deaths among children born in the last 20 years.**[1] The CDC estimates that for every $1 invested in vaccines, $10.20 is saved in direct medical costs.[2]

The AAFP believes that all children and adults, regardless of economic and insurance status, should have access to all immunizations.

The following resources will help your practice navigate barriers and increase rates. Find the latest AAFP vaccination recommendations, schedules, and disease-specific vaccinations.

## Immunization Schedules (https://www.aafp.org/patient-care/public-health/immunizations/schedules.html)

- Schedules Overview (https://www.aafp.org/patient-care/public-health/immunizations/schedules.html)
- Adult (https://www.aafp.org/patient-care/public-health/immunizations/schedules/adult-schedule.html)
- Birth to 18 Years (https://www.aafp.org/patient-care/public-health/immunizations/schedules/child-schedule.html) (https://www.aafp.org/patient-care/public-health/immunizations/schedules/child-schedule.html)
- Catch-up Schedule (https://www.aafp.org/patient-care/public-health/immunizations/schedules/catch-up.html)

### Addressing Decline in Immunization Rates

**CDC Guidance: Immunizations During Pandemic**

Family physicians offer insight on the new CDC guidance and tips for discussing the importance of immunizations with patients.

Read Story (https://www.aafp.org/news/health-of-the-public/20200630covidimmunize.html)

**Worth a Shot: Home Visits Keep Kids Up to Date in Pandemic**

A physician talks about the disruption of routine vaccinations, and how home visits, including immunizations, are now part of her practice

Read Blog (https://www.aafp.org/news/blogs/fpsc

**Beware Consequences of Delaying Primary Care in Pandemic**

In a recent survey, nearly half of Americans reported they have skipped or delayed medical care during the pandemic.

# Influenza Vaccine Information (https://www.aafp.org/patient-care/public-health/immunizations/influenza.html)

- Current Recommendations (https://www.aafp.org/patient-care/public-health/immunizations/influenza.html)
- Influenza Vaccines Update/Strategies to Reduce Barriers (https://www.aafp.org/patient-care/public-health/immunizations/influenza/barriers-webcast.html)

# Disease- and Population-Specific (https://www.aafp.org/patient-care/public-health/immunizations/disease-population.html)

- Human Papillomavirus Vaccine (https://www.aafp.org/patient-care/public-health/immunizations/disease-population/hpv.html)
- Measles (https://www.aafp.org/patient-care/public-health/immunizations/disease-population/measles.html)
- Pertussis (https://www.aafp.org/patient-care/public-health/immunizations/disease-population/tdap.html)
- Pneumococcus (https://www.aafp.org/patient-care/public-health/immunizations/disease-population/pneumococcal.html)
- Meningococcal Disease (https://www.aafp.org/patient-care/public-health/immunizations/disease-population/meningococcal.html)

# AAFP Immunization-Related Guidelines and Policies

- Coding for Vaccine Administration (https://www.aafp.org/practice-management/payment/coding/admin.html)
- Immunizations (Clinical Preventive Service Recommendation) (http://www.aafp.org/patient-care/clinical-recommendations/all/immunizations.html)
- Immunizations (Policy Statements) (http://www.aafp.org/about/policies/all/immunizations.html)
- *American Family Physician* Practice Guidelines (http://www.aafp.org/afp/2016/0215/p317.html)

# AAFP Immunization-Related Research

## Immunization Office Champions Projects

Office Champions projects provide tools and strategies to a limited number of practices to test and develop effective ways to promote immunizations. Read summary reports about these studies

## Read Blog (https://www.aafp.org/news/blogs/fresidentfocus/entry/20200221fr-coviddelay.html)

## Vaccines 4 Teens

An easy-to-use collection of materials to customize and use for educating parents/guardians and teen patients about four recommended immunizations.

### View Resources (https://www.aafp.org/patient-care/public-health/immunizations/vaccines-teens.html)

- Child and Adolescent Immunization Office Champions Project (concluded May 2014) (https://www.aafp.org/patient-care/public-health/immunizations/office-champs/immunizations-office-champions.html)
- Adolescent Immunizations Office Champions Project (concluded August 2015) (https://www.aafp.org/patient-care/public-health/immunizations/office-champs/immunizations-office-champions-adolescent.html)

## COVID-19 Related Resources

Learn how family physicians approach preventive care when patients are hesitant or unable to schedule in-person well visits.

- Managing the COVID-19 Crisis: Preventive Care in Your Practice (https://www.aafp.org/cme/cme-topic/all/covid-19-webinar-series-on-demand/sessions.html#6-10)
- Managing COVID-19 with Limited Resources: A Rural Family Physician's Experience (https://www.aafp.org/cme/cme-topic/all/covid-19-webinar-series-on-demand/sessions.html#15)
- Rural Practice Management Considerations for COVID-19 (https://www.aafp.org/cme/cme-topic/all/town-hall-covid-19-on-demand/sessions.html#13)
- The Public Health Approach to COVID-19: Getting One Step Ahead (https://www.aafp.org/cme/cme-topic/all/town-hall-covid-19-on-demand/sessions.html#6)
- Impact of the COVID-19 Pandemic on Vulnerable Populations (https://www.aafp.org/cme/cme-topic/all/town-hall-covid-19-on-demand/sessions.html#29)

*Credit is available for all COVID-19 activities.

## Patient Education Resources

Search for "vaccines" on familydoctor.org (https://familydoctor.org/?s=vaccines) and you'll find a variety of articles you can use with patients. This includes topics like:

- The Importance of Vaccinations (https://familydoctor.org/the-importance-of-vaccinations/)
- Childhood Vaccinations: What They Are and Why Your Child Needs Them (https://familydoctor.org/childhood-vaccines-what-they-are-and-why-your-child-needs-them/)
- Adult Vaccinations (https://familydoctor.org/adult-vaccinations/)

# Immunizations

https://www.aafp.org/patient-care/public-health/immunizations.html

Copyright © 2020 American Academy of Family Physicians. All rights reserved.
11400 Tomahawk Creek Parkway • Leawood, KS 66211-2680
800.274.2237 • 913.906.6000 • Fax: 913.906.6075 • aafp@aafp.org