UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, on behalf of herself and her minor child, et al., <br><br> Plaintiffs, <br> v. <br><br> HOWARD ZUCKER, in his official capacity as Commissioner of Health for the State of New York, et al., <br><br> Defendants. | **AFFIDAVIT OF SERVICE** <br><br> Civil Action No.: **1:20-CV-0840 (BKS/CFH)** <br> Issue Date: **July 27, 2020** <br> Documents: SUMMONS IN A CIVIL ACTION; NOTICE; CIVIL CASE MANAGEMENT PLAN; CASE ASSIGNMENT FORM; BLANK CONSENT FORM; and CLASS ACTION COMPLAINT |

Thomas Earl Thompson, being duly sworn, deposes and says: I reside in the County of Suffolk in the State of New York, I am a citizen of the United States, I am over eighteen years of age, I am not a party to nor interested in this action, I have the proper authority to serve pleadings in the State of New York, and I am competent to be a witness therein.

**CORPORATE SERVICE**
On **August 11, 2020**, at **2:32 PM**, at **60 Weston Street, Huntington Station, Suffolk County, New York 11746**, deponent served the above-described documents upon the defendant, **SOUTH HUNTINGTON SCHOOL DISTRICT**, by delivering and leaving a true copy with **Laura McLean, District Clerk**, a person who stated they are authorized to receive service of process on behalf of the defendant.

Deponent describes the person to whom the above-described documents were delivered as follows:

| Sex | Skin Color / Race | Hair Color | Age (approx.) | Height (approx.) | Weight (approx.) |
|---|---|---|---|---|---|
| **Female** | **White** | **Blonde** | **60** | **5'7"** | **140 lbs.** |
| Other Identifying Features: **Eyeglasses** | | | | | |

x _____/s/ Thomas Earl Thompson_____
Thomas Earl Thompson, Process Server
Island Process Service, Inc.
1614 5th Avenue, Bay Shore, New York 11706
(631) 647-7663, service@islandprocess.com

State of New York, County of Suffolk ss.:
Sworn to before me this
_____21_____ day of August, 2020

x _____
Notary Public

BRETT PASTERNACK
Notary Public, State of New York
No. 01PA6396017
Qualified in Suffolk County
Commission Expires August 12, 2023

Attorney for Plaintiffs: Sussman & Associates, 1 Railroad Ave, Suite 3, Goshen, NY 10924, (845) 294-3991