UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, on behalf of herself and her minor child, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HOWARD ZUCKER, in his official capacity as Commissioner of Health for the State of New York, et al.,<br><br>Defendants. | AFFIDAVIT OF SERVICE<br><br>Civil Action No.: 1:20-CV-0840 (BKS/CFH)<br>Issue Date: July 27, 2020<br>Documents: SUMMONS IN A CIVIL ACTION; NOTICE; CIVIL CASE MANAGEMENT PLAN; CASE ASSIGNMENT FORM; BLANK CONSENT FORM; and CLASS ACTION COMPLAINT |

Thomas Earl Thompson, being duly sworn, deposes and says: I reside in the County of Suffolk in the State of New York, I am a citizen of the United States, I am over eighteen years of age, I am not a party to nor interested in this action, I have the proper authority to serve pleadings in the State of New York, and I am competent to be a witness therein.

**AUTHORIZED AGENT SERVICE**
On **August 11, 2020**, at **2:32 PM**, at **South Huntington School District, 60 Weston Street, Huntington Station, Suffolk County, New York 11746**, deponent served the above-described documents upon the defendant, **DR. DAVID BENNARDO**, by delivering and leaving a true copy with **Laura McLean, District Clerk**, a person of suitable age and discretion who stated they are employed at the defendant's actual place of business described above and are authorized to receive service of process on behalf of the defendant.

Deponent describes the person to whom the above-described documents were delivered as follows:

| Sex | Skin Color / Race | Hair Color | Age (approx.) | Height (approx.) | Weight (approx.) |
|---|---|---|---|---|---|
| Female | White | Blonde | 60 | 5'7" | 140 lbs. |

Other Identifying Features: **Eyeglasses**

Deponent asked the indicated person if the defendant is, or is dependent on, a person in military service of the United States, State of New York, any other State, or ally in any capacity and received a negative reply. Based on aforesaid conversation and observation, deponent believes the defendant is not, and is not dependent on, a person in military service.

x_____
Thomas Earl Thompson, Process Server
Island Process Service, Inc.
1614 5th Avenue, Bay Shore, New York 11706
(631) 647-7663, service@islandprocess.com

State of New York, County of Suffolk ss.:
Sworn to before me this
__21__ day of August, 2020

x_____
Notary Public

BRETT PASTERNACK
Notary Public, State of New York
No. 01PA6396017
Qualified in Suffolk County
Commission Expires August 12, 2023

Attorney for Plaintiffs: Sussman & Associates, 1 Railroad Ave, Suite 3, Goshen, NY 10924, (845) 294-3991