UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

_____

Plaintiff / Petitioner:
**JANE DOE ON BEHALF OF HERSELF AND MINOR CHILD, ET AL.**

Defendant / Respondent:
**HOWARD ZUCKER, IN HIS OFFICIAL CAPACITY AS COMMISSIONER
OF HEALTH FOR THE STATE OF NEW YORK, ET AL**

_____

**AFFIDAVIT OF SERVICE
INDEX #: CLASS ACTION COMPLAINT**

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age, lives in Monroe County, NY and works at 620 PARK AVE 103, ROCHESTER, NY 14607. That on THURSDAY, 08/06/2020 @ 12:50 PM at 2950 ATLANTIC AVE ROCHESTER NY 14625 deponent adhered to current CDC guidelines and served the within SUMMONS, MEDICAL EXEMPTION COMPLAINT on PENFIELD PUBLIC SCHOOL DISTRICT.

✓　　**Suitable Person:** by delivering thereat, a true copy of each to DR THOMAS PUTNAM a person of suitable age and discretion.

Description:
Age: 45 Ethnicity: CAUCASIAN Gender: MALE Weight: 200 lbs Height: 5' 10" Hair: BROWN Eyes: HAZEL
NOTES: SUPERINTENDENT | PENFIELD PUBLIC SCHOOL DISTRICT

Scott J Campanella
Process Server
ROC Paper Service
620 Park Ave 103
Rochester, NY 14607
(585) 201-8004

SWORN TO BEFORE ME ON: August 19, 2020

_____
Notary Public

STATE OF NEW YORK, COUNTY OF MONROE

SHANDRA KIEFFER
Notary Public State of New York
No. 01KI6103278
Qualified in Monroe County
Commission Expires Jan 12, 2024