UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JANE DOE, *et al.*,

                                            *Plaintiffs*,

      -against-                              1:20-CV-0840

HOWARD ZUCKER, in his official capacity as         (BKS/CFH)
Commissioner of the New York State Department of
Health, *et al.*,

                                            *Defendants*.

## DECLARATION OF SERVICE

      I, MICHAEL G. McCARTIN, declare pursuant to 28 USC § 1746, that on August 24, 2020, I served the Notice of Motion, Declaration of Michael G. McCartin (with Exhibits 1 to 9), and a Memorandum of Law upon Plaintiffs' counsel, and all counsel of record, by electronically filing the same on the Court's CM/ECF system.

Dated: August 24, 2020
         Albany, New York

                                                s/ *Michael McCartin*
                                                MICHAEL G. McCARTIN
                                                Assistant Attorney General
                                                  *Of Counsel*
                                                Bar Roll No. 511158
                                                Telephone:  (518) 776-7620
                                                E-mail: Michael.McCartin@ag.ny.gov