UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JANE DOE, *et. al.*,

                                *Plaintiffs*,

-against-

HOWARD ZUCKER, in his official capacity as Commissioner of the New York State Department of Health, *et. al.*,

                                *Defendants*.

**NOTICE OF APPEARANCE**

20-CV-0840

BKS/CFH

      PLEASE TAKE NOTICE that Defendants Howard Zucker, Elizabeth Rausch-Phung, and the New York State Department of Health hereby appear by the undersigned, whose address and telephone number are as set forth below.

Dated: Albany, New York
          August 25, 2020

                        LETITIA JAMES
                        Attorney General of the State of New York

                        Attorney for Defendants Howard Zucker and Elizabeth Rausch-Phung

                        The Capitol
                        Albany, New York 12224

                        By: *s/Andrew W. Koster*
                        Andrew W. Koster
                        Assistant Attorney General, of Counsel
                        Bar Roll No. 701106
                        Telephone: (518) 776-2609
                        Email: andrew.koster@ag.ny.gov

To:  All Counsel
     Via ECF