UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JANE DOE on behalf of herself and her minor child; JANE BOE, Sr. on behalf of herself and her minor child; JOHN COE, Sr. and JANE COE, Sr. on behalf of themselves and their minor children; JOHN FOE, Sr. on behalf of himself and his minor child; JANE GOE, Sr. on behalf of herself and her minor child; JANE LOE on behalf of herself and her medically fragile child; JANE JOE on behalf of herself and her medically fragile child; CHILDRENS HEALTH DEFENSE, and all others similarly situated,

                                      Plaintiffs,

    -against-                                          **Civil Case No.: 1:20-cv-840 (BKS-CFH)**

HOWARD ZUCKER, in his official capacity as Commissioner of Health for the State of New York; ELIZABETH RAUSCH-PHUNG, M.D., in her official capacity as Director of the Bureau of Immunizations at the New York State Department of Health; the NEW YORK STATE DEPARTMENT OF HEALTH; THREE VILLAGE CENTRAL SCHOOL DISTRICT; CHERYL PEDISICH, acting in her official capacity as Superintendent, Three Village Central School District; CORRINE KEANE, acting in her official capacity as Principal, Paul J. Gelinas Jr. High School, Three Village Central School District; LANSING CENTRAL SCHOOL DISTRICT; CHRIS PETTOGRASSO, acting in her official capacity as Superintendent, Lansing Central School District; CHRISTINE REBER, acting in her official capacity as Principal, Lansing Middle School, Lansing Central School District; LORI WHITEMAN, acting in her official capacity as Principal, Lansing Elementary School, Lansing Central School District; PENFIELD CENTRAL SCHOOL DISTRICT; DR. THOMAS PUTNAM, acting in his official capacity as Superintendent, Penfield Central School District; SOUTH HUNTINGTON SCHOOL DISTRICT; DR. DAVID P. BENNARDO, acting in his official capacity as Superintendent, South Huntington School District; DR. DAVID MIGLIORINO, acting in his official capacity as Principal, St. Anthony's High School, South Huntington School District; ITHACA CITY SCHOOL DISTRICT; DR. LUVELLE BROWN, acting in his official capacity as Superintendent, Ithaca City School District; SUSAN ESBASCH, acting in her official capacity as Principal, Beverly J. Martin Elementary School, Ithaca City School District; SHENENDEHOWA CENTRAL SCHOOL DISTRICT; DR. L. OLIVER ROBINSON, acting in his official capacity as Superintendent, Shenendehowa Central School District; SEAN GNAT, acting in his official capacity as Principal, Koda Middle School, Shenendehowa Central School District; ANDREW HILLS, acting in his official capacity as Principal, Arongen Elementary School, Shenendehowa Central School District; COXSACKIE-ATHENS SCHOOL DISTRICT; RANDALL SQUIER, Superintendent, acting in his official capacity as Superintendent, Coxsackie-Athens School District; FREYA MERCER, acting in

her official capacity as Principal, Coxsackie-Athens High School, Coxsackie-Athens School District; ALBANY CITY SCHOOL DISTRICT; KAWEEDA G. ADAMS, acting in her official capacity as Superintendent, Albany City School District; MICHAEL PAOLINO, acting in his official capacity as Principal, William S. Hackett Middle School, Albany City School District; and all others similarly situated

                                            Defendants.

## AMENDED NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for:

- Defendant    Albany City School District ("Albany CSD")
- Defendant    Kaweeda G. Adams, Superintendent, Albany CSD
- Defendant    Michael Paolino, Principal, William S. Hackett Middle School, ACSD
- Defendant    Three Village Central School District ("Three Village CSD")
- Defendant    Cheryl Pedisich, Superintendent, Three Village CSD
- Defendant    Corrine Keane, Principal, Paul J. Gelinas Jr. High School, Three Village CSD
- Defendant    South Huntington School District ("S. Huntington SD")
- Defendant    Dr. David P. Bennardo, Superintendent, S Huntington SD
- Defendant    Ithaca City School District ("Ithaca CSD")
- Defendant    Dr. Luvelle Brown, Superintendent Ithaca CSD
- Defendant    Susan Eschbach (s/h/a Susan Esbasch), Principal Beverly J. Martin Elementary School, Ithaca CSD.

I certify that I am admitted to practice in this Court.

DATED: August 25, 2020

　　　　　　　　　　　　　　　　　　S/ *Gregg T. Johnson*
　　　　　　　　　　　　　　　　　　Gregg T. Johnson Bar Number 506443
　　　　　　　　　　　　　　　　　　Attorneys for Defendants – *Albany City S.D., Adams, Paolino; Three Village CSD, Pedisich, Keane; S. Huntington SD, Bennardo; Ithaca City SD, Brown, and Eschbach*

　　　　　　　　　　　　　　　　　　JOHNSON & LAWS, LLC
　　　　　　　　　　　　　　　　　　646 Plank Road, Suite 205
　　　　　　　　　　　　　　　　　　Clifton Park, New York 12065
　　　　　　　　　　　　　　　　　　Tel:   518-490-6428
　　　　　　　　　　　　　　　　　　Fax:   518-616-0676
　　　　　　　　　　　　　　　　　　Email: gtj@johnsonlawsllc.com
　　　　　　　　　　　　　　　　　　　　　　lcj@johnsonlawsllc.com

TO:   Michael H. Sussman, Esq.
　　　Sussman, Watkins Law Firm
　　　1 Railroad Avenue
　　　P.O. Box 1005
　　　Goshen, New York 10924
　　　Tel:   845-294-3991
　　　Fax:   845-294-1623
　　　Email: sussman1@frontiernet.net

　　　Sujata S. Gibson, Esq.
　　　The Gibson Law Firm, PLLC
　　　418 East State Street
　　　Ithaca, New York 14850
　　　Tel:   607-327-4125
　　　Email: sujata@gibsonfirm.law