# JOHNSON & LAWS, LLC

Attorneys at Law

| | |
|---|---|
| 646 Plank Road, Suite 205 | Gregg T. Johnson |
| Clifton Park, New York 12065 | Partner |
| 518.490.6428 phone | 518.490.6413 direct |
| 518.616.0676 fax | gtj@johnsonlawsllc.com |

August 25, 2020

**VIA Electronic Filing**

Hon. Brenda K. Sannes, U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, New York 13261-7336

**Re:**   *Jane Doe, et al. v. Howard Zucker, et al.*
   Civil Case No.:   1:20-cv-840

Dear Judge Sannes:

   This firm has been retained to represent a number of school districts and their respective administrators with respect to the above-referenced class action lawsuit.

   By Notice of Appearance filed on August 20, 2020, our office appeared on behalf of four school districts, including the Lansing Central School District ("Lansing CSD"). Unfortunately, there was a miscommunication with our principal and our appearance on behalf of the Lansing CSD and its administrators was an error. On today's date, we filed an Amended Notice of Appearance to rectify the error.

   Please advise if there is anything additional the Court requires of us at this time.

   Thank you.

                                          Respectfully,

                                          JOHNSON & LAWS, LLC

                                          S/ *Gregg T. Johnson*
                                          Gregg T. Johnson
                                          Bar No. 506443
                                          gtj@johnsonlawsllc.com

GTJ/lmg
cc:   (via ECF)
      All Counsel of Record