UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JANE DOE on behalf of herself and her minor child; JANE BOE, Sr. on behalf of herself and her minor child; JOHN COE, Sr. and JANE COE, Sr. on behalf of themselves and their minor children; JOHN FOE, Sr. on behalf of himself and his minor child; JANE GOE, Sr. on behalf of herself and her minor child; JANE LOE on behalf of herself and her medically fragile child; JANE JOE on behalf of herself and her medically fragile child; CHILDRENS HEALTH DEFENSE, and all others similarly situated,

                        Plaintiffs,

      -against-

HOWARD ZUCKER, in his official capacity as Commissioner of Health for the State of New York ELIZABETH RAUSCH-PHUNG, M.D., in her official capacity as Director of the Bureau of Immunizations at the New York State Department of Health; NEW YORK STATE DEPARTMENT OF HEALTH; THREE VILLAGE CENTRAL SCHOOL DISTRICT; CHERLY PEDISICH, acting in her official capacity as Superintendent of Three Village Central School District; CORINNE KEANE, acting in her official capacity as Principal, Paul J. Gelinas Jr. High School, Three Village Central School District; LANSING CENTRAL SCHOOL DISTRICT; CHRIS PETTOGRASSO, acting in her official capacity as Superintendent, Lansing Central School District; CHRISTINE REBERA, acting in her official capacity as Principal, Lansing Middle School, Lansing Central School District; LORRI WHITEMAN, acting in her official capacity as Principal, Lansing Elementary School, Lansing Central School District; PENFIELD CENTRAL SCHOOL DISTRICT; DR. THOMAS PUTNAM, as Superintendent of Penfield Central School District; SOUTH HUNTINGTON SCHOOL DISTRICT; DR. DAVID P. BENNARDO, acting in his official capacity as Superintendent, South Huntington School District; BR. DAVID MIGLIORINO, acting in his officing

Case No.: 1:20-cv-00840-BKS-CFH

**NOTICE OF APPEARANCE**

capacity as Principal, St. Anthony's High School, South Huntington School District; ITHACA CITY SCHOOL DISTRICT; DR. LUVELLE BROWN, acting in his official capacity as Superintendent, Ithaca City School District; SUSAN ESCHBACH, acting in her official capacity as Principal, Beverly J. Martin Elementary School, Ithaca City School District; SHENENDEHOWA CENTRAL SCHOOL DISTRICT; DR. L. OLIVER ROBINSON, acting in his official capacity as Superintendent, Shenendehowa Central School District; SEAN GNAT, acting in his official capacity as Principal, Koda Middle School, Shenendehowa Central School District; ANDREW HILLS, acting in his official capacity as Principal, Arongen Elementary School, Shenendehowa Central School District; COXSACKIE-ATHENS SCHOOL DISTRICT; RANDALL SQUIER, Superintendent, acting in his official capacity as Superintendent, Coxackie-Athens School District; FREYA MERCER, acting in her official capacity as Principal, Coxsackie-Athens School District; ALBANY CITY SCHOOL DISTRICT; KAWEEDA G. ADAMS, acting in her official capacity as Superintendent, Albany City School District; MICHAEL PAOLINO, acting in his official capacity as Principal, William S. Hackett Middle School, Albany School District; And all others similarly situated,

                        Defendants.
---------------------------------------------------------------x

      PLEASE TAKE NOTICE, that Cullen and Dykman LLP has been retained by defendants, Coxsackie-Athens School District, Randall Squier, Freya Mercer, Shenendehowa Central School District, Dr. L. Oliver Robinson, Sean Gnat, Andrew Hills, Penfield Central School District, Dr. Thomas Putnam, Lansing Central School District, Chris Pettograsso, Christine Rebera, and Lorri Whiteman.  I am admitted to practice in this District.

Dated: Garden City, New York
       August 25, 2020

                                    CULLEN AND DYKMAN LLP

                                    By:   *s/ James G. Ryan*
                                    James G. Ryan (514300)
                                    Attorneys for Defendants

                                        Coxsackie-Athens School District, Randall Squier, Freya Mercer, Shenendehowa Central School District, Dr. L. Oliver Robinson, Sean Gnat, Andrew Hills, Penfield Central School District, Dr. Thomas Putnam, Lansing Central School District, Chris Pettograsso, Christine Rebera, and Lorri Whiteman
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516) 357-3750

To:    Suja Gibson (517834)
        The Gibson Law Firm
        *Attorneys for Plaintiffs*
        407 N. Cayuga Street, Suite 201
        Ithaca, New York 14850
        (607) 327-4125