# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, et al. | Civil Action No.: 1:20 – CV – 0840 (BKS/CFH) |
| Plaintiffs, | |
| vs. | DECLARATION OF C.B. IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION |
| HOWARD ZUCKER, et al. | |
| Defendants. | |

C.B. pursuant to 28 U.S.C. § 1746 declares under penalty of perjury as follows:

1. I am a nurse practitioner and have two children whose medical exemptions to vaccines, written by a physician licensed to practice in New York, were denied by the Alfred Almond Central School District.

2. I write this declaration in support of the Plaintiffs' motion for a preliminary injunction and as a potential class member in this suit.

3. I have personal history of developing autoimmune condition alopecia universalis (total body hair loss) following administration of Hep B vaccine series in nursing school so my husband and I decided our children would never receive this vaccine series.

4. My children both have genetic mutations and vulnerabilities that put them at increased risk of serious harms from vaccines.

DECLARATION OF C.B. IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION -1

5. We submitted medical exemptions for both children in January 2020. Detailed genetic analysis was performed on each child. Our doctor recommended that one of the children be exempt only from Hepatitis B vaccine and the other from all vaccines.

6. The school made us homeschool our children pending review of the exemptions. We did not hear back until June 1, 2020, at which time the school district denied the exemptions based on the recommendation of the school medical director.

7. The school medical director never reached out to speak to the NY physician who signed our medical exemptions to discuss.

8. Our burdens have been great both emotionally and financially. My older son who is 16 was removed from all his athletic opportunities as home schooled children are not allowed to participate in school sports in NYS.

9. My husband and I have both had to take time off of work to help home school the children especially our 11 year who was in his 6th grade year.

10. I recently had to quit my job as an NP working for the University of Rochester and this will have a significant effect on our family financially, we have already lost thousands of dollars since the repeal.

11. This should not be happening.

12. There are many differences in medical opinions on most subjects in medicine. It is vital that parents, who know their children and their family health history the best, be able to work with the physicians that they feel most comfortable with and follow their

DECLARATION OF C.B. IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION
2

advice. Licensed physicians must adhere to standards of care, even if there are differences of opinion about what that requires.

13. I am a medical professional. I know that my children cannot safely take all of the vaccines. This has been confirmed by a licensed physician.

14. Wherefore, I respectfully ask this Court to grant the relief and let our children remain in school pending the outcome of this case and to stay the regulations that allow school districts to overrule treating physicians or the state to take clinical judgment away from treating doctors.

RESPECTFULLY SUBMITTED this 15th day of August 2020

*C.B.*

C.B.

DECLARATION OF C.B. IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION
- 5