# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>HOWARD ZUCKER, et al.<br><br>Defendants. | Civil Action No.: 1:20 – CV – 0840 (BKS/CFH)<br><br>DECLARATION OF R.B. IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION |

R.B. pursuant to 28 U.S.C. § 1746 declares under penalty of perjury as follows:

1. I am the father of two medically fragile children. We reside in the Sayville School District in New York.

2. I write this declaration in support of the Plaintiffs' motion for a preliminary injunction and as a potential class member in this suit.

3. My children have received most of the vaccines on the schedule. We stopped vaccinating after one son developed such a severe reaction that he is now permanently and severely disabled for life, and is undergoing stem cell therapy to try to repair the damage that has been done to him from his vaccine injury.

4. We ultimately obtained exemptions for both of our children and they were able to attend school last year.

DECLARATION OF R.B. IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION - 1

5. However, the process was extremely traumatic for our entire family. Given our family medical history and the children's genetic vulnerabilities and vaccine adverse reactions, it was clear to our physicians that our children should not receive more vaccines (they are missing between them boosters of the DTaP, inactivated polio and varicella vaccines).

6. However, under the new regulations, it was not enough for our physicians to simply make clinical determinations and have that respected.

7. Instead, our privacy was significantly invaded. Our family has experienced more stress since last summer than anyone should ever be subjected to.

8. Our children were subjected to an enormous amount of medical testing to substantiate the need for the exemption.

9. The entire experience has negatively impacted our parenting experience in a profound way. It is difficult to enjoy time with my children based on the constant stress that I am now under.

10. We have been walking on eggshells wondering if our children would suddenly be kicked out of school if some bureaucrat who has never met them or examined them decided that they disagreed with our doctors, or that we have not provided enough information.

DECLARATION OF R.B. IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION - 2

11. This situation has caused me great difficulty sleeping for the past year. Certain smells from last summer trigger tremendous anxiety in the form of tightness in my chest and shortness of breath.

12. I have developed a deep distrust of the government- particularly the government of the State of New York. I live in a constant state of fear that a time will come when I will no longer be able to protect my boys from a tyrannical and overreaching state government that is hell-bent on vaccinating my children against my will and against the strong advice of their physician, who is personally aware of their vulnerabilities, thereby causing them even greater harm than has already been inflicted on my already vaccine-injured son.

13. No parent should ever have to choose between the health of their child and their child's right to an education. The unconscionability of this situation is magnified with our son who was injured, who is in even greater need of an education tailored to his special needs, who will be denied that education unless we agree to more of the same vaccines that caused his disability in the first place.

14. Law abiding citizens living in a free country should not live in fear of their government.

15. Wherefore, I respectfully ask this Court to grant the relief and let our children remain in school pending the outcome of this case and to stay the regulations that allow school

DECLARATION OF R.B. IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION - 3

districts to demand such invasive documentation and to prevent parents from being allowed to follow the advice of their treating physicians.

RESPECTFULLY SUBMITTED this 18TH day of August 2020

_R.B._____
R.B.

DECLARATION OF R.B. IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION - 4