UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>HOWARD ZUCKER, et al.<br><br>Defendants. | Civil Action No.: 1:20 – CV – 0840 (BKS/CFH)<br><br>**CERTIFICATE OF SERVICE** |

This is to certify that a true and correct copy of the following documents were served upon the counsel identified below via the method identified below on this day, August 24, 2020:

1. Unsigned Order to Show Cause;
2. Memorandum of Law dated August 24, 2020;
3. Proposed Order;
4. Declaration of Sujata Sidhu Gibson, Esq., dated August 24, 2020 and attached exhibits;
5. Declaration of Plaintiff Jane Doe, dated August 20, 2020;
6. Declaration of Plaintiff Jane Boe, dated August 7, 2020;
7. Declaration of John Coe, dated August 20, 2020;
8. Declaration of John Foe, dated August 20 ,2020;
9. Declaration of Jane Joe, dated August 20,2020;
10. Declaration of Jane Loe, dated August 21, 2020;
11. Declaration of Lawrence Palevsky, M.D. in Support dated August 20, 2020;
12. Declaration of Jeanette Rodriguez in Support dated August 20, 2020;
13. Declaration of class member A.M.2 dated August 20, 2020;

| | |
|---|---|
| Michael G. McCartin, Assistant Attorney General<br>*Attorney for Defendants Howard Zucker, Elizabeth Rausch-Phung, and New York State Department of Health*<br>Office of the NYS Attorney General<br>The Capitol<br>Albany, NY 12224<br><br>Michael.mccartin@ag.ny.gov | ___Via Certified Mail, RRR<br>___Via Facsimile<br>___Via Hand Delivery<br>___Via Overnight Delivery Service<br>___Via Regular Mail<br>_X__Via e-mail<br>___Via ECF |
| James G. Ryan, Esq.<br>Cullen & Dykman<br>*Attorney for Defendants Coxsackie-Athens School District, Randall Squier, Freya Mercer, Shenendehowa Central School District, Dr. L. Oliver Robison, Sean Gnat, Andrew Hills, Penfield Central School District, Dr. Thomas Putnam, Lansing Central School District, Chris Pettograsso, Christine Reber, Lori Whiteman*<br>Jryan@cullenllp.com | ___Via Certified Mail, RRR<br>___Via Facsimile<br>___Via Hand Delivery<br>___Via Overnight Delivery Service<br>___Via Regular Mail<br>_X__Via e-mail<br>___Via ECF |
| Greg T. Johnson<br>Johnson & Laws, LLC<br>*Attorney for Defendants South Huntington School District, Dr. David P. Bennardo, Three Village Central School District, Cheyrl Pedisich, Corrine Keane, Albany City School District, Kaweeda G. Adams, Michael Paolino,*<br>Gtj@johnsonlawsllc.com | ___Via Certified Mail, RRR<br>___Via Facsimile<br>___Via Hand Delivery<br>___Via Overnight Delivery Service<br>___Via Regular Mail<br>_X_Via e-mail<br>___Via ECF |

Dated:   August 24, 2020
         Goshen, NY 10924

*/s/ Sarah Osborne*
Sarah Osborne
Legal Assistant