UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>HOWARD ZUCKER, et al.<br><br>Defendants. | Civil Action No.: 1:20 – CV – 0840 (BKS/CFH)<br><br>**CERTIFICATE OF SERVICE** |

This is to certify that a true and correct copy of the following documents were served upon the counsel identified below via the method identified below on this day, August 24, 2020:

1. Unsigned Order to Show Cause;
2. Memorandum of Law dated August 24, 2020;
3. Proposed Order;
4. Declaration of Sujata Sidhu Gibson, Esq., dated August 24, 2020 and attached exhibits;
5. Declaration of Plaintiff Jane Doe, dated August 20, 2020;
6. Declaration of Plaintiff Jane Boe, dated August 7, 2020;
7. Declaration of John Coe, dated August 20, 2020;
8. Declaration of John Foe, dated August 20 ,2020;
9. Declaration of Jane Joe, dated August 20,2020;
10. Declaration of Jane Loe, dated August 21, 2020;
11. Declaration of Lawrence Palevsky, M.D. in Support dated August 20, 2020;
12. Declaration of Jeanette Rodriguez in Support dated August 20, 2020;
13. Declaration of class member A.M.2 dated August 20, 2020;

14. Declaration of class member E.C. dated August 20, 2020;

15. Declaration of class member J.S. dated August 20, 2020;

16. Declaration of class member N.C. dated August 20, 2020;

17. Declaration of class member B.B. dated August 7, 2020;

18. Declaration of class member A.M.3 dated August 4, 2020;

19. Declaration of class member K.W. dated August 7, 2020;

20. Declaration of class member C.M. dated August 16, 2020;

21. Declaration of class member N.F. dated August 19, 2020;

22. Declaration of class member C.B. dated August 15, 2020;

23. Declaration of class member A.M. dated August 20, 2020;

24. Declaration of class member R.B. dated August 18, 2020;

25. Declaration of class member M.D. dated August 16, 2020;

26. Declaration of class member B.P. dated August 15, 2020;

27. Declaration of class member R.F. dated August 14, 2020;

28. Declaration of class member M.N. dated August 20, 2020;

29. Declaration of class member S.P. dated August 14, 2020;

30. Declaration of class member J.H. dated August 14, 2020;

31. Declaration of class member H.D. dated August 20, 2020;

32. Certificate of Service;

33. Letter to the Hon. Brenda K. Sannes

Served on:

| | |
|---|---|
| Kate l. Reid<br>Bond, Schoeneck & King, PLLC<br>*Attorneys for Defendants Ithaca City School District, Luvulle Brown, and Susan Eschbach* | Via email to counsel |

Dated:   August 25, 2020
         Ithaca, NY

*s/* Sujata S. Gibson

_____
Sujata S. Gibson, Esq.