UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JANE DOE on behalf of herself and her minor child, et al.

                              Plaintiffs,

vs.

HOWARD ZUCKER, et al.

                              Defendants.

-----------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

State of New York    )
County of Orange     )

The undersigned being duly sworn, deposes and says:

    I, Sarah E. Osborne, am not a party to the action and am over the age of 18 years of age and reside in Chester, New York 10918.

    That on August 28, 2020 deponent served the following documents in the above-named matter:

- Summons for Br. Migliorino with attached Filing Order and Class Action Complaint
- Unsigned Order to Show Cause, filed 8/25/2020
- Memorandum of Law in Support, filed 8/25/2020
- Proposed Order, filed 8/25/2020
- Declaration of Sujata Gibson in Support with Exhibits 1-8, filed 8/25/2020
- Declarations of Plaintiffs and Class Members in Support, filed 8/25/2020
- Order to Show Cause, signed by Judge Sannes and filed 8/27/2020

    By depositing a true copy of the aforesaid documents in a postpaid properly addressed envelope by overnight mail in a post office or official depository under the exclusive care and custody of the United States Postal Service to the following address:

Patrick F. Adams, PC
*Attorneys for Defendant Br. David Migliorino, accepting service for client through attorney agreement*
3500 Sunrise Hwy
Building 300
Great River, NY 11739

Sworn to before me this
20th day of August, 2020

_____  
Notary Public

_____  
Sarah E. Osborne

MICHAEL HOWARD SUSSMAN  
Notary Public, State of New York  
No. 02SU6332584  
Qualified in Orange County  
Commission Expires Nov. 09, 20 23