

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516)334-4500   FAX (516)334-4501   WWW.SOKOLOFFSTERN.COM

ADAM I. KLEINBERG
Akleinberg@sokoloffstern.com

September 2, 2020

Honorable Brenda K. Sannes
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, NY 13261-7336

**VIA ECF**

Re:    *Doe et. al. v. Zucker et. al.*
       Docket No. 20-CV-0840 (BKS) (CFH)
       File No. 200125

Dear Judge Sannes:

We, along with the law office of Johnson & Laws, LLC, represent defendants South Huntington Union Free School District, Three Village Central School District, Ithaca City School District, Albany City School District, David Bennardo, Cheryl Pedisich, Corinne Keane, Dr. Luvelle Brown, Susan Eschbach, Kaweeda Adams, and Michael Paolino in the above-referenced matter. We respectfully request permission to file one 40-page combined memorandum of law (on behalf of all of these defendants) in opposition to plaintiff's motion for a preliminary injunction.

While each school district is entitled to its own 25-page memorandum of law, rather than file four separate memorandums of law, we plan to file a single brief on behalf of all the above-mentioned school districts and school officials. An additional 15-pages is necessary so that we may adequately address the factual background for each relevant plaintiff and respective school district.

Thank you for your consideration of this matter.

Respectfully submitted,

SOKOLOFF STERN LLP

ADAM I. KLEINBERG

CC: All counsel of record (via ECF)