UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JANE DOE on behalf of herself and her minor child; JANE BOE, Sr. on behalf of herself and her minor child; JOHN COE, Sr. and JANE COE, Sr. on behalf of themselves and their minor children; JOHN FOE, Sr. on behalf of himself and his minor child; JANE GOE, Sr. on behalf of herself and her minor child; JANE LOE on behalf of herself and her medically fragile child; JANE JOE on behalf of herself and her medically fragile child; CHILDRENS HEALTH DEFENSE, and all others similarly situated,

Plaintiffs,

-against-

HOWARD ZUCKER, in his official capacity as Commissioner of Health for the State of New York; ELIZABETH RAUSCH-PHUNG, M.D., in her official capacity as Director of the Bureau of Immunizations at the New York State Department of Health; the NEW YORK STATE DEPARTMENT OF HEALTH; THREE VILLAGE CENTRAL SCHOOL DISTRICT; CHERYL PEDISICH, acting in her official capacity as Superintendent, Three Village Central School District; CORINNE KEANE, acting in her official capacity as Principal Paul J. Gelinas Jr. High School, Three Village Central School District; LANSING CENTRAL SCHOOL DISTRICT; CHRIS PETTOGRASSO, acting in her official capacity as Superintendent, Lansing Central School District; CHRISTINE REBERA, acting in her officical capacity as Principal, Lansing Middle School, Lansing Central School District; LORRI WHITEMAN, acting in her official capacity as Principal, Lansing Elementary School, Lansing Central School District; PENFIELD CENTRAL SCHOOL DISTRICT; DR. THOMAS PUTNAM, acting in his official capacity as Superintendent, Penfield Central School District; SOUTH HUNTINGTON SCHOOL DISTRICT; DR. DAVID P. BENNARDO, acting in his official capacity as Superintendent, South Huntington School District; BR.

**NOTICE OF MOTION**

Docket No. 20-CV-0840 (BKS) (CFH)

DAVID MIGLIORINO, acting in his official capacity as Principal, St. Anthony's High School, South Huntington School District; ITHACA CITY SCHOOL DISTRICT; DR. LUVELLE BROWN, acting in his official capacity as Superintendent, Ithaca City School District; SUSAN ESCHBACH, acting in her official capacity as Principal, Beverly J. Martin Elementary School, Ithaca City School Distrcit; SHENENDEHOWA CENTRAL SCHOOL DISTRICT; DR L. OLIVER ROBINSON, acting in his official capacity as Superintendent, Shenedehowa Central School District; SEAN GNAT, acting in his official capacity as Principal, Koda Middle School, Shenendehowa Central School District; ANDREW HILLS, acting in his official capacity as Principal, Arongen Elementary School, Shenendehowa Central School District; COXSACKIE-ATHENS SCHOOL DISTRICT; RANDALL SQUIER, Superintendent, acting in his official capacity as Superintendent, Coxsackie-Athens School District; FREYA MERCER, acting in her official capacity as Principal, Coxsackie Athens High School, Coxsackie-Athens School District; ALBANY CITY SCHOOL DISTRICT; KAWEEDA G. ADAMS, acting in her official capacity as Superintendent, Albany City School District; MICHAEL PAOLINO, acting in his official capacity as Principal, William S. Hackett Middle School, Albany City School District; and all others similarly situated,

Defendants.

**PLEASE TAKE NOTICE,** that upon the Declaration Adam I. Kleinberg with attached exhibits, and the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, and upon all prior pleadings and proceedings, defendants SOUTH HUNTINGTON UNION FREE SCHOOL DISTRICT s/h/a SOUTH HUNTINGTON SCHOOL DISTRICT, DAVID P. BENNARDO, THREE VILLAGE CENTRAL SCHOOL DISTRICT, CHERYL PEDISICH, CORINNE KEANE, ITHACA CITY SCHOOL DISTRICT, DR. LUVELLE BROWN, SUSAN ESCHBACH, ALBANY CITY SCHOOL DISTRICT, KAWEEDA G.

ADAMS, and MICHAEL PAOLINO, will move this Court before the Honorable Brenda K. Sannes, at the United States District Court for the Northern District of New York, located in Syracuse, NY, on **Thursday, October 15, 2020**, at 10:00 a.m., or another date and/or time to be determined by the Court, for an Order pursuant to Fed. R. Civ. P. 12(b)(1) and (6) dismissing this action in its entirety, together with such other and further relief as this Court deems just, equitable, and proper.

**PLEASE TAKE FURTHER NOTICE** that answering papers shall be served and filed by September 28, 2020, in accordance in accordance with Local Rule 7.1(b)(1), with reply papers to follow by October 5, 2020.

Dated: September 3, 2020
Carle Place, New York

**SOKOLOFF STERN LLP**
*Attorneys for Defendants*
South Huntington Union Free School District s/h/a South Huntington School District, David P. Bennardo, Three Village Central School District, Cheryl Pedisich, Corinne Keane, Ithaca City School District, Dr. Luvelle Brown, Susan Eschbach, Albany City School District, Kaweeda G. Adams, and Michael Paolino

By: ______________________
ADAM I. KLEINBERG
CHELSEA WEISBORD (pending admission)
179 Westbury Avenue
Carle Place, NY 11514
(516) 334-4500

-and-

**JOHNSON & LAWS, LLC**

By: __/s/__________________________
GREGG T. JOHNSON
APRIL LAWS
LORAINE JELINEK

646 Plank Road, Suite 205
Clifton Park, NY 12065
(518) 490-6428

TO: All counsel of record (via ECF)