

t. 607-797-4839
f. 607-797-6123
www.hsld.com
P.O. Box 660
Binghamton, NY 13902-0660
520 Columbia Dr., Suite 204
Johnson City, NY 13790

September 16, 2019

Patricia Finn, Esq.
58 East Route 59, Suite 4
Nanuet, NY 10954

**RE:** ▮▮▮▮ **Medical Exemption**

Our office represents the Coxsackie-Athens Central School District with respect to this issue. We have reviewed the documentation forwarded by you regarding ▮▮▮▮ application for a medical exemption from immunization. Further, we have submitted the same to the school physician for review. As per the attached correspondence from Dr. Hassett, after reviewing ▮▮▮▮ file and the documentation you sent, he finds ▮▮▮▮ does not meet the requirements for a medical exemption. Therefore, the Principal and the Superintendent are denying the medical exemption for ▮▮▮▮. If ▮▮▮▮ parents do not have evidence of immunization appointments by September 19, 2019, ▮▮▮▮ will be excluded from attendance. The County Department of Health can provide free immunizations if needed.

*Wendy K. DeWind*

WKD/gjb

cc: Randall Squier, Superintendent

Email

Wendy K. DeWind, Esq.                                    Email – wdewind@hsldg.com

**EmUrgentCare®**

ALBANY MED
[address]
West Coxsackie, NY 12192
P 518.731.9000
F 518.731.9119
www.EmUrgentCare.com

September 10, 2019

Mr. Randall Squier
Superintendent of Schools
Coxsackie-Athens Central School District
24 Sunset Boulevard
Coxsackie, NY 12051

Dear Mr. Squier:

Thank you for the opportunity to consult with you regarding immunization exclusions criteria in the public school system. I have reviewed the file of ▮▮▮▮▮▮▮▮▮▮▮▮, as well as the Medical Exemption Physician's Certification, Public Health Law 2164 and Amendments in Chapter 35 of the Laws of 2019.

My professional interpretation is that ▮▮▮▮▮▮▮ does not qualify for a medical exemption. A new subdivision of Section 66-1.1 defines "may be detrimental to the child's health" to mean that a physician has determined that a child has a medical contraindication or precaution to a specific immunization consistent with ACIP guidance. Neither ▮▮▮▮▮▮▮ medical records nor the Physician's Certification reflect any contraindications or precautions.

Sincerely,

*[signature]* MD

Stephen G. Hassett, MD, FACEP
School Physician – Coxsackie-Athens Central School District

OPEN 9AM - 9PM **EVERY DAY**

THE
WELLNESS
CENTER

July 30, 2019

To whom it may concern:

█████████████ has been a patient of the UltraWellness Center since September 2008. When ███ presented, he was experiencing severe aggressive, out-of-control and impulsive behaviors, irritability, mood swings, diarrhea, eczema, headaches and stomach pain. Mother reported that symptoms were impacting ███ ability to function in social and educational settings.

At the time ███ was evaluated and diagnosed with a number of issues, including multiple food and environmental allergies, gluten enteropathy, irritable bowel syndrome, eczema, thyroid disease, increased intestinal permeability, hypoglycemia, mitochondrial dysfunction and environmentally induced porphyria due to mercury and lead exposure. Underlying ███ condition was inability to appropriately eliminate toxins as indicated by elevated lead and mercury levels. Increased gut permeability and food sensitivities suggested immune sensitization. This physiologic milieu increases the risk of adverse reactions to vaccines, therefore routine vaccination was declined. These medical conditions were managed with nutritional interventions, targeted supplements and prescription medications, as needed. ███ experienced steady improvement with ongoing treatment and avoidance of toxins and attention to diet.

When he came under my care in 2018, he was exceling in school and life interests. In order to assure continue progress and health, ███ should continue to avoid routine vaccination.

If I can be of further assistance, please feel free to contact me.

Dr. George Papanicolaou, DO

Mark Hyman, MD   Founder and Director

Elizabeth Boham, MD, RDN, Medical Director • Todd LePine, MD • George Papanicolaou, DO • Kristin Boyt, MHS, PA-C
Margaret Ward, MS, RDN, LDN • Lisa Dreher MS, RDN, LDN • Deborah Phillips, MS, LDN • Kathie Swift, MS, RDN, LDN, FAND • Eileen Boté, RDN, LDN

55 Pittsfield Road, Suite 9, Lenox, MA 01240 • P (413) 637-9991 • F (413) 637-9995 • www.ultrawellnesscenter.com