

THE STATE EDUCATION DEPARTMENT / THE UNIVERSITY OF THE STATE OF NEW YORK / ALBANY, NY 12234

OFFICE OF COUNSEL
Tel. (518) 474-8927
Fax (518) 474-4188

September 27, 2019

Re: ▮▮▮ v. BOE, Coxsackie-Athens CSD
Appeal No. 21263

Dear ▮▮▮

The petition in the above referenced matter requests the issuance of a stay order by the Commissioner of Education.

On behalf of the Commissioner, this is to advise you that no stay order will be issued.

Sincerely,

Joshua Dingman
Appeals Coordinator

c: John P. Lynch, Esq.
Hogan, Sarzynski, Lynch, DeWind & Gregory, LLP
520 Columbia Drive, Suite 204
P.O. Box 660
Binghamton, NY 13902-0660