

# COXSACKIE-ATHENS
# CENTRAL SCHOOL DISTRICT

October 8, 2019

**District Office**
24 Sunset Boulevard
Coxsackie, NY 12051

**Randall W. Squier**
*Superintendent of Schools*
Phone: (518) 731-1710
Fax: (518) 731-1729

**Leslie J. Copleston**
*Assistant Superintendent of School Services*
Phone: (518) 731-1715
Fax: (518) 731-1729

**Kerry Houlihan**
*Assistant Superintendent of Instructional Services*
Phone: (518) 731-1702
Fax: (518) 731-1729

**Special Education Office**
Phone: (518) 731-1725
Fax: (518) 731-1820

**Athletic Department**
Phone: (518) 731-1722
Fax: (518) 731-1774

**High School**
24 Sunset Boulevard
Coxsackie, NY 12051
Phone: (518) 731-1800
Fax: (518) 731-1809

**Middle School**
24 Sunset Boulevard
Coxsackie, NY 12051
Phone: (518) 731-1850
Fax: (518) 731-1859

**Edward J. Arthur Elementary School**
51 Third Street
Athens, NY 12015
Phone: (518) 731-1750
Fax: (518) 731-1765

**Coxsackie Elementary School**
24 Sunset Boulevard
Coxsackie, NY 12051
Phone: (518) 731-1770
Fax: (518) 731-1785

www.cacsd.org

Dear [REDACTED]

Enclosed is correspondence from our school physician finding that your Doctor's request for exemption fails to meet the exemption standards articulated in New York State Department of Health Regulations. Accordingly, your son remains excluded from school on the basis that he has not presented evidence of immunization as required by the New York Public Health Law and Regulations.

Sincerely,
COXSACKIE-ATHENS CENTRAL SCHOOL DISTRICT

Randall W. Squier
Superintendent

ALBANY MED
EmUrgentCare

West Coxsackie, NY 12192
F 518.731.9119
www.EmUrgentCare.com

October 8, 2019

Mr. Randall Squier
Superintendent of Schools
Coxsackie-Athens Central School District
24 Sunset Boulevard
Coxsackie, NY 12051

Dear Mr. Squier:

Thank you for the opportunity to consult with you regarding the resubmission immunization exclusions criteria for ███████████████. I have again reviewed the Medical Exemption Physician's Certification, Public Health Law 2164 and Amendments in Chapter 35 of the Laws of 2019.

My professional interpretation remains that ███████ does not qualify for a medical exemption. While the form is properly filled out on this submission, there remains no medical support for the exclusion.

Sincerely,

*[signature]*

Stephen G. Hassett, MD, FACEP
School Physician – Coxsackie-Athens Central School District

OPEN 9AM - 9PM **EVERY DAY**