

District Edition

Year 20-21    School All Schools    Calendar All Calendars

| Index | Search |
|---|---|

Search Campus Tools

Amanda Sirois
- ▶ PCSD Reports
- ▶ Student Information
- ▶ Census
- ▶ Behavior
- ▶ Health
- ▶ Attendance
- ▶ Scheduling
- ▶ Fees
- ▶ Grading & Standards
- ▶ Program Admin
- ▼ Ad Hoc Reporting
  - Filter Designer
  - Data Viewer
  - Letter Designer
  - Letter Builder
  - Data Export
  - ▶ Data Analysis
  - Batch Queue
- ▶ User Communication
- ▶ Assessment
- ▶ System Administration
- ▶ FRAM
- ▼ Messenger
  - Message Builder
  - Message Builder Scheduler
  - Emergency Messenger
  - Staff Messenger
  - Sent Message Log
- ▶ Surveys
- ▶ NY State Reporting

#000007038    ✸ Health Condition    Gender: F

Demographics | Identities | Households | Relationships | Enrollmen

[New]   🖨 Print Enrollment History   New Enrollment History

## Enrollment Editor

| Grade | Type | Calendar | Start Date | End Da |
|---|---|---|---|---|
| 12 | P | PHS 19-20 | 07/01/2019 | 06/30 |
| Start Status: 0011 Enrollment in building or grade <br> End Status: 799 Graduated (earned a Regents or local diploma) | | | | |
| 11 | P | PHS 18-19 | 07/01/2018 | |
| Start Status: 0011 Enrollment in building or grade <br> End Status: | | | | |
| 10 | P | PHS 17-18 | 07/01/2017 | |
| Start Status: 0011 Enrollment in building or grade <br> End Status: | | | | |
| 09 | P | PHS 16-17 | 07/01/2016 | |
| Start Status: 0011 Enrollment in building or grade <br> End Status: | | | | |
| 08 | P | 15-16 Bay Trail Middle School | 07/01/2015 | 06/30 |
| Start Status: 0011 Enrollment in building or grade <br> End Status: 153 Transferred to in district/out-of-district school | | | | |
| 07 | P | 14-15 Bay Trail Middle School | 07/01/2014 | |
| Start Status: 0011 Enrollment in building or grade <br> End Status: | | | | |
| 06 | P | 13-14 Bay Trail Middle School | 07/01/2013 | |
| Start Status: 0011 Enrollment in building or grade <br> End Status: | | | | |
| 05 | P | 12-13 Cobbles Elementary | 07/01/2012 | 06/30 |