# 4. Contraindications and Precautions

## Updates

Major changes to the best practice guidance in this section include 1) enhancement of the definition of a "precaution" to include any condition that might confuse diagnostic accuracy and 2) recommendation to vaccinate during a hospitalization if a patient is not acutely moderately or severely ill.

## General Principles

National standards for pediatric vaccination practices have been established and include descriptions of valid contraindications and precautions to vaccination (*2*). Persons who administer vaccines should screen patients for contraindications and precautions to the vaccine before each dose of vaccine is administered (Table 4-1). Screening is facilitated by consistent use of screening questionnaires, which are available from certain state vaccination programs and other sources (e.g., the Immunization Action Coalition, http://www.immunize.org).

## Contraindications

Contraindications (conditions in a recipient that increases the risk for a serious adverse reaction) to vaccination are conditions under which vaccines should not be administered. Because the majority of contraindications are temporary, vaccinations often can be administered later when the condition leading to a contraindication no longer exists. A vaccine should not be administered when a contraindication is present; for example, MMR vaccine should not be administered to severely immunocompromised persons (*1*). However, certain conditions are commonly misperceived as contraindications (i.e., are not valid reasons to defer vaccination).

Severely immunocompromised persons generally should not receive live vaccines (*3*). Because of the theoretical risk to the fetus, women known to be pregnant generally should not receive live, attenuated virus vaccines (*4*).

Persons who experienced encephalopathy within 7 days after administration of a previous dose of pertussis- containing vaccine not attributable to another identifiable cause should not receive additional doses of a vaccine that contains pertussis (*4,5*). Severe Combined Immunodeficiency (SCID) disease and a history of intussusception are both contraindications to the receipt of rotavirus vaccines (*6*).

## Precautions

A precaution is a condition in a recipient that might increase the risk for a serious adverse reaction, might cause diagnostic confusion, or might compromise the ability of the vaccine to produce immunity (e.g., administering measles vaccine to a person with passive immunity to measles from a blood transfusion administered up to 7 months prior) (*7*). A person might experience a more severe reaction to the vaccine than would have otherwise been expected; however, the risk for this happening is less than the risk expected with a contraindication. In general, vaccinations should be deferred when a precaution is present. However, a vaccination might be indicated in the presence of a precaution if the benefit of protection from the vaccine outweighs the risk for an adverse reaction.

The presence of a moderate or severe acute illness with or without a fever is a precaution to administration of all vaccines ([Table 4-1](#)). The decision to administer or delay vaccination because of a current or recent acute illness depends on the severity of symptoms and etiology of the condition. The safety and efficacy of vaccinating persons who have mild illnesses have been documented (*8-11*). Vaccination should be deferred for persons with a moderate or severe acute illness. This precaution avoids causing diagnostic confusion between manifestations of the underlying illness and possible adverse effects of vaccination or superimposing adverse effects of the vaccine on the underlying illness. After they are screened for contraindications, persons with moderate or severe acute illness should be vaccinated as soon as the acute illness has improved. Studies indicate that failure to vaccinate children with minor illnesses can impede vaccination efforts (*12–14*). Among persons whose compliance with medical care cannot be ensured, use of every opportunity to administer appropriate vaccines is critical.

Hospitalization should be used as an opportunity to provide recommended vaccinations. Health-care facilities are held to standards of offering influenza vaccine for hospitalized patients, so providers are incentivized to vaccinate these patients at some point during hospitalization (*15*). Likewise, patients admitted for elective procedures will not be acutely ill during all times during their hospitalization.

Most studies that have explored the effect of surgery or anesthesia on the immune system were observational, included only infants and children, and were small and indirect, in that they did not look at the immune effect on the response to vaccination specifically (*16-35*). They do not provide convincing evidence that recent anesthesia or surgery significantly affect response to vaccines. Current, recent, or upcoming anesthesia/surgery/hospitalization is not a contraindication to vaccination, but certain factors might lead a provider to consider current, recent, or upcoming anesthesia/surgery/hospitalization as a precaution (*16-35*). Efforts should be made to ensure vaccine administration during the hospitalization or at discharge. For patients who are deemed moderately or severely ill throughout the hospitalization, vaccination should occur at the earliest opportunity (i.e., during immediate post-hospitalization follow-up care, including home or office visits) when patients' clinical symptoms have improved.

A personal or family history of seizures is a precaution for MMRV vaccination; this is because a recent study found an increased risk for febrile seizures in children 12-23 months who receive MMRV compared with MMR and varicella vaccine (*36*).

## Neither Contraindications Nor Precautions

Clinicians or other health-care providers might misperceive certain conditions or circumstances as valid contraindications or precautions to vaccination when they actually do not preclude vaccination (*2*) ([Table 4-2](#)). These misperceptions result in missed opportunities to administer recommended vaccines (*37*).

Routine physical examinations and procedures (e.g., measuring temperatures) are not prerequisites for vaccinating persons who appear to be healthy. The provider should ask the parent or guardian if the child is ill. If the child has a moderate or severe illness, the vaccination should be postponed.

