**Centers for Disease Control and Prevention**
CDC 24/7: Saving Lives, Protecting People™

# Advisory Committee on Immunization Practices (ACIP)

# ACIP Committee Members

See also: Archived ACIP Members Roster

Printer friendly version of ACIP Members list 🗎 [8 pages]

The ACIP includes 15 voting members responsible for making vaccine recommendations. The Secretary of the U.S. Department of Health and Human Services (DHHS) selects these members following an application and nomination process. Fourteen of the members have expertise in vaccinology, immunology, pediatrics, internal medicine, nursing, family medicine, virology, public health, infectious diseases, and/or preventive medicine; one member is a consumer representative who provides perspectives on the social and community aspects of vaccination.

In addition to the 15 voting members, ACIP includes 8 ex officio members who represent other federal agencies with responsibility for immunization programs in the United States, and 30 non-voting representatives of liaison organizations that bring related immunization expertise.

Members and representatives serve on the Committee voluntarily.

# ACIP Members

| Name | Institution | Term |
|---|---|---|
| Chair: | | |
| ROMERO, José R., MD, FAAP | Arkansas Children's Hospital Research Institute<br>Little Rock, AR | 10/31/2018-06/30/2021 |
| Executive Secretary: | | |
| COHN, Amanda, MD | Centers for Disease Control and Prevention<br>Atlanta, GA | |
| Members: | | |
| ATMAR, Robert L., MD | Baylor College of Medicine<br>Houston, TX | 7/1/2016 – 6/30/2020 |
| AULT, Kevin A., MD, FACOG, FIDSA | University of Kansas Medical Center<br>Kansas City, KS | 10/26/2018 – 6/30/2022 |
| BAHTA, Lynn, RN, MPH, CPH | Minnesota Department of Health<br>Saint Paul, Minnesota | 7/1/2019 – 6/30/2023 |

| Name | Institution | Term |
|---|---|---|
| BELL, Beth P., MD, MPH | University of Washington<br>Seattle, WA | 7/1/2019 – 6/30/2023 |
| BERNSTEIN, Henry, DO, MHCM, FAAP | Zucker School of Medicine at Hofstra/Northwell Cohen Children's Medical Center<br>New Hyde Park, NY | 11/27/2017-6/30/2021 |
| FREY, Sharon E., M.D. | Saint Louis University Medical School<br>Saint Louis, MO | 11/27/2017-6/30/2021 |
| HUNTER, Paul, MD | City of Milwaukee Health Department<br>Milwaukee, WI | 7/1/2016 – 6/30/2020 |
| LEE, Grace M., MD, MPH | Lucile Packard Children's Hospital<br>Stanford University School of Medicine<br>Stanford, CA | 7/1/2016 – 6/30/2020 |
| MCNALLY, Veronica V., JD | Franny Strong Foundation<br>West Bloomfield, Michigan | 10/31/2018 – 6/30/2022 |
| POEHLING, Katherine A., MD, MPH | Wake Forest School of Medicine<br>Winston-Salem, NC | 7/1/2019 – 6/30/2023 |
| SÁNCHEZ, Pablo J., MD | The Research Institute at Nationwide Children's Hospital<br>Columbus, Ohio | 7/1/2019 – 6/30/2023 |
| SZILAGYI, Peter MD, MPH | University of California, Los Angeles (UCLA)<br>Los Angeles, California | 7/1/2016 – 6/30/2020 |
| TALBOT, Helen Keipp, MD, MPH | Vanderbilt University<br>Nashville, TN | 10/29/2018 – 6/30/2022 |

# Ex Officio Members: September 2018–June 2019

| Ex Officio Members | Agency |
|---|---|
| HANCE, Mary Beth | Centers for Medicare and Medicaid Services (CMS) |
| DEUSSING, Eric, MD, MPH | Department of Defense (DoD) |
| KIM, Jane A., MD, MPH | Department of Veterans Affairs (DVA) |
| FINK, Doran, MD, Ph.D. | Food and Drug Administration (FDA) |
| WEISER, Thomas, MD, MPH | Indian Health Service (IHS) |

| Ex Officio Members | Agency |
| --- | --- |
| BECKHAM, Tammy | Office of Infectious Disease and HIV/AIDS Policy (OIDP) |
| BEIGEL, John, M.D. | National Institutes of Health (NIH) |

