

# Measles (Rubeola)

## Measles Cases and Outbreaks

CDC updates this page monthly.

## Measles Cases in 2020

As of August 19, 2020, there have been 12 confirmed cases in 7 jurisdictions.*

*Jurisdictions refer to any of the 50 states, New York City, and the District of Columbia.

## Measles Cases in 2019

- From January 1 to December 31, 2019, 1,282* individual cases of measles were confirmed in 31 states. Of these cases, 128 were hospitalized and 61 reported having complications, including pneumonia and encephalitis.
- This is the greatest number of cases reported in the U.S. since 1992. More than 73% of the cases were linked to recent outbreaks in New York. The majority of cases were among people who were not vaccinated against measles. Measles is more likely to spread and cause outbreaks in U.S. communities where groups of people are unvaccinated.
- All measles cases were caused by measles wild-type D8 or B3.

## Number of Measles Cases Reported by Year

2010-2019*(as of May 7, 2020)



Measles Cases    Reset

| Data Table | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| **Measles Cases** | 63 | 220 | 55 | 187 | 667 | 188 | 86 | 120 | 375 | 1282 |

*Reporting for 2019 began December 30, 2018. Case count is preliminary and subject to change.

 Make sure you are vaccinated against measles before traveling internationally.

## Spread of Measles

- The majority of people who got measles were unvaccinated.
- Measles is still common in many parts of the world.
- Travelers with measles continue to bring the disease into the U.S.
- Measles can spread when it reaches a community in the U.S. where groups of people are unvaccinated.

 **For News and Media**
Find supporting materials in the CDC Newsroom.

### Measles Outbreak Factsheet



Protect Families & Communities with MMR Vaccine
[1 page, 508]

# Measles Outbreaks

In a given year, more measles cases can occur for any of the following reasons:

- an **increase in the number of travelers who get measles abroad** and bring it into the U.S., and/or
- further spread of measles in U.S. **communities with pockets of unvaccinated people**.

Reasons for an increase in cases some years:

## 2018

The U.S. experienced 17 outbreaks in 2018. Three outbreaks in New York State, New York City, and New Jersey, respectively, contributed to most of the cases. Cases in those states occurred primarily among unvaccinated people in Orthodox Jewish communities. These outbreaks were associated with travelers who brought measles back from Israel, where a large outbreak is occurring. Eighty-two people brought measles to the U.S. from other countries in 2018.

## 2017

A 75-case outbreak was reported in Minnesota in a Somali-American community with poor vaccination coverage.

### MMWR: 2017 Outbreaks

- Measles Outbreak — Minnesota April–May 2017
  *MMWR.* July 14, 2017
  In a community with previously high vaccination coverage, concerns about autism, the perceived increased rates of autism in the Somali-American community...

## 2016

### MMWR: 2016 Outbreaks

- Notes from the Field: Measles Outbreak at a United States Immigration and Customs Enforcement Facility — Arizona, May–June 2016
  *MMWR.* May 26, 2017
  On May 25, 2016, a detainee at a U.S. Immigration and Customs Enforcement (ICE) detention center in Arizona who had been hospitalized with fever and a generalized maculopapular rash...

- Measles Outbreak of Unknown Source — Shelby County, Tennessee, April–May 2016
  *MMWR.* September 30, 2016
  On April 15, 2016, local public health officials in Shelby County, Tennessee, were notified of a positive measles immunoglobulin M (IgM) test for a male aged 18 months...

## 2015

The United States experienced a large (147 cases), multi-state measles outbreak linked to an amusement park in California. The outbreak likely started from a traveler who became infected overseas with measles, then visited the amusement park while infectious; however, no source was identified. Analysis by CDC scientists showed that the measles virus type in this outbreak (B3) was identical to the virus type that caused the large measles outbreak in the Philippines in 2014.

**MMWR: 2015 Outbreaks**

- Measles — United States, January 4–April 2, 2015
  *MMWR.* April 17, 2015
  From January 1 through April 2, 2015, a total of 159 measles cases have been reported to CDC....

- Measles Outbreak — California, December 2014–February 2015
  *MMWR.* Feb 20, 2015
  As of February 11, a total of 125 measles cases had been confirmed among U.S. residents in an ongoing measles outbreak linked to two Disney theme parks in Orange County, California...

## 2014

The U.S. experienced 23 measles outbreaks in 2014, including one large outbreak of 383 cases, occurring primarily among unvaccinated Amish communities in Ohio. Many of the cases in the U.S. in 2014 were associated with cases brought in from the Philippines, which experienced a large measles outbreak.

**MMWR: 2014 Outbreaks**

- Measles Outbreak in an Unvaccinated Family and a Possibly Associated International Traveler — Orange County, Florida, December 2012–January 2013
  *MMWR.* Sep 12, 2014
  Four children in a Florida family were diagnosed with measles in January 2013. None of the four were vaccinated against measles, and none had traveled outside of Orange County, Florida, during the periods when they likely had been exposed...

- Notes from the Field: Measles in a Micronesian Community — King County, Washington, 2014
  *MMWR.* Sep 12, 2014
  This outbreak demonstrates the ease with which measles can be imported from a country with an ongoing outbreak and spread among a local population...

- Measles — United States, January 1–May 23, 2014
  *MMWR* May 29, 2014
  From January 1 through May 23, 2014, a total of 288 confirmed measles cases have been reported to CDC, surpassing the highest reported yearly total of measles cases since elimination.

- Notes from the Field: Measles — California, January 1–April 18, 2014
  *MMWR.* Apr 25, 2014
  During January 1-April 18, 2014, 58 confirmed measles cases were reported in California, the highest number reported for that period since 1995.

## 2013

The U.S. experienced 11 outbreaks in 2013, three of which had more than 20 cases, including an outbreak with 58

cases. For more information see Measles — United States, January 1-August 24, 2013.

MMWR: 2013 Outbreaks

- Measles — United States, January 1-August 24, 2013
  *MMWR*. Sep 13, 2013
  During the first 8 months of 2013, 159 people in the United States were reported to have measles.
- Notes from the field: Measles outbreak among members of a religious community — Brooklyn, New York, March–June 2013
  *MMWR*. Vol 62, No 36;752-3 09/13/2013
- Notes from the field: Measles outbreak associated with a traveler returning from India — North Carolina, April–May 2013
  *MMWR*. Vol 62, No 36;753

## 2011

In 2011, more than 30 countries in the WHO European Region reported an increase in measles, and France was experiencing a large outbreak. These led to a large number of importations (80) that year. Most of the cases that were brought to the U.S. in 2011 came from France. For more information see Measles — United States, January-May 20, 2011.

Page last reviewed: August 19, 2020
Content source: National Center for Immunization and Respiratory Diseases, Division of Viral Diseases