

Coronavirus Disease 2019 (COVID-19)

# CDC COVID Data Tracker

Maps, charts, and data provided by the CDC

 The CDC COVID-19 Data Tracker has a new look and location to make the data easier to find and use. All previous data remains and will be updated on the same schedule. Please update bookmarks and links.

Also, as of 8/27, the Tracker includes correctional facility information, NIH Vulnerability Index data, and upgraded testing information.

| **Case Trends** ▼ | Laboratory ▼ | Community Impact ▼ | Unique Populations ▼ | COVID-19 Home |

**Cases** | Trends | Compare Trends | Demographics | Cases and Deaths by County | Forecasting | Trends in ED Visits

## United States COVID-19 Cases and Deaths by State

Reported to the CDC since January 21, 2020

**USA**
**5,972,356**
**TOTAL CASES**
CDC | Updated: Aug 31 2020 2:02PM

**USA**
**182,622**
**TOTAL DEATHS**
CDC | Updated: Aug 31 2020 2:02PM

**USA**
**289,865**
**Cases in Last 7 Days**
CDC | Updated: Aug 31 2020 2:02PM

| Total Cases | Cases in Last 7 Days | Cases per 100,000 | Total Deaths | Deaths per 100,000 |

**Total Number of COVID-19 Cases in the US Reported to the CDC, by State/Territory**



**Total Cases by State/Territory**

| State/Territory | Total Cases | Confirmed | Probable |
|---|---|---|---|
| California | 699,909 | N/A | N/A |
| Florida | 614,753 | N/A | N/A |
| Texas | 610,354 | N/A | N/A |
| Georgia | 268,973 | N/A | N/A |

CDC | Updated: Aug 31 2020 2:02PM

**Data Sources, References & Notes:** Total cases are based on aggregate counts of COVID-19 cases reported by state and territorial jurisdictions to the Centers for Disease Control and Prevention (CDC) since January 21, 2020, with the exception of persons repatriated to the United States from Wuhan, China, and Japan. The numbers are confirmed and probable COVID-19 cases as reported by U.S. states, U.S. territories, New York City, and the District of Columbia from the previous day. *Counts for New York City and New York state are shown separately; data for New York State show total cases and deaths for the State excluding data for NYC. When not available to CDC this is annotated by N/A. Rates are calculated using U.S. Census Bureau, 2018 American Community Survey 1-year estimates and are shown as cases/100,000 people. The map shows total cases per state, new cases in the last 7 days per state, and the rate (cases/100,000) per state. The 7-day moving average of new cases (current day + 6 preceding days / 7) was calculated to smooth expected variations in daily counts. Demographic data for deaths is based on a subset of cases where case-level data is available. Case numbers reported on other websites may differ from what is posted on CDC's website because CDC's overall case numbers are validated through a confirmation process with each jurisdiction. Differences between reporting jurisdictions and CDC's website may occur due to the timing of reporting and website updates. The process used for finding and confirming cases displayed by other sites may differ.

View and Download COVID-19 Case Surveillance Public Use Data

| HAVE QUESTIONS? | CDC INFORMATION | Privacy | CONNECT WITH CDC |
|---|---|---|---|
| Visit CDC-INFO | About CDC | FOIA | |
| Call 800-232-4636 | Jobs | No Fear Act | |
| Email CDC-INFO | Funding | OIG | |
| Open 24/7 | Policies | Nondiscrimination | |
| | File Viewers & Players | Accessibility | |

U.S. Department of Health & Human Services        USA.gov        CDC Website Exit Disclaimer