# EXHIBIT B

**NEW YORK STATE DEPARTMENT OF HEALTH**
Bureau of Immunization/Division of Epidemiology

## Immunization Requirements for School Attendance
### Medical Exemption Statement for Children 0-18 Years of Age

**NOTE: THIS EXEMPTION FORM APPLIES ONLY TO IMMUNIZATIONS REQUIRED FOR SCHOOL ATTENDANCE**

**Instructions:**
1. Complete information (name, DOB etc.).
2. Indicate which vaccine(s) the medical exemption is referring to.
3. Complete contraindication/precaution information.
4. Complete date exemption ends, if applicable.
5. Complete medical provider information. Retain copy for file. Return original to facility or person requesting form.

1. Patient's Name _____
2. Patient's Date of Birth _____
3. Patient's Address _____
4. Name of Educational Institution ___William S. Hackett Middle School___

Guidance for medical exemptions for vaccination can be obtained from the contraindications, indications, and precautions described in the vaccine manufacturers' package insert and by the most recent recommendations of the Advisory Committee on Immunization Practices (ACIP) available in the Centers for Disease Control and Prevention publication, Guide to Vaccine Contraindications and Precautions. This guide can be found at the following website: http://www.cdc.gov/vaccines/recs/vac-admin/contraindications.htm.

Please indicate which vaccine(s) the medical exemption is referring to:

- [ ] Haemophilus Influenzae type b (Hib)
- [x] Polio (IPV or OPV)
- [x] Hepatitis B (Hep B)
- [x] Tetanus, Diphtheria, Pertussis (DTaP, DTP, Tdap)
- [x] Measles, Mumps, and Rubella (MMR)
- [x] Varicella (Chickenpox)
- [ ] Pneumococcal Conjugate Vaccine (PCV)
- [ ] Meningococcal Vaccine (MenACWY)

Please describe the patient's contraindication(s)/precaution(s) here: __MTHFR__
__Genetic mutations of methylation detoxification__

Date exemption ends (if applicable)
__June 2020__

A New York State licensed physician must complete this medical exemption statement and provide their information below:

Name (print) __Kari W. Bovenzi, M.D.__                           NYS Medical License # __191281__
Address __638 Western Ave__
__Albany, NY 12203__                                              Telephone __518-489-6822__
Signature __Kari W B___                                           Date __7/18/19__

For Institution Use ONLY: Medical Exemption Status [x] Accepted   [ ] Not Accepted   Date: _____

DOH-5077 (6/16)