# EXHIBIT B



**THREE VILLAGE
CENTRAL SCHOOL DISTRICT**

*The mission of the Three Village Central School District, in concert with its families and community, is to provide an educational environment which will enable each student to achieve a high level of academic proficiency and to become a well-rounded individual who is an involved, responsible citizen.*

Peter Melore
Executive Director
Health, P.E., Recreations & Athletics
Ward Melville High School
380 Old Town Road
East Setauket, NY 11733-3499
Phone (631)-730-4980
Fax (631) 730-4985

September 27, 2016



Dear Ms. ▓▓▓:

This letter is to inform you that your request for exemption from immunizations for your daughter, ▓▓▓▓▓▓▓▓▓▓ has been approved. The District Registrar and Minnesauke Elementary School have been notified of this decision.

In accordance with New York State Law and our district policy, in the event there is a case of measles, mumps or other contagious disease for which she is not immunized, she will be required to stay home until there is no chance of her contracting the disease.

Please feel free to contact me if you have any questions in regards to this decision.

Sincerely,


Cc: Brian Biscari, Principal
    Patricia Bove, RN
    Lorraine Jordan, District Registrar

Cheryl Pedisich, Superintendent of Schools
Jeffrey Carlson, Assistant Superintendent, Business Services
Gary Dabrusky, Ed.D., Assistant Superintendent, Human Resources
Kevin Scanlon, Assistant Superintendent, Educational Services
P O. Box 9050 ■ East Setauket, New York 11733-9050 ■ Telephone: 631-730-4000 ■ Fax: 631-689-7045