# EXHIBIT C



*The mission of the Three Village Central School District, in concert with its families and community, is to provide an educational environment which will enable each student to achieve a high level of academic proficiency and to become a well-rounded individual who is an involved, responsible citizen.*

**THREE VILLAGE
CENTRAL SCHOOL DISTRICT**

*Dawn Mason, Ed.D.
Executive Director
Pupil Personnel Services*

June 19, 2019

Dear Parent/Guardian:

On June 13, 2019, the Governor signed into law legislation (S.2994A/A.2371) repealing the provision permitting a religious exemption of the vaccination requirements for students. This means that all schoolchildren must now be vaccinated as required by the Public Health Law, even if their parents have religious objections to the vaccinations. The new legislation is effective immediately.

Pursuant to Public Health Law §2164, every student entering or attending public school must be immunized. Public school students must be immunized against poliomyelitis, mumps, measles, diphtheria, rubella, varicella, hepatitis B, pertussis, tetanus, and where applicable, Haemophilus influenzae type b, pneumococcal disease, and meningococcal disease. The required immunizations may be administered by any health practitioner, or at no cost by the county health officer upon parental consent. Additional information on the required immunizations and doses may be found at: https://www.cdc.gov/vaccines/schedules/downloads/child/0-18yrs-child-combined-schedule.pdf

According to guidance issued by the New York State Education Department, the Department of Health and Office of Children and Family Services, children attending school under a religious exemption must have received the first age appropriate dose in each immunization series by June 28, 2019 to attend or remain in school. By July 14, 2019, parents and guardians must show that they have made appointments for all required follow-up doses. A copy of the New York State guidance is attached.

We encourage you to make efforts to obtain the necessary certificate or other acceptable evidence of immunization as soon as possible so that your child(ren) may continue to attend school.

Very truly yours,

Dawn Mason

cc: Superintendent of Schools
    School Nurse

Cheryl Pedisich, Superintendent of Schools
Jeffrey Carlson, Assistant Superintendent, Business Services
Gary Dabrusky, Ed.D., Assistant Superintendent, Human Resources
Kevin Scanlon, Assistant Superintendent, Educational Services
100 Suffolk Avenue ■ Stony Brook, New York 11790 ■ Telephone: 631-730-4000 ■ Fax: 631-689-7045

Board of Education
William F. Connors, Jr., President
Irene Gische, Vice President

Deanna Bavlnka
Inger Germano
Dr. Jeffrey Kerman

Jonathan Kornreich
Angelique Ragolia
Kathleen Sampogna, District Clerk