# EXHIBIT D



*The mission of the Three Village Central School District, in concert with its families and community, is to provide an educational environment which will enable each student to achieve a high level of academic proficiency and to becom a well-rounded individual who is an involved, responsible citizen.*

# THREE VILLAGE
## CENTRAL SCHOOL DISTRICT

June 26, 2019

Dear Parent/Guardian of: ███████████████

Polio _Compliant_   Varicella _Compliant_

DTaP _Compliant_   HepB _Compliant_

MMR _Compliant_   Tdap _✓ needed_

Meningitis _✓ needed_   Hemophilus Influenzae (HIB) —

Pneumococcal Conjugate (PCV) —   Other —

As of June 13, 2019, there is no longer a religious exemption to the requirement that children be vaccinated against measles or other diseases to attend any school program, including those that take place in the summer. Our records indicate your child is missing the immunizations indicated above.

The required immunizations may be administered by any health practitioner, or at no cost by the county health officer upon parental consent. Additional information on the required immunizations and doses may be found at:
https://www.cdc.gov/vaccines/schedules/downloads/child/0-18yrs-child-combined-schedule.pdf

Children attending school under a religious exemption must have received the first age appropriate dose in each immunization series by June 28, 2019 to attend or remain in school. By July 14, 2019, parents and guardians must show that they have made appointments for all required follow-up doses. We encourage you to make efforts to obtain the necessary certificate or other acceptable evidence of immunization as soon as possible so that your child(ren) may continue to attend school. If your child is not attending a summer program, the first dose in each series is due by the start of school, with appointments scheduled within the first 30 days of school starting.

Please don't hesitate to call the Gelinas Health Office at 730-4710 with any questions. You can drop off updated immunization records to the health office or fax them to 730-4752.

Cheryl Pedisich, Superintendent of Schools
Jeffrey Carlson, Assistant Superintendent, Business Services
Gary Dabrusky, Ed.D., Assistant Superintendent, Human Resources
Kevin Scanlon, Assistant Superintendent, Educational Services
P. O. Box 9050 ■ East Setauket, New York 11733-9050 ■ Telephone. 631-730-4000 ■ Fax: 631-689-7045

Board of Education
William F. Connors, Jr., President
Irene Gische, Vice President

Deanna Bavlnka
Inger Germano
Dr. Jeffrey Kerman

Jonathan Kornreich
Angelique Ragolia
Kathleen Sampogna, District Clerk