# EXHIBIT E

## Mason, Dawn

| | |
|---|---|
| **From:** | Mason, Dawn |
| **Sent:** | Wednesday, September 4, 2019 2:48 PM |
| **To:** | Napoli, Margaret |
| **Subject:** | FW: Gelinas Student ▮▮▮ converting Religious to Medical Exemption |
| **Attachments:** | ▮▮▮ Medical Exemption 8.29.19.pdf |

A request for medical exemption

*Dawn*

---

**From:** Long, Anne Marie <along2@3villagecsd.k12.ny.us>
**Sent:** Tuesday, September 3, 2019 3:08 PM
**To:** Sussman, Howard <hsussman@3villagecsd.k12.ny.us>
**Cc:** Mason, Dawn <dmason@3villagecsd.k12.ny.us>
**Subject:** Gelinas Student ▮▮▮ converting Religious to Medical Exemption

Hello Howard –

Please see attached.

Thank you
Anne Marie
This message is a Three Village Central School District Internal Email.

1

NEW YORK STATE DEPARTMENT OF HEALTH
Bureau of Immunization/Division of Epidemiology

# Immunization Requirements for School Attendance
## Medical Exemption Statement for Children 0-18 Years of Age

**NOTE: THIS EXEMPTION FORM APPLIES ONLY TO IMMUNIZATIONS REQUIRED FOR SCHOOL ATTENDANCE**

**Instructions:**
1. Complete information (name, DOB etc.).
2. Indicate which vaccine(s) the medical exemption is referring to.
3. Complete contraindication/precaution information.
4. Complete date exemption ends, if applicable.
5. Complete medical provider information. Retain copy for file. Return original to facility or person requesting form.

1. Patient's Name: Abigael Ehrlich
2. Patient's Date of Birth: 08/13/05
3. Patient's Address: _____
4. Name of Educational Institution: _____

Guidance for medical exemptions for vaccination can be obtained from the contraindications, indications, and precautions described in the vaccine manufacturers' package insert and by the most recent recommendations of the Advisory Committee on Immunization Practices (ACIP) available in the Centers for Disease Control and Prevention publication, Guide to Vaccine Contraindications and Precautions. This guide can be found at the following website: http://www.cdc.gov/vaccines/recs/vac-admin/contraindications.htm.

*Please indicate which vaccine(s) the medical exemption is referring to:*

- [ ] Haemophilus Influenzae type b (Hib)
- [ ] Polio (IPV or OPV)
- [ ] Hepatitis B (Hep B)
- [ ] Tetanus, Diphtheria, Pertussis (DTaP, DTP, Tdap)
- [ ] Measles, Mumps, and Rubella (MMR)
- [ ] Varicella (Chickenpox)
- [ ] Pneumococcal Conjugate Vaccine (PCV)

* Menactra

Please describe the patient's contraindication(s)/precaution(s) here: PANS Chronic/Severe Lyme, Bartonella, Autoimmune Encephalitis, POTS dysautonomia. Brother had same + administration of Menactra eventually led to his death.

Date exemption ends (if applicable): End High School

A New York State licensed physician must complete this medical exemption statement and provide their information below:

Name (print): Laura Bennett MD      NYS Medical License #: 159939

Address: Northwell General Pediatrics at Islandia
3001 Expressway Drive North, Suite 100
Islandia, NY 11749
Phone: (631) 434-1770
Fax: (631) 434-1254

Telephone: _____
Signature: _____      Date: 8/29/19

For Institution Use ONLY: Medical Exemption Status  [ ] Accepted  [ ] Not Accepted  Date: _____

DOH-5077 (8/13)

Dx Letter  8/7/19, 12:22 PM

Nancy H. O'Hara & Associates, LLC
3 Hollyhock Lane
Wilton, CT 06897-4443
Tel: (203) 834-2813
Fax: (203) 834-2590

www.drohara.com

# RE: ABIGAIL EHRLICH

**DATE:** 08/06/2019

| TO | RE: |
|---|---|
| Tel -<br>Fax - | **Abigail Ehrlich**<br>DOB - 01/13/2005<br>7 Daniel Way<br>East Setauket NY, 11733<br>Tel - (631) 831-5075 |

**FROM:** - *Nancy O'Hara*
**Number of Pages:** 1

Abigail Ehrlich is a patient of mine with chronic and severe Lyme, Bartonella and autoimmune encephalitis. As a result, she also has POTS/Dysautonmia, all of which increase symptoms of anxiety, cognitive and processing delays. She has been on antibiotics and multiple interventions to treat the above. Any further virus or other insults can exacerbate her autoimmune disease and symptoms. Please contact our office with quesitons.

**MESSAGE:**

Signed: *[signature]*
E-Sign d: 08.06.19 (#0003593-F88D)