# EXHIBIT F

**Mason, Dawn**

| | |
|---|---|
| **From:** | Mason, Dawn |
| **Sent:** | Friday, September 6, 2019 9:59 AM |
| **To:** | Sussman, Howard; Long, Anne Marie |
| **Cc:** | Napoli, Margaret |
| **Subject:** | RE: ▮▮▮ - Gelinas student |

Good morning,
I actually just emailed a denial letter to be sent out by the building principals, with help from the nurses.
Let me know if you have any questions.
Thanks,

*Dawn*

---

**From:** Sussman, Howard <hsussman@3villagecsd.k12.ny.us>
**Sent:** Friday, September 6, 2019 8:01 AM
**To:** Long, Anne Marie <along2@3villagecsd.k12.ny.us>
**Cc:** Mason, Dawn <dmason@3villagecsd.k12.ny.us>; Napoli, Margaret <mnapoli@3villagecsd.k12.ny.us>
**Subject:** RE: ▮▮▮ - Gelinas student

You or Dr. Mason should notify the parent that, based on the available information, Dr. Bennett's request does not meet the CDC's guideline for medical exemption. ▮▮▮ is still obligated to comply with NYS law regarding preventing meningitis. If she does not furnish a valid medical exemption request or proof of adminitration of the required immunization, she remains at risk for exclusion from school once the grace period concludes. Vaccines were required by the first day of school, however, we are permitted to have a two-week grace period in NY State.

You should coordinate with Dawn.

Sincerely yours,
HRS

Dr. Howard R Sussman
District Medical Director

On Sep 6, 2019 7:47 AM, "Long, Anne Marie" <along2@3villagecsd.k12.ny.us> wrote:
Good morning

This student did receive the Tdap vaccine and is compliant for all vaccinations except the Menatra. How will the parent be notified of your/Dr. Bennett determination?

Anne Marie Long RN
School Nurse
Gelinas Junior High School
Three Village Central School District
Health Office - 631-730-4710
Health Office FAX – 631-730-4752
along2@3villagecsd.org

1

***Confidentiality Notice***
The information contained in this e-mail transmission is privileged and confidential and intended only for the use of the individual(s) and/or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure copying, distribution or taking of any action in reliance on the contents of the e-mail material is strictly prohibited. The review of this material by any individual other than the intended receipt shall constitute voluntary disclosure of the information. If you have received this e-mail transmission in error, please immediately contact me by telephone at 631-730-4910. Thank you.

-----Original Message-----
From: Sussman, Howard
Sent: Thursday, September 05, 2019 9:03 PM
To: Mason, Dawn; Long, Anne Marie
Cc: Napoli, Margaret
Subject: RE: ▮ Gelinas student

Today, I spoke with Dr. Bennett. She explained that ▮ reportedly did receive her Tdap, so the only question is her Menactra.
(Ann Marie, please verify the accuracy of this. Is this student up to date and compliant? For what, if anything, is she due? Is it Menactra alone?)

Apparently, as Dr. Bennett recounted, the parent told Dr. Bennett that the brother had a history of so-called "Lyme Encephalitis". Subsequent to his meningitis vaccine, the brother regrettably committed suicide. The parent blames the vaccine for somehow causing a neuropsychiatric reaction in the context of the supposed history of Lyme encephalopathy (somehow triggering or reawakening a brain problem) leading to the suicide. (Here I would editorialize that this is obviously tragic, but Dr. Bennett and I concur that causality is far-fetched and most assuredly an unfortunate coincidence and a construct of the mother's grief.)

Dr. Bennett said that ▮ also had a prior history of "Lyme encephalitis" but said her so-called encephalopathy was "stable" not active or unstable. (Again, I will explain that from what I can deduce, that means that ▮ does not currently have Lyme Disease, and she does not have a current or chronic brain infection or inflammation called "encephalopathy". The supposed condition was historical - in the past. Dr. Bennett said a prior doctor in Connecticut might be better able to speak to ▮ history of "encephalitis".

Laura Bennett, MD, acknowledged that Miss ▮ does not have a medical contraindication to meningococcal vaccine as listed among the CDC's table. She understood that NYS-DOH most likely won't accept that documentation as a valid reason for medical exemption from NYS immunization requirements. Dr. Bennett will take it upon herself to refer the parent to her prior doctor in CT to see if they have any further documentation that might satisfy the requirement.

To be clear, even if ▮ had a history of prior encephalopathy, the CDC asserts that only acute/unstable/active cases are cause to defer vaccination until such time as the condition has stabilized and that patients with stable encephalopathies or histories of prior encephalopathies are supposed to get vaccinated. (Ironically, the vaccine she requires is to prevent life-threatening brain infections.)

