**EXHIBIT H**

**Mason, Dawn**

**From:** Mason, Dawn
**Sent:** Thursday, September 19, 2019 12:37 PM
**To:** ▓▓▓▓@optonline.net'
**Cc:** Pedisich, Cheryl
**Subject:** RE: ▓▓▓▓ - Medical Exemption submission packet

Dear Ms. ▓▓▓▓

The CMOs determination is that this request for Medical Exemption from MenACWY is not acceptable. It does not document a valid medical contraindication as annotated by the CDC. If there is documentation that you can provide that aligns with the medical contraindications as per CDC, I will resubmit.
Perhaps it is best if Ms. Pedisich and I call you. Are you available tomorrow at 12:30?
Let me know if that time works for you.
Sincerely,
*Dawn Mason*

---

**From:** Pedisich, Cheryl <cherylp@3villagecsd.k12.ny.us>
**Sent:** Wednesday, September 18, 2019 4:34 PM
**To:** ▓▓▓▓@optonline.net' ▓▓▓▓@optonline.net>; Mason, Dawn <dmason@3villagecsd.k12.ny.us>
**Subject:** RE: ▓▓▓▓ Medical Exemption submission packet

Dear Ms ▓▓▓▓

Thank you for the e-mail. I know you have spoken to Dawn Mason and we will definitely follow through with providing the information to our CMO and make certain that prior to any denial, additional information is requested from you. Please know that we will do all that we can to support ▓▓▓▓ and your family.

Best regards,

Cheryl Pedisich

---

**From:** ▓▓▓▓@optonline.net ▓▓▓▓@optonline.net>
**Sent:** Wednesday, September 18, 2019 12:56 PM
**To:** Pedisich, Cheryl <cherylp@3villagecsd.k12.ny.us>; Mason, Dawn <dmason@3villagecsd.k12.ny.us>
**Subject:** ▓▓▓▓ - Medical Exemption submission packet

Dear Superintendent Pediisich and Executive Director Mason,

Attached please the following documentation as it pertains to a medical exemption for my daughter, ▓▓▓▓ I am bringing a hard copy over to the district office now.
I am hopeful that this information will satisfy the District's strict criteria for issuance of the medical exemption, as ▓▓▓▓ is under current treatment. If it doesn't, I request that prior to any denial being issued by the school, that the district's physician comply with the protocol indicated in the attached email communication from the Department of Health. It states that the "school may request additional documentation from the parent/guardian. If needed, the school may forward the medical exemption request to the New York State Department of Health, Bureau of Immunization...for further review and a recommendation to assist the school with determining whether to accept or deny the exemption requested. The school makes the final decision." Therefore, I do not want to appeal a denial to the DOH, rather, I request that the district's physician ask the DOH for guidance and/or clarification before denying, if he is so inclined.

1

The documents attached in 3 files are:

File 1: Completed form DOH-5077 and accompanying letter of support signed by Laura Bennett, M.D., ( ███ long time pediatrician) dated 9/17/19 and
    diagnosis letter from her out of state treating specialist, Nancy Ohara, M.D. dated 8/6/19, both indicating a vaccine precaution;

File 2: Printout fro the CDC Vaccine Recommendations and Guidelines of the ACIP which clarify the use of "a precaution" as a means to delay immunization;
    Printout from the ACIP specifically for the MenACWY vaccine which lists "Moderate or severe acute illness with or without fever" as a precaution and
    Email correspondence from the NYS Department of Health clarifying the role of the DOH in a school's determination of ME validity.

File 3: Personal statement by ███ sent to Superintendent Pedisich indicating ███ need for the Medical Exemption to maintain her medical and emotional
    health.

I do hope that all of this information is carefully considered and a favorable decision is made. In the event that any questions arise regarding the information submitted, kindly contact me. I will make every reasonable effort to provide necessary documentation to insure ███ wellbeing and ability to continue in school.

Sincerely,

███ Parent of ███, gr. 9

2