# EXHIBIT I



*The mission of the Three Village Central School District, in concert with its families and community, is to provide an educational environment which will enable each student to achieve a high level of academic proficiency and to become a well-rounded individual who is an involved, responsible citizen.*

**THREE VILLAGE**
**CENTRAL SCHOOL DISTRICT**

October 23, 2019



Re: Correspondence Dated October 4 and October 9, 2019

Dear ████████

I am in receipt of your correspondence dated October 4 and October 9, 2019, requesting a review by the Board of Education of the medical exemption for ████████

As a preliminary matter, in your correspondence, you attach medical documentation and raise several issues regarding your daughter's medical condition. As you may be aware, members of the Board of Education do not have the specific medical expertise required to review the documentation you have provided. Therefore, the Board members will not review the medical exemption request you have submitted.

In accordance with guidance from the Commissioner of Education, the District has instituted a procedure for reviewing requests for medical exemptions whereby the District: (1) seeks additional information from the parents and the child's treating physician with respect to the reasons for the medical exemption; (2) consults with the District's physician regarding the parents' request for the medical exemption; (3) consults with the Department of Health regarding the parents' request for a medical exemption; and (4) seeks information <u>in writing</u> from the Department of Health regarding the determination of whether the information provided by the child's physician is sufficient to grant a medical exemption.

Although the District generally denies the conclusions you have raised in your correspondence regarding Dr. Sussman and the District's procedure, we believe the above-referenced procedure provides for multiple levels of review prior to a student being excluded and serves to protect the best interests of all District students.

The District, therefore, will be submitting your request for a medical exemption along with the documentation you have provided to the Department of Health for review.

Sincerely,

William F. Connors Jr.
Board President

Cheryl Pedisich, Superintendent of Schools
Jeffrey Carlson, Deputy Superintendent
Gary Dabrusky, Ed.D., Assistant Superintendent, Human Resources
Kevin Scanlon, Assistant Superintendent, Educational Services
100 Suffolk Avenue ■ Stony Brook, New York 11790 ■ Telephone: 631-730-4000 ■ Fax: 631 474-7784

| Board of Education | Deanna Bavlnka | Jonathan Kornreich |
| --- | --- | --- |
| William F. Connors, Jr., President | Inger Germano | Vincent Vizzo |
| Irene Gische, Vice President | Dr. Jeffrey Kerman | Kathleen Sampogna, District Clerk |