# EXHIBIT L



*The mission of the Three Village Central School District, in concert with its families and community, is to provide an educational environment which will enable each student to achieve a high level of academic proficiency and to become a well-rounded individual who is an involved, responsible citizen.*

---

Paul J. Gelinas Junior High School

Corinne Keane, Principal
Michael Jantzen, Assistant Principal

November 25, 2019

Re: ████████ ████████ Immunization Medical Exemption Request

Dear Mr. and Mrs. ████████:

Please be advised that our chief medical officer has reviewed your medical documentation and determined that a medical exemption is hereby denied. *Attached is the response from the Department of Health Bureau of Immunizations.* The documented reason does not meet the guidelines from the Centers for Disease Control and Prevention (CDC) for medical contraindication to immunization. Therefore,  will be excluded from school effective *December 9, 2019,* unless he/she receives such legally required *Meningococcal Vaccine* immunization or presents a valid exemption. We encourage you to speak with your child's physician regarding the information required to obtain a medical exemption.

Pursuant to Public Health Law §2164, every student entering or attending public school must be immunized. The required immunizations may be administered by any health practitioner, or at no cost by the county health officer upon parental consent. Additional information on the required immunizations and age-appropriate doses may found at: https://www.cdc.gov/vaccines/schedules/downloads/child/0-18yrs-child-combined-schedule.pdf.

Under Public Health Law §2164(8-a)(a)(b), the District is required to report to the local health authority the name and address of any student refused continued attendance for lack of proof of immunizations. Inasmuch as your child has been denied a medical exemption to the immunization requirement and you have not provided proof of immunizations, we will cooperate with the local health authority in scheduling a time and place for immunizing your child should you consent to doing so. Please contact the Suffolk County Department of Health at (631)-854-0222 for more information about securing immunization if you consent to doing so.

Finally, please be advised that pursuant to Public Health Law §2164(7)(b), a parent of a child denied school entrance or attendance may appeal such denial by petition to the Commissioner of Education in accordance with the provisions of New York Education Law §310. Additional information regarding the procedure for making such an appeal to the Commissioner of Education may be obtained from the Office of Counsel, New York State Education Department, State Education Building, Albany, NY 12234, or by calling (518) 474-8927. In addition, such information may be found on the internet at: http://www.counsel.nysed.gov/.

Sincerely,

*Corinne Keane*

Principal

Enc.
c: Superintendent
   Student File

25 Mud Road ■ Setauket, New York 11733-1499 ■ Telephone: (631) 730-4700

Cheryl Pedisich, Superintendent of Schools
Jeffrey Carlson, Deputy Superintendent, Business Services
Kevin Scanlon, Assistant Superintendent, Educational Services
Gary Dabrusky, Ed.D., Assistant Superintendent, Human Resources