# EXHIBIT M

**Mason, Dawn**

| | |
|---|---|
| **From:** | Keane, Corinne |
| **Sent:** | Wednesday, December 4, 2019 1:45 PM |
| **To:** | Mason, Dawn; '███████@optonline.net' |
| **Subject:** | RE: ███ Medical Exemption Denial |

Dear Mrs ███

I wanted to let you know that I spoke with Kevin Scanlon regarding the set-up of home schooling. It would be best for you to contact Kevin Scanlon directly to discuss. His office number is 631-730-4060. As I shared this morning, Lorainne Jordan is the registrar who can assist you with the withdrawal process. Her number is 631-730-4555
Please let me know if I can be of any assistance to you.
Sincerely,
Corinne Keane

---

From: Mason, Dawn <dmason@3villagecsd.k12.ny.us>
Sent: Wednesday, December 4, 2019 1:37 PM
To: '███@optonline.net' <███@optonline.net>
Cc: Keane, Corinne <ckeane@3villagecsd.k12.ny.us>
Subject: RE ███ Medical Exemption Denial

Dear Mrs. ███
We will honor your request to extend the date of exclusion to December 20. I am sorry that we are all in a position with limited options.
Sincerely,

*Dawn Mason*

---

From: ███@optonline.net <███@optonline.net>
Sent: Wednesday, December 4, 2019 9:34 AM
To: Mason, Dawn <dmason@3villagecsd.k12.ny.us>
Cc: Keane, Corinne <ckeane@3villagecsd.k12.ny.us>
Subject: ███ Medical Exemption Denial

Dear Ms. Mason,

I am in receipt of the letter dated November 25, 2019 advising that the district has denied the Medical Exemption for the single meningitis vaccine for my medically fragile daughter, ███

As per my conversations with you and Principal Keane on November 26, 2019, please be advised that we are in the process of preparing the 310 Appeal for submission to the Department of Education within the 30 day time grace period. For reasons discussed with and agreed upon by Principal Keane, we request that the specified exclusion date be extended to December 20, 2019.

This is incredibly traumatizing for ███ at this point and we are trying to make sense of this senseless situation. This accommodation is greatly appreciated.

1