# EXHIBIT O

**Mason, Dawn**

| | |
|---|---|
| **From:** | Jessica Wallace <jwallace@sirillp.com> |
| **Sent:** | Monday, December 23, 2019 4:50 PM |
| **To:** | Christopher Mestecky |
| **Cc:** | Aaron Siri; Colleen Vella; Pedisich, Cheryl; Mason, Dawn; Keane, Corinne |
| **Subject:** | Re: ██████ - Three Village CSD - Medical Exemption Matter |

Mr. Mestecky,

Thank you for your email. We look forward to hearing back from you after the review from the medical director and/or the Department of Health.

Regards,

Jessica

Jessica Wallace, Esq.
SIRI & GLIMSTAD LLP
200 Park Avenue
Seventeenth Floor
New York, NY 10166
P: 212-532-1091
F: 646-417-5967
www.sirillp.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the
intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly
prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

---

**From:** Christopher Mestecky <CMestecky@guerciolaw.com>
**Sent:** Monday, December 23, 2019 4:27 PM
**To:** Jessica Wallace <jwallace@sirillp.com>
**Cc:** Aaron Siri <aaron@sirillp.com>; Colleen Vella <cvella@guerciolaw.com>; Pedisich, Cheryl
<cherylp@3villagecsd.k12.ny.us>; Mason, Dawn <dmason@3villagecsd.k12.ny.us>; ckeane@3villagecsd.k12.ny.us
<ckeane@3villagecsd.k12.ny.us>
**Subject:** Re: ██████ - Three Village CSD - Medical Exemption Matter

Ms. Wallace:

We are in receipt of the new documentation for your client's medical exemption. Under District policy this
documentation will be reviewed by the District physician and by the department of health (if necessary). Once the review
is completed we will advise you of the District's determination in writing. The student will not be excluded from school
until a final determination is made.

Please contact me should you have any questions

Christopher Mestecky
Guercio & Guercio LLP
516-694-3000

1

Sent from my iPhone

> On Dec 23, 2019, at 10:05 AM, Jessica Wallace <jwallace@sirillp.com> wrote:
>
> Good Morning,
>
> Attached is the medical exemption from December 18, 2019.  As noted in our letter to Principal Keane, this medical exemption comports with the requirements of NYS law and is a valid medical exemption.  We look forward to hearing back from you regarding █████████ continued attendance at Paul J. Gelinas Jr. High School following the winter break.
>
> Thank you,
>
> Jessica
>
>
> Jessica Wallace, Esq.
> SIRI & GLIMSTAD LLP
> 200 Park Avenue
> Seventeenth Floor
> New York, NY 10166
> P: 212-532-1091
> F: 646-417-5967
>
www.sirillp.com<https://nam04.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.sirillp.com%2F&data=02%7C01%7CCMestecky%40guerciolaw.com%7C1b1d20d4dd1f4ecc274108d787b96235%7C5f6428c95d86493aacca9f4ec3ebdaa0%7C0%7C0%7C637127103306083656&sdata=prCYl3t3uZ3%2F%2FIQoezZU23DFmS5TBYxtZOKCIh3uqXw%3D&reserved=0>
>
> This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.
>
>
> _____
> From: Christopher Mestecky <CMestecky@guerciolaw.com>
> Sent: Friday, December 20, 2019 4:59 PM
> To: Jessica Wallace <jwallace@sirillp.com>
> Cc: Aaron Siri <aaron@sirillp.com>; Colleen Vella <cvella@guerciolaw.com>; Pedisich, Cheryl <cherylp@3villagecsd.k12.ny.us>; Mason, Dawn <dmason@3villagecsd.k12.ny.us>; ckeane@3villagecsd.k12.ny.us <ckeane@3villagecsd.k12.ny.us>
> Subject: Re: ████████████ Three Village CSD - Medical Exemption Matter
>
> I have been advised that the District has not received an updated medical exemption form.  If you have additional documents you may forward such information to my attention for review.
>
> Thank you
>
> Christopher Mestecky
>
> Sent from my iPhone
>
> On Dec 20, 2019, at 12:31 PM, Jessica Wallace <jwallace@sirillp.com> wrote:
>
>
> Good Afternoon Mr. Mestecky,
>

