# EXHIBIT P



## Mason, Dawn

| | |
|---|---|
| **From:** | Tice, Robin S (HEALTH) <robin.tice@health.ny.gov> |
| **Sent:** | Tuesday, January 7, 2020 7:55 AM |
| **To:** | Mason, Dawn; Rose, James D (HEALTH) |
| **Cc:** | Pedisich, Cheryl; Sussman, Howard; 'Christopher Mestecky' |
| **Subject:** | RE: Three Village Medical Exemption request |

Thanks, we will forward to the Medical Director.

**From:** Mason, Dawn <dmason@3villagecsd.k12.ny.us>
**Sent:** Monday, January 6, 2020 5:00 PM
**To:** Rose, James D (HEALTH) <james.rose@health.ny.gov>; Tice, Robin S (HEALTH) <robin.tice@health.ny.gov>
**Cc:** Pedisich, Cheryl <cherylp@3villagecsd.k12.ny.us>; Sussman, Howard <hsussman@3villagecsd.k12.ny.us>; 'Christopher Mestecky' <CMestecky@guerciolaw.com>
**Subject:** Three Village Medical Exemption request

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Dear Mr. Rose and Ms. Tice,
I am submitting a request for a medical exemption for review by DOH. A previous request for this student with the date of birth ▮▮▮05 was submitted in the fall. I've attached the response we received from DOH, dated Nov. 22, 2019. Our District Medical Director has reviewed this document and requested a review by DOH.
Please let me know if you need any additional information.
Thank you,

*Dawn Mason Ed. D.*
Executive Director of PPS
Three Village CSD
631-730-4574

1