# EXHIBIT Q

Mason, Dawn

Begin forwarded message:

**From:** Jessica Wallace <jwallace@sirillp.com>
**Date:** January 7, 2020 at 9:53:54 AM EST
**To:** Christopher Mestecky <CMestecky@guerciolaw.com>
**Cc:** Aaron Siri <aaron@sirillp.com>
**Subject:**

Good Morning Mr. Mestecky,

I wanted to follow-up and see if you have heard back from the district physician and/or school officials as to the request for medical exemption for ▇. As we discussed the other day, I appreciate you allowing ▇ to remain in school while the medical exemption is being reviewed, however, because we were not in contact until after the beginning of winter break, ▇ was unaware that she was able to remain in school and she said all of her goodbyes. This was an extremely difficult day and it has taken a huge emotional toll on her. She has deteriorated over the break so her parents are hesitant to send her back to school until there has been a final determination by the school on the medical exemption.

Respectfully, the school has all of the information needed to make the determination. The medical exemption was prepared by a NYS licensed physician on the approved state form and indicates that the medical exemption should end once there has been a re-evaluation after treatment. Further, the medical exemption explicitly states that ▇ is currently suffering from an acute moderate to severe illness which is a clear precaution to vaccination with the meningococcal vaccination, the only vaccination being required for ▇ to return to school. I would appreciate if you could let me know the status of this request for medical exemption.

Thank you,

Jessica Wallace, Esq.
SIRI & GLIMSTAD LLP
200 Park Avenue
Seventeenth Floor
New York, NY 10166
P: 212-532-1091
F: 646-417-5967
www.sirillp.com

1