# EXHIBIT R

**Mason, Dawn**

**From:** Keane, Corinne
**Sent:** Wednesday, January 8, 2020 3:31 PM
**To:** ▓▓▓▓@optonline.net'
**Cc:** Mason, Dawn
**Subject:** Missed Call

Dear Mrs. ▓▓▓▓

I am sorry I missed your call this afternoon. I understand that you were looking to hear of the district's determination. The district has sent your request to the DOH for review. Once the review is completed you will be advised of the District's determination in writing. Please know that ▓▓▓ is not excluded from school until a final determination is made.

Sincerely,

*Corinne Keane*
Principal
Paul. J. Gelinas JHS
631-730-4700

This message is a Three Village Central School District Internal Email.

1