# EXHIBIT S



FEB  5 2020

## NOTICE OF INTENT TO HOME SCHOOL FOR THE 2019 - 2020 SCHOOL YEAR

ASSISTANT SUPERINTENDENT
FOR ED ▓▓▓

**Name of Parent/Guardian:** ▓▓▓

**Address:** ▓▓▓

**Phone #:** ▓▓▓

The following child(ren) will be educated at home during the ~~2019/2020~~ *February 2019/2020* school year in accordance with Section 100.10 of the Regulations of the Commissioner of Education:

| Name | Grade |
|------|-------|
| ▓▓▓ | 9 |
|  |  |
|  |  |
|  |  |

**Signature of Parent/Guardian:** ▓▓▓

**Date:** 1-30-2020

<u>Please return this form, at your earliest convenience, to:</u>
Kevin Scanlon, Assistant Superintendent for Educational Services
Three Village Central School District
100 Suffolk Avenue
Stony Brook, NY 11790