# EXHIBIT T



**THREE VILLAGE**
**CENTRAL SCHOOL DISTRICT**

*The mission of the Three Village Central School District, in concert with its families and community, is to provide an educational environment which will enable each student to achieve a high level of academic proficiency and to become a well-rounded individual who is an involved, responsible citizen.*

**Kevin Scanlon**
**Assistant Superintendent for**
**Educational Services**

February 14, 2020

To the Parent/Guardian of:

Dear Parent/Guardian:

We are in receipt of your letter of intent to home school ▮ for the 2019-2020 school year. **Enclosed please find a copy of the Individual Home Instruction Plan (IHIP) to be completed and returned to this office within four weeks of the above date.** Along with the content to be addressed in each subject area, the IHIP must include the textbooks and materials that will be used. Please feel free to make copies of the IHIP sheets as needed. Also, enclosed please find a copy of C.R. 100.10 and other materials relative to home schooling.

Upon submission of the IHIP, you will be notified if it has been accepted as submitted or if modifications are needed. Please be sure to send in your reports as close to the end of the quarter as possible.

We look forward to working with you during the upcoming school year. If you should have any questions, please call the Office of Educational Services at (631) 730-4060.

Sincerely,



Kevin Scanlon
Assistant Superintendent
Educational Services

KS/vh
North Country Administrative Center ■ 100 Suffolk Avenue ■ Stony Brook, New York 11790-1821
Telephone: 631-730-4060 ■ Fax: 631-730-4064 ■ e-mail: kscanlon@3villagecsd.org

Cheryl Pedisich, Superintendent of Schools
Jeffrey Carlson, Deputy Superintendent, Assistant Superintendents: Kevin Scanlon, Educational Services,
■ Dr. Gary Dabrusky, Human Resources