# EXHIBIT U

 **Department of Health**

| ANDREW M. CUOMO | HOWARD A. ZUCKER, M.D., J.D. | SALLY DRESLIN, M.S., R.N. |
| --- | --- | --- |
| Governor | Commissioner | Executive Deputy Commissioner |

March 2, 2020

Dawn Mason, Executive Director of PPS
Three Village Central School District
100 Suffolk Avenue
Stony Brook, NY 11790

Re: Medical Exemption Request

Dear Ms. Mason:

The New York State Department of Health (NYSDOH) has reviewed the documentation submitted by Dr. Caroline Hartridge with regard to the medical exemption request for the student with the date of birth of ▮ 2005.

The CDC's Advisory Committee on Immunization Practices (ACIP) recognizes acute moderate to severe illness with or without fever as a _temporary_ precaution to administration of all vaccines. The decision to administer or delay vaccination because of a current or recent acute illness depends on the severity of symptoms and etiology of the condition. The ACIP recommends that after they are screened for contraindications, persons with moderate or severe acute illness should be vaccinated as soon as the acute illness has improved.

The student's medical status and eligibility for meningococcal vaccine school be re-assessed in 1 month.

Please be aware that if there is an outbreak of meningococcal disease in the school that the student attends, and if he/she has not been vaccinated, then he/she may be excluded from school until the danger of disease transmission has passed. In addition, please note that the student's parent/guardian must submit a completed medical exemption statement annually.

For more information on contraindication and precautions to vaccination please see the ACIP _General Best Practice Guidelines for Immunization: Contraindications and Precautions_ online at https://www.cdc.gov/vaccines/hcp/acip-recs/general-recs/contraindications.html.

Lastly, it should be noted that in making a determination on a medical exemption request, the school should seek the appropriate medical consultation (e.g., the school's medical director). The school may also request, as it has here, a recommendation from the NYSDOH. However, after the appropriate consultation has occurred, "the principal or person in charge of a school" is responsible for making the final determination.

Sincerely,

Elizabeth Rausch-Phung, M.D., M.P.H
Director, Bureau of Immunization