# EXHIBIT V

## Mason, Dawn

**From:** Mason, Dawn
**Sent:** Wednesday, March 4, 2020 12:43 PM
**To:**
**Subject:** FW: 3 Villages_Gelinas JHS second ME response letter 3-2-20
**Attachments:** 3 Villages_Gelinas JHS ME response 3-2-20.pdf

Dear Mrs.
Attached please find the response I received from the Department of Health.
Sincerely,

Dawn Mason


-----Original Message-----
From: doh.sm.OSAS <osas@health.ny.gov>
Sent: Monday, March 2, 2020 1:10 PM
To: Mason, Dawn <dmason@3villagecsd.k12.ny.us>
Subject: 3 Villages_Gelinas JHS second ME response letter 3-2-20


School Assessment Unit
Bureau of Immunization
518-474-1944
518-474-5500 (fax)

1