# EXHIBIT W



# NOTICE OF INTENT TO HOME SCHOOL FOR THE
## 2020 - 2021 SCHOOL YEAR

**Name of Parent/Guardian:**

███████████

**Home Address:** ███████████

███████████████

**Email Address:** ███████████

**Phone #:** ███████████

The following child(ren) will be educated at home during the 2020/2021 school year in accordance with Section 100.10 of the Regulations of the Commissioner of Education:

| Name | Grade |
|---|---|
| ███████████ | 10 |
|  |  |
|  |  |
|  |  |

**Signature of Parent/Guardian:** ███████████

**Date:** 7/6/20

**Please return this form, at your earliest convenience, to:**
Kevin Scanlon, Assistant Superintendent for Educational Services
Three Village Central School District
100 Suffolk Avenue
Stony Brook, NY 11790