# EXHIBIT Y



THREE VILLAGE CENTRAL SCHOOL DISTRICT
SETAUKET, NEW YORK 11733

NORTH COUNTRY ADMINISTRATION CENTER
REGISTRAR'S OFFICE
100 SUFFOLK AVENUE
STONY BROOK, NY 11790-1821

## *NOTICE OF STUDENT WITHDRAWAL*

**This is to inform you that I am officially withdrawing my child/children from school effective** 8/27/2020 .

(Date)

| Student's Name | Student # | DOB | Grade | School |
|---|---|---|---|---|
| ███████ | ██████ | ██/05 | 10 | Ward Melville High School |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Address (while in district): ████████████████

Telephone #: ██████████

New Address: _____

_____

_____

New Telephone #: _____

New School Name: The Stony Brook School

New School Address: 1 Chapman Parkway
Stony Brook, NY 11790
_____

Reason for Withdrawal: required alternative live academic program
due to exclusion from district in 1/2020

| 8/26/20 | ███████ | ███████ |
|---|---|---|
| DATE | Parent/Guardian Print Name | Parent/Guardian Signature |

Revised 4/25/2016