# EXHIBIT A



Kathleen Barnosky
<kbarnosky@stanthonyshs.org>

████████ **Medical Exemption to Immunization**
1 message

**Kathleen Barnosky** <kbarnosky@stanthonyshs.org>         Fri, Sep 6, 2019 at 12:46 PM
To: ████████████████, ████████████████

I am contacting you to remind you that we must receive the 2019-20 request for medical exemption ASAP.  2 forms are needed for ████ - one for Tdap & one for Meningitis Vaccine.  NYState no longer accepts a request for more than one vaccine/form.  NY State mandates that forms must be provided to the nurses within 14 calendar days of the students 1st day of school.  Students who do not provide the documentation in that time frame will be excluded from school.  You will receive a formal exclusion letter before that happens. ████'s 1st day of school was 9/5/19 - documentation must be received by 9/19/19 - Friday 9/20/19 will be the 1st day of exclusion if documentation is not received.
Thank you
Kathleen Barnosky, RN

9/13  2nd medical ex you rec'd Gafke wrote you all vaccines despite this email