# EXHIBIT C

| | |
|---|---|
| **From:** | Poprilo, April <apoprilo@shufsd.org> |
| **Sent:** | Friday, August 28, 2020 2:13 PM |
| **To:** | Adam Kleinberg; Chelsea Weisbord |
| **Subject:** | Fwd: Between, ▮▮▮▮ |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**April E. Poprilo**
*Assistant Superintendent for Student Services*
South Huntington UFSD
James Kaden Administrative Offices (JKAO)
60 Weston Street
Huntington Station, NY 11746
631-812-3150



Confidentiality Notice
This email including all attachments is confidential and intended solely for the use of the individual to which it is addressed. This communication may contain information that is protected from disclosure under State and/or Federal law. Please notify the sender immediately if you have received this communication in error and delete this email from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

---------- Forwarded message ----------
From: **Jack Geffken** <schoolconcussion@gmail.com>
Date: Fri, Aug 28, 2020 at 2:11 PM
Subject: Fwd: Between, ▮▮▮▮
To: April Poprilo <apoprilo@shufsd.org>


Begin forwarded message:

**From:** Kathleen Barnosky <kbarnosky@stanthonyshs.org>
**Subject: Fwd: Between,** ▮▮▮▮
**Date:** September 13, 2019 at 1:19:39 PM EDT

1

**To:** Jack Geffken <schoolconcussion@gmail.com>, Sally Cappy <scappy@stanthonyshs.org>, Ann DeMarco <ademarco@stanthonyshs.org>, Jane Samuels <jsamuels@shufsd.org>

Please see attached Medical exemption request to "ALL Vaccines".for ███████████. The parents have been repeatedly told that the state mandates a separate form for each vaccine exemption request. ███ is lacking Tdap & Meningococcal A

---------- Forwarded message ---------
From: **Kathleen Barnosky** <kbarnosky@stanthonyshs.org>
Date: Fri, Sep 13, 2019 at 1:06 PM
Subject: Between, ███████
To: <kbarnosky@stanthonyshs.org>

Sent from my iPhone