# EXHIBIT D

| | |
|---|---|
| **From:** | Laura Mc Lean <lmclean@shufsd.org> |
| **Sent:** | Thursday, August 20, 2020 2:14 PM |
| **To:** | Adam Kleinberg |
| **Subject:** | EMAIL COMMUNICATIONS |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆



*Laura McLean*

*Administrative Aide/Board Secretary/District Clerk*
*South Huntington Union Free School District*
*60 Weston Street*
*Huntington Station, NY  11746*
*Phone:  631-812-3071*
*Fax:  631-812-3075*

**From:** Poprilo, April [mailto:apoprilo@shufsd.org]
**Sent:** Wednesday, August 19, 2020 3:22 PM
**To:** Laura Mc Lean
**Subject:** Fwd: ▆▆▆▆▆▆▆▆

FYI

**April E. Poprilo**
*Assistant Superintendent for Student Services*
South Huntington UFSD
James Kaden Administrative Offices (JKAO)
60 Weston Street
Huntington Station, NY 11746
631-812-3150

1



Confidentiality Notice
This email including all attachments is confidential and intended solely for the use of the individual to which it is addressed. This communication may contain information that is protected from disclosure under State and/or Federal law. Please notify the sender immediately if you have received this communication in error and delete this email from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.


---------- Forwarded message ---------
From: **Jack Geffken** <medicus101@aol.com>
Date: Tue, Sep 17, 2019 at 1:59 PM
Subject: Re:
To: Kathleen Barnosky <kbarnosky@stanthonyshs.org>
Cc: Sally Cappy <scappy@stanthonyshs.org>, Jane Samuels <jsamuels@shufsd.org>, April Poprilo <apoprilo@shufsd.org>


I did not create the state law. There are CDC guidelines for medical exemptions. The form that they submitted was invalidated by their physician. They have a choice to either withdraw the student until they obtain a medical exemption or perform the vaccines.

Sent from my iPhone

On Sep 17, 2019, at 12:32 PM, Kathleen Barnosky <kbarnosky@stanthonyshs.org> wrote:


> ---------- Forwarded message ---------
> From:
> Date: Tue, Sep 17, 2019 at 12:16 PM
> Subject: Re:
> To: Kathleen Barnosky <kbarnosky@stanthonyshs.org>
> Cc:
>
>
> Good morning.
>
> We respectfully request that the school doctor not reduce St. Anthony's student, ▓, to "a bottom line."
>
> That some of his treatments include steroids does not negate his status as a medically complex, and medically vulnerable child, prone to the devastating neurological symptoms of encephalopathy, including when triggered by the pathogens and neurotoxins contained in vaccines or other means. His body triggers an encephalopathy response, the likes of which would break your hearts, and which some cease to snap back from.

2

That he may have a gap or glitch in provider due to doctors now being terrified out of issuing gravely needed medical exemptions, combined with quirky office staff issues of Dr. Trifiletti, does not render ▮ safe for injection. He has everything to lose either way.

I am in communication with Dr. Trifiletti, and as backup, scrambling to find alternative care in case this situation with his office cannot be resolved.

We respectfully ask for your mercy, patience and understanding amidst these bizarre and unprecedented times.

 Notably, the medical exemption law was changed two weeks before school started, virtually in the dark of night, entirely outside the legislative process. This occurred in a manner and with communications terrifying our treating doctors,  most of whom are now no longer issuing medical exemptions against their own learned medical advice.  Some are terminating their medically compromised child patients to avoid the ethical medical quandry. The victim children are left in the cold.

In Jesus' name, we ask your partnership and patience as we try to reach a resolution.  This is ▮. He knows his terrible plight... and he matters, too.

