# EXHIBIT E



**Dr. Jack Geffken, F.A.C.P.**
*Consulting to Schools and Emergency Medical Services*
530 Hicksville Rd
Bethpage, NY 11714



April Poprilo, Assistant Superintendent for Student Services
South Huntington UFSD
60 Weston St
Huntington Station, NY 11746

September 21, 2019

Dear Ms. Poprillo,

<u>Immunization Review for Student ████████</u>

I was asked to review immunization exemption form.  It was filled out by Dr. Trifeletti on 8/27/19.   It stated he had an autoimmune encephalopathy from a thyroid issue and was receiving sporadic steroids.  I phoned Dr. Triffeletti on 9/13/19 and I was informed that ████████ is no longer his care and he retracts the form he signed.  I notified the nurse last week and requested an update exemption form be submitted with appropriate documentation. Steroids can be a short term reason to delay an immunization, Usually the only reason to avoid other vaccines would be in the case of unstable seizures.  I cannot recommend approval off this Exemption.

Sincerely,

Dr. Jack Geffken, School Physician