# EXHIBIT F



November 20, 2019

**BY HAND DELIVERY**
Brother David, Principal
St. Anthony's Highschool
275 Wolf Hill Road
South Huntington, NY 11747

                Re: ███████████, Sophmore
                **Medical Exemption Re-Submission**

Dear Brother David:

    Enclosed are two medical exemption forms issued by ███████████ 's current treating specialist, Dr. Bouboulis, related to his medical conditions. Dr. Bouboulis is a medical doctor licensed in the State of New York, as reflected on the forms. There are two forms because the school's nurse said there has to be a form for each vaccine at issue. We have also signed the medical consent for further info at the bottom of the forms provided by this doctor's office.

    We respectfully request that ██████ be restored to his place in St. Anthony's School. Kindly advise.

    Thank you.

Most respectfully yours,



P.S. Please also note ██████████ is nearly fully vaccinated, including for Measles (MMR vaccine), as reflected on the attached vaccine print-out from the pediatrician (already on file with school nur.