# EXHIBIT G


**SOUTH HUNTINGTON**
**SCHOOL DISTRICT**

**Poprilo, April <apoprilo@shufsd.org>**

---

### Re: ▇

1 message

▇                                                                                                    Tue, Dec 10, 2019 at 1:55 PM
To: Kathleen Barnosky <kbarnosky@stanthonyshs.org>, ▇                            Brother David Migliorino
<brdavid@stanthonyshs.org>, Sally Cappy <scappy@stanthonyshs.org>, Jane Samuels <jsamuels@shufsd.org>, April Poprilo
<apoprilo@shufsd.org>

All,
Here is the signed consent form that you, the St.Anthony's nurses requested, on behalf of Dr. Gefken.

▇

Sent from my Sprint Samsung Galaxy S9.

-------- Original message --------
From: Kathleen Barnosky <kbarnosky@stanthonyshs.org>
Date: 12/10/19 10:20 AM (GMT-05:00)
To: ▇                                  , ▇                                    , Brother David Migliorino <brdavid@stanthonyshs.org>,
Sally Cappy <scappy@stanthonyshs.org>, Jane Samuels <jsamuels@shufsd.org>, April Poprilo <apoprilo@shufsd.org>
Subject: ▇

Dr Gefken responded to your exemption request: "the exemption request does not fall within the parameters set forth by New York
State. I need the parents to execute a release so I can speak with the physician further"
Please complete the attached release & return to us ASAP.
Thank you
The St Anthony's Nurses