**TABLE 4-1. Contraindications and precautions[a] to commonly used vaccines**

| Vaccine | Citation | Contraindications | Precautions |
|---|---|---|---|
| DT, Td | (4) | Severe allergic reaction (e.g., anaphylaxis) after a previous dose or to a vaccine component | GBS <6 weeks after previous dose of tetanus-toxoid–containing vaccine<br>History of Arthus-type hypersensitivity reactions after a previous dose of diphtheria-toxoid–containing or tetanus-toxoid–containing vaccine; defer vaccination until at least 10 years have elapsed since the last tetanus-toxoid-containing vaccine<br>Moderate or severe acute illness with or without fever |
| DTaP | (38) | Severe allergic reaction (e.g., anaphylaxis) after a previous dose or to a vaccine component<br>Encephalopathy (e.g., coma, decreased level of consciousness, prolonged seizures), not attributable to another identifiable cause, within 7 days of administration of previous dose of DTP or DTaP | Progressive neurologic disorder, including infantile spasms, uncontrolled epilepsy, progressive encephalopathy; defer DTaP until neurologic status clarified and stabilized<br><br>GBS <6 weeks after previous dose of tetanus-toxoid–containing vaccine<br>History of Arthus-type hypersensitivity reactions after a previous dose of diphtheria-toxoid–containing or tetanus-toxoid–containing vaccine; defer vaccination until at least 10 years have elapsed since the last tetanus-toxoid–containing vaccine<br>Moderate or severe acute illness with or without fever |
| Hepatitis A | (39) | Severe allergic reaction (e.g., anaphylaxis) after a previous dose or to a vaccine component | Moderate or severe acute illness with or without fever |
| Hepatitis B | (40) | Severe allergic reaction (e.g., anaphylaxis) after a previous dose or to a vaccine component<br>Hypersensitivity to yeast | Moderate or severe acute illness with or without fever |
| Hib | (41) | Severe allergic reaction (e.g., anaphylaxis) after | Moderate or severe acute illness with or without fever |

| | | | |
|---|---|---|---|
| | | a previous dose or to a vaccine component<br>Age <6 weeks | |
| HPV | (*42*) | Severe allergic reaction (e.g., anaphylaxis) after a previous dose or to a vaccine component, including yeast | Moderate or severe acute illness with or without fever |
| IIV | (*43*) | Severe allergic reaction (e.g., anaphylaxis) after previous dose of influenza vaccine or to vaccine component. | GBS <6 weeks after a previous dose of influenza vaccine<br>Moderate or severe acute illness with or without fever<br>Egg allergy other than hives, e.g., angioedema, respiratory distress, lightheadedness, recurrent emesis; or required epinephrine or another emergency medical intervention (IIV may be administered in an inpatient or outpatient medical setting and under the supervision of a health care provider who is able to recognize and manage severe allergic conditions). |
| IPV | (*44*) | Severe allergic reaction (e.g., anaphylaxis) after a previous dose or to a vaccine component | Pregnancy<br>Moderate or severe acute illness with or without fever |
| LAIV[b] | (*43*) | Severe allergic reaction (e.g., anaphylaxis) after a vaccine component<br>Concomitant use of aspirin or aspirin-containing medication in children and adolescents<br>LAIV4 should not be administered to persons who have taken influenza antiviral medications within the previous 48 hours.<br>Pregnancy | GBS <6 weeks after a previous dose of influenza vaccine<br>Asthma in persons aged 5 years old or older<br>Medical conditions which might predispose to higher risk of complications attributable to influenza[c]<br>Moderate of severe acute illness with or without fever |

General Best Practice Guidelines for Immunization: Contraindications and Precautions        53

| MenACWY | (*45*) | Severe allergic reaction (e.g., anaphylaxis) after a previous dose or to a vaccine component | Moderate or severe acute illness with or without fever |
|---|---|---|---|
| MenB | (46,47) | Severe allergic reaction (e.g., anaphylaxis) after a previous dose or to a vaccine component | Moderate or severe acute illness with or without fever<br>Pregnancy |
| MMR[d],[e] | (*1*) | Severe allergic reaction (e.g., anaphylaxis) after a previous dose or to a vaccine component<br>Pregnancy<br>Known severe immunodeficiency (e.g., from hematologic and solid tumors, receipt of chemotherapy, congenital immunodeficiency, long-term immunosuppressive therapy[f] or patients with HIV infection who are severely immunocompromised)<br>Family history of altered immunocompetence[g] | Recent (≤11 months) receipt of antibody-containing blood product (specific interval depends on product)<br>History of thrombocytopenia or thrombocytopenic purpura<br>Need for tuberculin skin testing or interferon-gamma release assay (IGRA) testing[h]<br>Moderate or severe acute illness with or without fever |
| MPSV4 | (*48*) | Severe allergic reaction (e.g., anaphylaxis) after a previous dose or to a vaccine component | Moderate or severe acute illness with or without fever |
| PCV13 | (*49*) | Severe allergic reaction (e.g., anaphylaxis) after a previous dose of PCV13 or any diphtheria-toxoid–containing vaccine or to a component of a vaccine (PCV13 or any diphtheria-toxoid–containing vaccine), including yeast | Moderate or severe acute illness with or without fever |