# Liaison Representatives: September 2018-June 2019

| Liaison Representatives | Institution | Organization |
| --- | --- | --- |
| ROCKWELL, Pamela G., D.O. | University of Michigan Medical School<br>Ann Arbor, MI | American Academy of Family Physicians (AAFP) |
| MALDONADO, Yvonne, MD | Stanford University School of Medicine<br>Stanford, CA | American Academy of Pediatrics (AAP) |
| KIMBERLIN, David, MD | The University of Alabama at Birmingham School of Medicine<br>Birmingham, AL | American Academy of Pediatrics (AAP) – Red Book Editor |
| LÉGER, Marie-Michèle, MPH, PA-C | American Academy of Physician Assistants<br>Alexandria, VA | American Academy of Physician Assistants (AAPA) |
| EVEN, Susan, MD | University of Missouri<br>Columbia, MO | American College Health Association (ACHA) |
| HAYES, Carol E., CNM, MN, MPH | Planned Parenthood Southeast<br>Atlanta, GA | American College of Nurse Midwives (ACNM) |
| MEHARRY, Pamela M., PHD, CNM | | American College of Nurse Midwives (ACNM) (alternate) |
| O'NEAL ECKERT, Linda, MD | University of Washington<br>Seattle, WA | American College of Obstetricians and Gynecologists (ACOG) |
| GOLDMAN, Jason M., MD, FACP | Florida Atlantic University<br>Boca Raton, Florida | American College of Physicians (ACP) |
| SCHMADER, Kenneth, MD | Duke University and Durham VA Medical Centers<br>Durham, NC | American Geriatrics Society (AGS) |
| COYLE, Rebecca, MSEd | AIRA<br>Washington, DC | American Immunization Registry Association (AIRA) |
| FRYHOFER, Sandra Adamson., MD | Emory University School of Medicine<br>Atlanta, GA | American Medical Association (AMA) |

| Liaison Representatives | Institution | Organization |
|---|---|---|
| RITTLE, Charles (Chad), DNP, MPH, RN | Chatham University<br>Pittsburgh, PA | American Nurses Association (ANA) |
| GROGG, Stanley E., DO | Oklahoma State University-Center for Health Sciences<br>Tulsa, OK | American Osteopathic Association (AOA) |
| FOSTER, Stephan L., PharmD | University of Tennessee Health Sciences Center<br>Memphis, TN | American Pharmacists Association (APhA) |
| FINLEY, Christine, RN, MPH | Vermont Department of Health<br>Burlington, VT | Association of Immunization Managers (AIM) |
| McKINNEY, W. Paul, MD | University of Louisville School of Public Health and Information Sciences<br>Louisville, KY | Association for Prevention Teaching and Research (APTR) |
| SMITH, Nathaniel, MD, MPH | Arkansas Department of Health<br>Little Rock, AR | Association of State and Territorial Health Officials (ASTHO) |
| ARTHUR, Phyllis A., MBA | Immunotherapeutics and Diagnostics Policy<br>Washington, DC | Biotechnology Industry Organization (BIO) |
| HAHN, Christine, MD | Idaho Department of Health and Welfare<br>Boise, ID | Council of State and Territorial Epidemiologists (CSTE) |
| QUACH, Caroline, MD, MSc | Montreal-CHUM<br>Montreal, Québec, Canada | Canadian National Advisory Committee on Immunization (NACI) |
| BAKER, Carol J., MD | Baylor College of Medicine<br>Houston, TX | Infectious Diseases Society of America (IDSA) |
| ZAHN, Matthew, MD | Orange County Health Care Agency<br>Santa Ana, CA | National Association of County and City Health Officials (NACCHO) |
| DUCHIN, Jeffrey, MD | Public Health – Seattle and King County<br>Seattle, WA | National Association of County and City Health Officials (NACCHO) (alternate) |
| STINCHFIELD, Patricia A., RN, MS, CPNP | Children's Hospitals and Clinics of Minnesota<br>St. Paul, MN | National Association of Pediatric Nurse Practitioners (NAPNAP) |
| SCHAFFNER, William, MD | Vanderbilt University School of Medicine<br>Nashville, TN | National Foundation for Infectious Diseases (NFID) |

| Liaison Representatives | Institution | Organization |
| --- | --- | --- |
| DURAN, Luis, MD | Ministry of Health / Secretaría de Salud Mexico | National Immunization Council and Child Health Program, Mexico |
| WHITLEY-WILLIAMS, Patricia, MD | University of Medicine and Dentistry of New Jersey<br>New Brunswick, NJ | National Medical Association (NMA) |
| O'LEARY, Sean, MD, MPH | University of Colorado School of Medicine | Pediatric Infectious Diseases Society (PIDS) |
| SAWYER, Mark H., MD | University of California, San Diego School of Medicine<br>San Diego, CA | Pediatric Infectious Diseases Society (PIDS) (alternate) |
| JOHNSON, David R, MD, MPH | Sanofi Pasteur<br>Swiftwater, PA | Pharmaceutical Research and Manufacturers of America (PhRMA) |
| MIDDLEMAN, Amy B., MD, MSEd., MPH | University of Oklahoma Health Sciences Center<br>Oklahoma City, OK | Society for Adolescent Health and Medicine (SAHM) |
| WEBER, David, MD, MPH | University of North Carolina<br>Chapel Hill, NC | Society for Healthcare Epidemiology of America (SHEA) |

Page last reviewed: October 17, 2019

Content source: National Center for Immunization and Respiratory Diseases