Suffice it to say that, based on the provided documentation and my personal communication with Dr. Bennett, ▮ should be required to proceed with immunization as required by NYS. I must reject Dr. Bennett's written request for medical exemption as invalid. In the absence of other supporting documentation, she must comply or risk exclusion from school at the conclusion of our two-week grace period. Of course, if the parent does not accept my/our determination, she is welcome to seek clarification from the DOH (and/or we can reach out to our contacts there as well).

Respectfully submitted,
HRS

Dr. Howard R. Sussman
District Medical Director
Three Village Central School District

From: Mason, Dawn
Sent: Thursday, September 05, 2019 9:36 AM
To: Long, Anne Marie; Sussman, Howard
Cc: Napoli, Margaret
Subject: RE: ▮ - Gelinas student

2

Thank you!

Dawn

-----Original Message-----
From: Long, Anne Marie <along2@3villagecsd.k12.ny.us>
Sent: Thursday, September 5, 2019 9:16 AM
To: Sussman, Howard <hsussman@3villagecsd.k12.ny.us>
Cc: Mason, Dawn <dmason@3villagecsd.k12.ny.us>
Subject: RE: ▮▮▮▮ - Gelinas student

Ok thank you

Anne Marie Long RN
School Nurse
Gelinas Junior High School
Three Village Central School District
Health Office - 631-730-4710
Health Office FAX – 631-730-4752
along2@3villagecsd.org


***Confidentiality Notice***
The information contained in this e-mail transmission is privileged and confidential and intended only for the use of the individual(s) and/or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure copying, distribution or taking of any action in reliance on the contents of the e-mail material is strictly prohibited. The review of this material by any individual other than the intended receipt shall constitute voluntary disclosure of the information. If you have received this e-mail transmission in error, please immediately contact me by telephone at 631-730-4910. Thank you.


-----Original Message-----
From: Sussman, Howard
Sent: Thursday, September 05, 2019 9:14 AM
To: Long, Anne Marie
Cc: Mason, Dawn
Subject: RE: ▮▮▮▮ Gelinas student

I'm playing phone-tag with Dr. Bennett. She left me a message last might. I left her a message this morning. Tag, she's it. I hope to hear back from her today to help clarify ▮▮▮▮ status.

Sincerely yours,

Dr. Howard R. Sussman
District Medical Director
Three Village Central School District

From: Long, Anne Marie
Sent: Wednesday, September 04, 2019 3:57 PM
To: Sussman, Howard
Cc: Mason, Dawn
Subject: RE: ▮▮▮▮ Gelinas student

Ok thank you

Anne Marie Long RN
School Nurse

Gelinas Junior High School
Three Village Central School District
Health Office - 631-730-4710
Health Office FAX – 631-730-4752
along2@3villagecsd.org<mailto:along2@3villagecsd.org>

\*\*\*Confidentiality Notice\*\*\*
The information contained in this e-mail transmission is privileged and confidential and intended only for the use of the individual(s) and/or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure copying, distribution or taking of any action in reliance on the contents of the e-mail material is strictly prohibited. The review of this material by any individual other than the intended receipt shall constitute voluntary disclosure of the information. If you have received this e-mail transmission in error, please immediately contact me by telephone at 631-730-4910. Thank you.

From: Sussman, Howard
Sent: Wednesday, September 04, 2019 11:28 AM
To: Long, Anne Marie
Cc: Mason, Dawn
Subject: Re: ▇▇▇▇ - Gelinas student

Unfortunately, from the way I read this, I believe this student's supposed contraindications are actually erroneous, as per CDC TABLE 4-2 [Conditions incorrectly perceived as contraindications or precautions to vaccination (i.e., vaccines may be given under these conditions)]. Stable neurologic conditions and family history of adverse reaction are invalid contraindications.

I have a call into the PMD for clarification of the status of the so-called encephalopathy. If it's unstable that's one thing. If stable, that's another.

Sincerely yours,
HRS

Dr. Howard R Sussman
District Medical Director
This message is a Three Village Central School District Internal Email.
This message is a Three Village Central School District Internal Email.
This message is a Three Village Central School District Internal Email.

This message is a Three Village Central School District Internal Email.

This message is a Three Village Central School District Internal Email.
This message is a Three Village Central School District Internal Email.

This message is a Three Village Central School District Internal Email.
This message is a Three Village Central School District Internal Email.

4