2

> Thank you for your response.  As noted in our letter to Principal Keane, our office is aware of both the letter from the NYSDOH dated, November 22, 2019 and the  district's decision to deny the medical exemption from Dr. Bennett dated, September 19, 2019.  However, our letter to principal Keane included an updated medical exemption from Dr. Caroline Hartridge, dated, November 18, 2019.  As discussed in our letter, ▆▆▆▆was recently seen and evaluated by Dr. Hartridge for a recent acute illness related to her current medical diagnoses.   This updated medical exemption was submitted to Principal Keane for review and approval.  Please confirm that you have received the updated medical exemption from Dr. Hartridge and that ▆▆▆▆will be permitted to continue her attendance at Paul J. Gelinas Jr. High School.
>
> Thank you,
>
> Jessica Wallace
>
>
>
> Jessica Wallace, Esq.
> SIRI & GLIMSTAD LLP
> 200 Park Avenue
> Seventeenth Floor
> New York, NY 10166
> P: 212-532-1091
> F: 646-417-5967
>
www.sirillp.com<https://nam04.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.sirillp.com%2F&data=02%7C01%7CCMestecky%40guerciolaw.com%7C1b1d20d4dd1f4ecc274108d787b96235%7C5f6428c95d86493aacca9f4ec3ebdaa0%7C0%7C0%7C637127103306093653&sdata=iCwu0eAZ1QmK1VE9KxmRo4e6QGpmD1D51blGGYlxfgU%3D&reserved=0>
>
> This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.
>
>
> _____
> From: Aaron Siri <aaron@sirillp.com>
> Sent: Friday, December 20, 2019 12:13 PM
> To: Colleen Vella <cvella@guerciolaw.com>
> Cc: Pedisich, Cheryl <cherylp@3villagecsd.k12.ny.us>; Mason, Dawn <dmason@3villagecsd.k12.ny.us>; ckeane@3villagecsd.k12.ny.us <ckeane@3villagecsd.k12.ny.us>; Christopher Mestecky <CMestecky@guerciolaw.com>; Jessica Wallace <jwallace@sirillp.com>
> Subject: Re: ▆▆▆▆▆▆▆- Three Village CSD - Medical Exemption Matter
>
> Adding my associate, Jessica Wallace, to this chain.
>
>
> _____
> From: Colleen Vella <cvella@guerciolaw.com>
> Sent: Friday, December 20, 2019 11:38 AM
> To: Aaron Siri
> Cc: Pedisich, Cheryl; Mason, Dawn; ckeane@3villagecsd.k12.ny.us; Christopher Mestecky
> Subject: ▆▆▆▆▆▆- Three Village CSD - Medical Exemption Matter
>
>
> Mr. Siri,
>
>
>

3

> Attached please find a letter from Mr. Mestecky re the above together with two additional attachments as referenced in his letter.
>
>
>
> Should you have any questions, please contact our office.
>
>
>
> Thank you
>
>
>
> Colleen M. Vella
>
>   Legal Assistant
>
>
>
>
>
> <image001.jpg>
>
>
>
>
> NOTICE:  The information contained in and documents accompanying this electronic transmission are confidential and/or legally privileged material from the law firm of Guercio & Guercio, LLP.  This email is intended solely for the addressee.  If you are not the addressee, dissemination, copying or other use of this email or any of its content is strictly prohibited and may be unlawful.  If you are not the intended recipient, please inform the sender immediately and destroy the email and any copies.  Any opinions expressed in this message are those of the individual sender, and are protected by the attorney-client privilege.
>
>
>
>

4

LAW OFFICES
OF
GUERCIO & GUERCIO, LLP
77 Conklin Street
Farmingdale, New York 11735
(516) 694-3000
FAX: (516) 694-4738
www.guerciolaw.com

24 Century Hill Drive, Suite 101
Latham, New York 12110
(518) 690-7000
Fax: (518) 690-0783

GREGORY J. GUERCIO
RICHARD J. GUERCIO
GARY L. STEFFANETTA
KATHY A. AHEARN
JOHN P. SHEAHAN
RANDY GLASSER
BARBARA P. ALOE
ERIN M. O'GRADY-PARENT
LISA L. HUTCHINSON
BONNIE L. GORHAM
CHRISTOPHER F. MESTECKY
CHRISTOPHER W. SHISHKO

OFFICE ADMINISTRATOR
DOREEN GIAQUINTO

Reply to: Farmingdale x
Latham        □

KATHRYN J. MAIER
PATRICIA A. UNZ
BARBARA J. EMIGHOLZ
REESA F. MILES
GREGORY A. GILLEN
ERIC LEVINE
DANIELA GIORDANO
FRANK G. BARILE
MARIA G. CASAMASSA
NICOLE A. MURPHY
MATTHEW A. GALANTE
TORREY A. CHIN
STEPHANIE A. DENZEL
BRYAN GEORGIADY
RYAN J. JOHNSON
CHRISTINA M. BRENNAN
NOREEN M. GILROY

December 20, 2019

Siri & Glimstad, LLP
200 Park Avenue
New York, NY 10166

Attention: Aaron Siri, Esq.

Re: █████████████

Dear Mr. Siri:

Your letter of December 19, 2019 addressed to Corinne Keane, Principal of the Gelinas Junior High School, has been forwarded to me for the purpose of response. Please be advised that I serve as general counsel to the Three Village Central School District. Therefore, all future correspondence from your office related to this matter should be addressed to my attention.

Your correspondence to Ms. Keane challenges the District's decision to deny the medical exemption request for ███████████. Attached please find a copy of Ms. Keane's letter formally advising the family of the District's decision to deny the exemption. Additionally, also attached is a letter dated November 22, 2019 from the New York State Department of Health recommending against accepting the medical exemption submitted by the family. As set forth in Ms. Keane's correspondence, the District's determination is appealable to the Commissioner of Education. Therefore, any challenges to the District's determination may be made to the Commissioner of

Page 2
December 20, 2019

Education following the appeal provisions outlined in Ms. Keane's correspondence.

Please contact me should you have any questions regarding this matter.

Very truly yours,

*Christopher F. Mestecky*

CHRISTOPHER F. MESTECKY

CFM:cmv
Attachments
c:      Ms. Cheryl Pedisich
        Ms. Dawn Mason
        Ms. Corinne Keane
Via email
GGDOCS-665419673-473