Respectfully,

▮

On Tue, Sep 17, 2019, 10:14 AM Kathleen Barnosky <kbarnosky@stanthonyshs.org> wrote:
> Please see our Chief Medical Officer, J. Gefken, DO answer to your request.  He is requesting that another medical exemption request be submitted from a physician who is currently treating ▮   It is a NY State Mandate that medical exemption requests be submitted annually.
>
> ---------- Forwarded message ---------
> From: **Jack Geffken** <schoolconcussion@gmail.com>
> Date: Mon, Sep 16, 2019 at 11:03 PM
> Subject: Re: ▮
> To: Kathleen Barnosky <kbarnosky@stanthonyshs.org>
> Cc: Sally Cappy <scappy@stanthonyshs.org>, April Poprilo <apoprilo@shufsd.org>
>
>
> It is my understanding that the vaccine exemption for is supposed to be submitted annually.  Bottom line is that he not under treatment from that Physician,  At best the Steroids would delay a vaccine by a few weeks.  A new form needs to be submitted for consideration.
>
> https://www.cdc.gov/vaccines/hcp/acip-recs/general-recs/contraindications.html
>
>
>> On Sep 16, 2019, at 2:01 PM, Kathleen Barnosky <kbarnosky@stanthonyshs.org> wrote:

3

-------
From: ████████████████████████
Date:
Subject: Re: ███████████████
To: Kathleen Barnosky <kbarnosky@stanthonyshs.org>
Cc: ████████████████████████

Good morning.

████████████ was physically seen, treated and evaluated by Dr. Rosario Trifiletti on March 29, 2019. He had extensive lab work in April 2019, that was analyzed by Dr. Trifiletti, and antivirals and a steroid burst was prescribed at that time.

You have on file a medical exemption signed June 2018 that reflects exemption for 2 years, ending in June 2020.

Because you asked for a new one even though that was still technically reflecting being in effect, I requested one. So you have that prior one on file.

The more recent one obtained per school's request is signed August 2019 was signed Dr. Trifiletti, as I told him school requested another one.

Dr. Trifiletti had referred ████ to another pediatric neurologist subsequent to ████'s last treatment with Dr. Trifiletti. I advised Dr. Trifiletti we explored that doctor and that we could not afford the roughly $5,000 out of pocket in testing he wanted to do, and questioned whether that was the right path for ████. I also advised at this time of the need for the new medical exemption (even though the last didnt expire until 2020 per his medical directive). It was shortly after this communication he issued the August 2019 medical exemption.

While his nonmedical staffer, Mary Zandonella may have not wanted him to issue the medical exemption, as per their changed office policies arising out of the Srate's scaring doctors out of medical exemptions, the fact remains he did.

Dr. Trifiletti has been seeing ████ since he was 7 years old, and gave us our child back. We love Dr. Trifiletti. However, his nonmedical staffer, Mary Zandonella, is the office manager. She does not care for me personally, and that has created some issues. That combined with the recent changes in the Health Dept regs as regards exemptions and the threats doctors are getting from State officials and elsewhere has caused this bizarre latest turn of events.

We ask that you honor the medical exemptions signed June 2018 (2 year exemption) and August 2019 (2 year exemption). Our son is at risk of further grave neuro and immuno harm should he be vaccinated at this time.

I will endeavor to resolve the bizarre communication apparently from nonmedical staffer, Mary Zandonella. You refer to the doctor as "she" and Dr. Trifiletti is a man, so it doesnt sound like you spoke to Dr. Trifiletti.

4

> We would love for ▇ to continue seeing Dr. Trifiletti, who we hold in high esteem in spite of the nonmedical staffer issue. If that is not possible, we will seek to align ▇ with a new specialist, which could take a few months as doctors who treat ▇'s conditions are few and wait lists are long.
>
> Lastly, please note  has two pages of vaccines already received and is almost fully vaccinated. Notably, he has received two MMR doses, which I mention in light of recent media measles scares.
>
> For all of the above reasons, we respectfully request all due consideration and patience as we work to resolve any outstanding issues.
>
> Than you.
>
> ▇
>
> On Mon, Sep 16, 2019, 12:20 PM Kathleen Barnosky <<kbarnosky@stanthonyshs.org>> wrote:
>> Our Chief Medical Officer, J Gefken, DO has been in contact with your son's doctor, R Trifiletti, MD. Doctor Trifiletti told Dr Gefken that ▇ is no longer a patient of hers & that the form you submitted requesting medical exemption to Tdap & Meningitis vaccines was signed in error. Dr Gefken is denying the medical exemption request.
>
> Dr. Jack Geffken, School Physician

<20190913_081422.jpg>