General Best Practice Guidelines for Immunization: Contraindications and Precautions        54

| | | | |
|---|---|---|---|
| PPSV23 | (*50*) | Severe allergic reaction (e.g., anaphylaxis) after a previous dose or to a vaccine component | Moderate or severe acute illness with or without fever |
| RIV | (*43*) | Severe allergic reaction (e.g., anaphylaxis) to any component of the vaccine | GBS <6 weeks after a previous dose of influenza vaccine<br>Moderate or severe acute illness with or without fever |
| Rotavirus | (*6*) | Severe allergic reaction (e.g., anaphylaxis) after a previous dose or to a vaccine component<br>SCID<br>History of intussusception | Altered immunocompetence other than SCID<br>Chronic gastrointestinal disease[1]<br>Spina bifida or bladder exstrophy[i]<br>Moderate or severe acute illness with or without fever |

| Tdap | (51) | Severe allergic reaction (e.g., anaphylaxis) after a previous dose or to a vaccine component<br><br>Encephalopathy (e.g., coma, decreased level of consciousness, prolonged seizures), not attributable to another identifiable cause, within 7 days of administration of previous dose of DTP, DTaP, or Tdap | GBS <6 weeks after a previous dose of tetanus-toxoid–containing vaccine<br><br>Progressive or unstable neurological disorder, uncontrolled seizures, or progressive encephalopathy until a treatment regimen has been established and the condition has stabilized<br><br>History of Arthus-type hypersensitivity reactions after a previous dose of diphtheria-toxoid—containing or tetanus-toxoid–containing vaccine; defer vaccination until at least 10 years have elapsed since the last tetanus-toxoid–containing vaccine<br><br>Moderate or severe acute illness with or without fever |
| Varicella[d],[e] | (52) | Severe allergic reaction (e.g., anaphylaxis) after a previous dose or to a vaccine component<br><br>Known severe immunodeficiency (e.g., from hematologic and solid tumors, receipt of chemotherapy, congenital immunodeficiency, long-term immunosuppressive therapy[f] or patients with HIV infection who are severely immunocompromised)[e]<br><br>Pregnancy<br><br>Family history of altered immunocompetence[g] | Recent (≤11 months) receipt of antibody-containing blood product (specific interval depends on product)<br><br>Moderate or severe acute illness with or without fever<br><br>Receipt of specific antiviral drugs (acyclovir, famciclovir, or valacyclovir) 24 hours before vaccination (avoid use of these antiviral drugs for 14 days after vaccination)<br><br>Use of aspirin or aspirin-containing products[j] |

| | | | |
|---|---|---|---|
| Zoster | (*53*) | Severe allergic reaction (e.g., anaphylaxis) after a previous dose or to a vaccine component<br><br>Known severe immunodeficiency (e.g., from hematologic and solid tumors, receipt of chemotherapy, congenital immunodeficiency, long-term immunosuppressive therapy[f] or patients with HIV infection who are severely immunocompromised)[e]<br><br>Pregnancy | Moderate or severe acute illness with or without fever<br><br>Receipt of specific antiviral drugs (acyclovir, famciclovir, or valacyclovir) 24 hours before vaccination (avoid use of these antiviral drugs for 14 days after vaccination, for zoster vaccine live only) |

**Abbreviations:** DT = diphtheria and tetanus toxoids; DTaP = diphtheria and tetanus toxoids and acellular pertussis; DTP = diphtheria toxoid, tetanus toxoid, and pertussis; GBS = Guillain-Barré syndrome; Hib = *Haemophilus influenzae* type b; HIV = human immunodeficiency virus; HPV = human papillomavirus; IIV = inactivated influenza vaccine; IPV = inactivated poliovirus; LAIV = live, attenuated influenza vaccine; MenACWY = quadrivalent meningococcal conjugate vaccine; MMR = measles, mumps, and rubella; MPSV4 = quadrivalent meningococcal polysaccharide vaccine; PCV13 = pneumococcal conjugate vaccine; PPSV23= pneumococcal polysaccharide vaccine; SCID = severe combined immunodeficiency; RIV=recombinant influenza vaccine; Td = tetanus and diphtheria toxoids; Tdap = tetanus toxoid, reduced diphtheria toxoid, and acellular pertussis.

(a) Events or conditions listed as precautions should be reviewed carefully. Benefits of and risks for administering a specific vaccine to a person under these circumstances should be considered. If the risk from the vaccine is believed to outweigh the benefit, the vaccine should not be administered. If the benefit of vaccination is believed to outweigh the risk, the vaccine should be administered. Whether and when to administer DTaP to children with proven or suspected underlying neurologic disorders should be decided on a case-by-case basis.

(b) In addition, ACIP recommends LAIV not be used for pregnant women, immunosuppressed persons, and children aged 2-4 years who have asthma or who have had a wheezing episode noted in the medical record within the past 12 months, or for whom parents report that a health-care provider stated that they had wheezing or asthma within the last 12 months. LAIV should not be administered to persons who have taken influenza antiviral medications within the previous 48 hours. Persons who care for severely immunosuppressed persons who require a protective environment should not receive LAIV, or should avoid contact with such persons for 7 days after receipt.

(c) **Source:** (*52*).

(d) HIV-infected children may receive varicella vaccine if CD4+ T-lymphocyte count is ≥15% and should receive MMR vaccine if they are aged ≥12 months and do not have evidence of current severe immunosuppression (i.e., individuals aged ≤5 years must have CD4+T lymphocyte [CD4] percentages ≥15% for ≥6 months; and individuals aged >5 years must have CD4+percentages ≥15% and CD4+≥200 lymphocytes/mm$^3$ for ≥6 months) or other current evidence of measles, rubella, and mumps immunity. In cases when only CD4+cell counts or only CD4+percentages are available for those older than age 5 years, the assessment of severe immunosuppression can be based on the CD4+values (count or percentage) that are available. In cases when CD4+percentages are not available for those aged ≤5 years, the assessment of severe immunosuppression can be based on age-specific CD4+counts at the time CD4+counts were measured; i.e., absence of severe immunosuppression is defined as ≥6 months above age-specific CD4+count criteria: CD4+count >750 lymphocytes/mm$^3$ while aged ≤12 months and CD4+count ≥500 lymphocytes/mm$^3$ while aged 1 through 5 years. **Sources:** (*1,50*).

(e) MMR and varicella-containing vaccines can be administered on the same day. If not administered on the same day, these vaccines should be separated by at least 28 days.

(f) A substantially immunosuppressive steroid dose is considered to be ≥2 weeks of daily receipt of 20 mg or 2 mg/kg body weight of prednisone or equivalent.

(g) family history of congenital or hereditary immunodeficiency in first-degree relatives (e.g., parents and siblings), unless the immune competence of the potential vaccine recipient has been substantiated clinically or verified by a laboratory

(h) If active tuberculosis is suspected, MMR should be delayed. Measles vaccination might suppress tuberculin reactivity temporarily. Measles-containing vaccine can be administered on the same day as tuberculin skin or IGRA testing. If testing cannot be performed until after the day of MMR vaccination, the test should be postponed for ≥4 weeks after the vaccination. If an urgent need exists to skin test or IGRA, do so with the understanding that reactivity might be reduced by the vaccine.

(i) For details, see (*55*).

(j) No adverse events associated with the use of aspirin or aspirin-containing products after varicella vaccination have been reported; however, the vaccine manufacturer recommends that vaccine recipients avoid using aspirin or aspirin-containing products for 6 weeks after receiving varicella vaccines because of the association between aspirin use and Reye syndrome after varicella. Vaccination with subsequent close monitoring should be considered for children who have rheumatoid arthritis or other conditions requiring therapeutic aspirin. The risk for serious complications associated with aspirin is likely to be greater in children in whom natural varicella develops than it is in children who receive the vaccine containing attenuated VZV. No association has been documented between Reye syndrome and analgesics or antipyretics that do not contain aspirin."

| Vaccine | Conditions commonly misperceived as contraindications or precautions |
|---|---|
| General for all vaccines, including DTaP, pediatric DT, adult Td, adolescent-adult Tdap, IPV, MMR, Hib, hepatitis A, hepatitis B, varicella, rotavirus, PCV13, IIV, LAIV, PPSV23, MenACWY, MPSV4, HPV, and herpes zoster | Mild acute illness with or without fever<br><br>Lack of previous physical examination in well-appearing person<br>Current antimicrobial therapy[a]<br>Convalescent phase of illness<br>Preterm birth (hepatitis B vaccine is an exception in certain circumstances)[b]<br>Recent exposure to an infectious disease<br>History of penicillin allergy, other nonvaccine allergies, relatives with allergies, or receiving allergen extract immunotherapy<br>History of GBS[c] |
| DTaP | Fever within 48 hours after vaccination with a previous dose of DTP or DTaP<br>Collapse or shock-like state (i.e., hypotonic hyporesponsive episode) within 48 hours after receiving a previous dose of DTP/DTaP<br>Seizure ≤3 days after receiving a previous dose of DTP/DTaP<br>Persistent, inconsolable crying lasting ≥3 hours within 48 hours after receiving a previous dose of DTP/DTaP<br>Family history of seizures<br>Family history of sudden infant death syndrome<br>Family history of an adverse event after DTP or DTaP administration<br>Stable neurologic conditions (e.g., cerebral palsy, well-controlled seizures, or developmental delay) |
| Hepatitis B | Pregnancy<br>Autoimmune disease (e.g., systemic lupus erythematosus or rheumatoid arthritis) |
| HPV | Immunosuppression<br>Previous equivocal or abnormal Papanicolaou test<br>Known HPV infection<br>Breastfeeding<br>History of genital warts |
| IIV | Nonsevere (e.g., contact) allergy to latex, thimerosal, or egg<br>Concurrent administration of Coumadin (generic: warfarin) or aminophylline |
| IPV | Previous receipt of ≥1 dose of oral polio vaccine |

TABLE 4-2. Conditions incorrectly perceived as contraindications or precautions to vaccination (i.e., vaccines may be given under these conditions)

| | |
|---|---|
| LAIV | Health-care providers that see patients with chronic diseases or altered immunocompetence (an exception is providers for severely immunocompromised patients requiring care in a protected environment)<br>Breastfeeding<br>Contacts of persons with chronic disease or altered immunocompetence (an exception is contacts of severely immunocompromised patients requiring care in a protected environment) |
| MMR[d],[e] | Positive tuberculin skin test<br>Simultaneous tuberculin skin or interferon-gamma release assay (IGRA) testing[f]<br>Breastfeeding<br>Pregnancy of recipient's mother or other close or household contact<br>Recipient is female of child-bearing age<br>Immunodeficient family member or household contact<br>Asymptomatic or mildly symptomatic HIV infection<br>Allergy to eggs |
| PPSV23 | History of invasive pneumococcal disease or pneumonia |
| Rotavirus | Prematurity<br>Immunosuppressed household contacts<br>Pregnant household contacts |
| Tdap | History of fever of ≥40.5°C (≥105°F) for <48 hours after vaccination with a previous dose of DTP or DTaP<br>History of collapse or shock-like state (i.e., hypotonic hyporesponsive episode) within 48 hours after receiving a previous dose of DTP/DTaP<br>History of seizure <3 days after receiving a previous dose of DTP/DTaP<br>History of persistent, inconsolable crying lasting >3 hours within 48 hours after receiving a previous dose of DTP/DTaP<br>History of extensive limb swelling after DTP/DTaP/Td that is not an Arthus-type reaction<br>History of stable neurologic disorder<br>History of brachial neuritis<br>Latex allergy that is not anaphylactic<br>Breastfeeding<br>Immunosuppression |
| Varicella | Pregnancy of recipient's mother or other close or household contact<br>Immunodeficient family member or household contact[g]<br>Asymptomatic or mildly symptomatic HIV infection<br>Humoral immunodeficiency (e.g., agammaglobulinemia) |

| | |
|---|---|
| Zoster | Therapy with low-dose methotrexate (≤0.4 mg/kg/week), azathioprine (≤3.0 mg/kg/day), or 6-mercaptopurine (≤1.5 mg/kg/day) for treatment of rheumatoid arthritis, psoriasis, polymyositis, sarcoidosis, inflammatory bowel disease, or other conditions<br>Health-care providers of patients with chronic diseases or altered immunocompetence<br>Contacts of patients with chronic diseases or altered immunocompetence<br>Unknown or uncertain history of varicella in a U.S.-born person |

**Abbreviations:** DT = diphtheria and tetanus toxoids; DTP = diphtheria toxoid, tetanus toxoid, and pertussis; DTaP = diphtheria and tetanus toxoids and acellular pertussis; GBS = Guillain-Barré syndrome; HBsAg = hepatitis B surface antigen; Hib = *Haemophilus influenzae* type b; HIV = human immunodeficiency virus; HPV = human papillomavirus; IIV = inactivated influenza vaccine; IPV = inactivated poliovirus; LAIV = live, attenuated influenza vaccine; MenACWY = quadrivalent meningococcal conjugate vaccine; MMR = measles, mumps, and rubella; MPSV4 = quadrivalent meningococcal polysaccharide vaccine; PCV = pneumococcal conjugate vaccine; PPSV23= pneumococcal polysaccharide vaccine; Td = tetanus and diphtheria toxoids; Tdap = tetanus toxoid, reduced diphtheria toxoid, and acellular pertussis.

[a] Antibacterial drugs might interfere with Ty21a oral typhoid vaccine, and certain antiviral drugs might interfere with varicella-containing vaccines and LAIV4.

[b] Hepatitis B vaccination should be deferred for infants weighing <2,000 g if the mother is documented to be HBsAg negative. Vaccination should commence at chronological age 1 month or at hospital discharge. For infants born to HBsAg-positive women, hepatitis B immune globulin and hepatitis B vaccine should be administered within 12 hours after birth, regardless of weight.

[c] An exception is Guillain-Barré syndrome within 6 weeks of a dose of influenza vaccine or tetanus-toxoid–containing vaccine, which are precautions for influenza vaccines and tetanus-toxoid containing vaccines, respectively.

[d] MMR and varicella vaccines can be administered on the same day. If not administered on the same day, these vaccines should be separated by at least 28 days.

[e] HIV-infected children should receive immune globulin after exposure to measles. HIV-infected children can receive varicella and measles vaccine if CD4+ T-lymphocyte count is >15%. (*54*).

[f] Measles vaccination might suppress tuberculin reactivity temporarily. Measles-containing vaccine can be administered on the same day as tuberculin skin or IGRA testing. If testing cannot be performed until after the day of MMR vaccination, the test should be postponed for at least 4 weeks after the vaccination. If an urgent need exists to skin test or IGRA, do so with the understanding that reactivity might be reduced by the vaccine.

[g] If a vaccinee experiences a presumed vaccine-related rash 7-25 days after vaccination, the person should avoid direct contact with immunocompromised persons for the duration of the rash.

# REFERENCES

1. McLean HQ, Fiebelkorn AP, Temte JL, Wallace GS. Prevention of measles, rubella, congenital rubella syndrome, and mumps, 2013: summary recommendations of the Advisory Committee on Immunization Practices (ACIP). *MMWR Recomm Rep.* 2013;62(RR-4):1-34.

2. National Vaccine Advisory Committee. Standards for child and adolescent immunization practices. *Pediatrics.* 2003;112(4):958-963.

3. Rubin L, Levin M, Ljungman P, et al. 2013 IDSA clinical practice guideline for vaccination of the immunocompromised host. *Clin Infect Dis.* 2014;58(3):e44-100. DOI: 10.1093/cid/cit684

4. Kroger A, Atkinson W, Pickering L. General immunization practices. In: Plotkin S, Orenstein W, Offit P, eds. *Vaccines.* 6th ed. China: Elsevier Saunders; 2013:88-111.

5. CDC. Diphtheria, tetanus, and pertussis: recommendations for vaccine use and other preventive measures. Recommendations of the Immunization Practices Advisory Committee (ACIP). *MMWR Recomm Rep.* 1991;40(RR-10):1-28.

6. CDC. Addition of history of intussusception as a contraindication for rotavirus vaccination. *MMWR Morb Mortal Wkly Rep.* 2011;60(41):1427.

7. Siber GR, Werner BG, Halsey NA, et al. Interference of immune globulin with measles and rubella immunization. *J Pediatr.* 1993;122(2):204-211. DOI: 10.1016/S0022-3476(06)80114-9

8. Halsey NA, Boulos R, Mode F, et al. Response to measles vaccine in Haitian infants 6 to 12 months old. Influence of maternal antibodies, malnutrition, and concurrent illnesses. *N Engl J Med.* 1985;313(9):544-549. DOI: 10.1056/nejm198508293130904

9. Ndikuyeze A, Munoz A, Stewart J, et al. Immunogenicity and safety of measles vaccine in ill African children. *Int J Epidemiol.* 1988;17(2):448-455. DOI: 10.1093/ije/17.2.448

10. Lindegren ML, Atkinson WL, Farizo KM, Stehr-Green PA. Measles vaccination in pediatric emergency departments during a measles outbreak. *JAMA.* 1993;270(18):2185-2189. DOI: 10.1001/jama.1993.03510180055033

11. Atkinson W, Markowitz L, Baughman A, et al. Serologic response to measles vaccination among ill children [Abstract 422]. 32nd Interscience Conference on Antimicrobial Agents and Chemotherapy; 1992; Anaheim, CA.

12. Orenstein W, Rodewald L, Hinman A, Schuchat A. Immunization in the United States. In: Plotkin S, Orenstein W, Offit P, eds. *Vaccines*. 5th ed. China: Saunders/Elsevier; 2008:1479-1510.

13. Lewis T, Osborn LM, Lewis K, Brockert J, Jacobsen J, Cherry JD. Influence of parental knowledge and opinions on 12-month diphtheria, tetanus, and pertussis vaccination rates. *Am J Dis Child.* 1988;142(3):283-286. DOI: 10.1001/archpedi.1988.02150030053018

14. Farizo KM, Stehr-Green PA, Markowitz LE, Patriarca PA. Vaccination levels and missed opportunities for measles vaccination: a record audit in a public pediatric clinic. *Pediatrics.* 1992;89(4 Pt 1):589-592.

15. Centers for Medicare & Medicaid Services. Overview of specifications of measures displayed on hospital compare as of December 14, 2006. 2006; http://www.cms.hhs.gov/HospitalQualityInits/downloads/HospitalOverviewOfSpecs200512.pdf. Accessed 9 March, 2017.

16. Donovan R, Soothill JF. Immunological studies in children undergoing tonsillectomy. *Clin Exp Immunol.* 1973;14(3):347-357.

17. Puri P, Reen DJ, Browne O, Blake P, Guiney EJ. Lymphocyte response after surgery in the neonate. *Arch Dis Child.* 1979;54(8):599-603. DOI: 10.1136/adc.54.8.599

18. Mollitt DL, Steele RW, Marmer DJ, Stevers Golladay E, Costas S. Surgically induced immunologic alterations in the child. *J Pediatr Surg.* 1984;19(6):818-822. DOI: 10.1016/S0022-3468(84)80376-0

19. Mollitt DL, Marmer DJ, Steele RW. Age-dependent variation of lymphocyte function in the postoperative child. *J Pediatr Surg.* 1986;21(7):633-635. DOI: 10.1016/S0022-3468(86)80420-1

20. Kurz R, Pfeiffer KP, Sauer H. Immunologic status in infants and children following surgery. *Infection.* 1983;11(2):104-113. DOI: 10.1007/BF01641075

21. Merry C, Puri P, Reen DJ. Effect of major surgery on neutrophil chemotaxis and actin polymerization in neonates and children. *J Pediatr Surg.* 1997;32(6):813-817. DOI: 10.1016/S0022-3468(97)90626-6

22. Platt MP, Lovat PE, Watson JG, Aynsley-Green A. The effects of anesthesia and surgery on lymphocyte populations and function in infants and children. *J Pediatr Surg.* 1989;24(9):884-887. DOI: 10.1016/S0022-3468(89)80588-3

23. Mattila-Vuori A, Salo M, Iisalo E. Immune response in infants undergoing application of cast: comparison of halothane and balanced anesthesia. *Can J Anaesth.* 1999;46(11):1036-1042. DOI: 10.1007/bf03013198

24. Espanol T, Todd GB, Soothill JF. The effect of anaesthesia on the lymphocyte response to phytohaemagglutinin. *Clin Exp Immunol.* 1974;18(1):73-79.

25. Hauser GJ, Chan MM, Casey WF, Midgley FM, Holbrook PR. Immune dysfunction in children after corrective surgery for congenital heart disease. *Crit Care Med.* 1991;19(7):874-881.

26. Puri P, Lee A, Reen DJ. Differential susceptibility of neonatal lymphocytes to the immunosuppressive effects of anesthesia and surgery. *Pediatr Surg Int.* 1992;7(1):47-50. DOI: 10.1007/bf00181002

27. Hansen TG, Tonnesen E, Andersen JB, Toft P, Bendtzen K. The peri-operative cytokine response in infants and young children following major surgery. *Eur J Anaesthesiol.* 1998;15(1):56-60. DOI: 10.1046/j.1365-2346.1998.00230.x

28. Mattila-Vuori A, Salo M, Iisalo E, Pajulo O, Viljanto J. Local and systemic immune response to surgery under balanced anaesthesia in children. *Paediatr Anaesth.* 2000;10(4):381-388. DOI: 10.1046/j.1460-9592.2000.00505.x

29. Romeo C, Cruccetti A, Turiaco A, et al. Monocyte and neutrophil activity after minor surgical stress. *J Pediatr Surg.* 2002;37(5):741-744. DOI: 10.1053/jpsu.2002.32268

30. Vuori A, Salo M, Viljanto J, Pajulo O, Pulkki K, Nevalainen T. Effects of post-operative pain treatment using non-steroidal anti-inflammatory analgesics, opioids or epidural blockade on systemic and local immune responses in children. *Acta Anaesthesiol Scand.* 2004;48(6):738-749. DOI: 10.1111/j.1399-6576.2004.00404.x

31. Siebert JN, Posfay-Barbe KM, Habre W, Siegrist CA. Influence of anesthesia on immune responses and its effect on vaccination in children: review of evidence. *Paediatr Anaesth.* 2007;17(5):410-420. DOI: 10.1111/j.1460-9592.2006.02120.x

32. Currie J. Vaccination: is it a real problem for anesthesia and surgery? *Paediatr Anaesth.* 2006;16(5):501-503. DOI: 10.1111/j.1460-9592.2006.01898.x

33. Siebert J, Posfay-Barbe KM, Habre W, Siegrist C-A. Author's reply. *Paediatr Anaesth.* 2007;17(12):1218-1220. DOI: 10.1111/j.1460-9592.2007.02369.x

34. Nafiu OO, Lewis I. Vaccination and anesthesia: more questions than answers. *Paediatr Anaesth.* 2007;17(12):1215-1215. DOI: 10.1111/j.1460-9592.2007.02318.x
35. Short JA, Van Der Walt JH, Zoanetti DC. Author's reply. *Paediatr Anaesth.* 2007;17(12):1215-1216. DOI: 10.1111/j.1460-9592.2007.02321.x
36. Marin M, Broder KR, Temte JL, Snider DE, Seward JF. Use of combination measles, mumps, rubella, and varicella vaccine: recommendations of the Advisory Committee on Immunization Practices (ACIP). *MMWR Recomm Rep.* 2010;59(RR-3):1-12.
37. Szilagyi PG, Rodewald LE. Missed opportunities for immunizations: a review of the evidence. *J Public Health Manag Pract.* 1996;2(1):18-25. DOI: 10.1097/00124784-199600210-00005
38. CDC. Use of diphtheria toxoid-tetanus toxoid-acellular pertussis vaccine as a five-dose series. Supplemental recommendations of the Advisory Committee on Immunization Practices (ACIP). *MMWR Recomm Rep.* 2000;49(RR-13):1-8.
39. Fiore AE, Wasley A, Bell BP. Prevention of hepatitis A through active or passive immunization: recommendations of the Advisory Committee on Immunization Practices (ACIP). *MMWR Recomm Rep.* 2006;55(RR-7):1-23.
40. Mast EE, Margolis HS, Fiore AE, et al. A comprehensive immunization strategy to eliminate transmission of hepatitis B virus infection in the United States: recommendations of the Advisory Committee on Immunization Practices (ACIP) part 1: immunization of infants, children, and adolescents. *MMWR Recomm Rep.* 2005;54(RR-16):1-31.
41. Briere EC, Rubin L, Moro PL, Cohn A, Clark T, Messonnier N. Prevention and control of *Haemophilus influenzae* type b disease: recommendations of the advisory committee on immunization practices (ACIP). *MMWR Recomm Rep.* 2014;63(RR-1):1-14.
42. Markowitz L, Dunne E, Saraiya M, et al. Human papillomavirus vaccination: recommendations of the Advisory Committee on Immunization Practices (ACIP). *MMWR Recomm Rep.* 2014;63(RR-05):1-30.
43. Grohskopf LA, Sokolow LZ, Olsen SJ, et al. Prevention and Control of Seasonal Influenza with Vaccines Recommendations of the Advisory Committee on Immunization Practices — United States, 2016–17 Influenza Season. *MMWR Recomm Rep* 2016;65(No. RR-5):1-54.

44. Prevots DR, Burr RK, Sutter RW, Murphy TV. Poliomyelitis prevention in the United States. Updated recommendations of the Advisory Committee on Immunization Practices (ACIP). *MMWR Recomm Rep.* 2000;49(RR-5):1-22; quiz CE21-27.
45. Cohn AC, MacNeil JR, Clark TA, et al. Prevention and control of meningococcal disease: recommendations of the Advisory Committee on Immunization Practices (ACIP). *MMWR Recomm Rep.* 2013;62(RR-2):1-28.
46. Bexsero Package Insert. Available at www.fda.gov/BiologicsBloodVaccines/Vaccines/ApprovedProducts/ucm431374.htm (accessed 05/04/17)
47. Trumenba Package Insert. Available at www.fda.gov/downloads/BiologicsBloodVaccines/Vaccines/ApprovedProducts/UCM421139.pdf (accessed 05/04/17)
48. Bilukha OO, Rosenstein N. Prevention and control of meningococcal disease. Recommendations of the Advisory Committee on Immunization Practices (ACIP). *MMWR Recomm Rep.* 2005;54(RR-7):1-21.
49. Advisory Committee on Immunization Practices. Preventing pneumococcal disease among infants and young children. Recommendations of the Advisory Committee on Immunization Practices (ACIP). *MMWR Morb Mortal Wkly Rep.* 2000;49(RR-9):1-35.
50. CDC. Prevention of pneumococcal disease: recommendations of the Advisory Committee on Immunization Practices (ACIP). *MMWR Recomm Rep.* 1997;46(RR-8):1-24.
51. Broder KR, Cortese MM, Iskander JK, et al. Preventing tetanus, diphtheria, and pertussis among adolescents: use of tetanus toxoid, reduced diphtheria toxoid and acellular pertussis vaccines recommendations of the Advisory Committee on Immunization Practices (ACIP). *MMWR Recomm Rep.* 2006;55(RR-3):1-34.
52. Marin M, Guris D, Chaves SS, Schmid S, Seward JF. Prevention of varicella: recommendations of the Advisory Committee on Immunization Practices (ACIP). *MMWR Recomm Rep.* 2007;56(RR-4):1-40.
53. Harpaz R, Ortega-Sanchez IR, Seward JF. Prevention of herpes zoster: recommendations of the Advisory Committee on Immunization Practices (ACIP). *MMWR Recomm Rep.* 2008;57(RR-5):1-30; quiz CE32-34.

54. Grohskopf LA, Olsen SJ, Sokolow LZ, et al. Prevention and control of seasonal influenza with vaccines: recommendations of the Advisory Committee on Immunization Practices (ACIP)—United States, 2014-15 influenza season. *MMWR Morb Mortal Wkly Rep.* 2014;63(32):691-697.
55. Cortese MM, Parashar UD. Prevention of rotavirus gastroenteritis among infants and children: recommendations of the Advisory Committee on Immunization Practices (ACIP). *MMWR Recomm Rep.* 2009;58(RR-2):1-25.
56. American Academy of Pediatrics. Passive immunization. In: Pickering L, Baker C, Kimberlin D, Long S, eds. *Red Book: 2012 Report of the Committee on Infectious Diseases.* 28th ed. Elk Grove Village, IL: American Academy of Pediatrics; 2012.