# EXHIBIT H



**SOUTH HUNTINGTON SCHOOL DISTRICT**

Poprilo, April <apoprilo@shufsd.org>

---

**Re:** ▮▮▮▮▮▮▮▮ - w/attachment
1 message

**Kathleen Barnosky** <kbarnosky@stanthonyshs.org>   Fri, Dec 13, 2019 at 12:05 PM
To: ▮▮▮▮▮▮▮▮, Jane Samuels <jsamuels@shufsd.org>, Ann DeMarco <ademarco@stanthonyshs.org>
Cc: Sally Cappy <scappy@stanthonyshs.org>, ▮▮▮▮▮▮▮▮, Brother David Migliorino <brdavid@stanthonyshs.org>, April Poprilo <apoprilo@shufsd.org>

I have just spoken with our Chief Medical Officer Dr Gefken. As I had stated to you in an email dated 12/10 Dr Gefken stated that the medical exemption request does not fall within the parameters set forth by New York State. This has not changed. However, on 12/11/19 Dr Gefken called ▮▮▮'s Doctor, D. Bouboulis, MD, and left a message. He has not responded to Dr Gefken's voicemail.
I encourage you to reach out to ▮▮▮'s doctor immediately & have him respond to Dr Gefken. If he does not respond, the medical exemption is clearly denied.
Thank you
The Nurse's Ofice

On Fri, Dec 13, 2019 at 10:49 AM ▮▮▮▮▮▮▮▮ wrote:
> Good morning Brother David and St. Anthony's Nurses.
>
> ▮▮▮ continues to suffer terrbily since being excluded from school in September. What is the status of his most recently resubmitted medical exemptions?
>
> Here is a picture of ▮▮▮ on the first day of school, proudly in uniform and full of promise. And here is one few weeks later --whe, he was expecting to be kicked out at any moment due to loss of his medical exemption. Please... he is not a number, not a form, not a statistic, not a file. He is a real boy, now a lost boy, with a soul and a broken heart, stripped of life as he knows it. Please pray for him. He is decompensating.
>
> Kindly advise. Thank you.
>
> Most respectfully yours,
>
> ▮▮▮▮▮▮▮▮
>
>
> On Tue, Dec 10, 2019, 2:17 PM Sally Cappy <scappy@stanthonyshs.org> wrote:
>> Got it, thanks! Sally Cappy, RN
>>
>> On Tue, Dec 10, 2019 at 2:07 PM ▮▮▮▮▮▮▮▮ wrote:
>>> The signed form should be attached now.
>>>
>>>
>>> Sent from my Sprint Samsung Galaxy S9.
>>>
>>> -------- Original message --------
>>> From: ▮▮▮▮▮▮▮▮
>>> Date: 12/10/19 1:55 PM (GMT-05:00)
>>> To: Kathleen Barnosky <kbarnosky@stanthonyshs.org>, ▮▮▮▮▮▮▮▮, Brother David Migliorino <brdavid@stanthonyshs.org>, Sally Cappy <scappy@stanthonyshs.org>, Jane Samuels <jsamuels@shufsd.org>, April Poprilo <apoprilo@shufsd.org>
>>> Subject: Re: ▮▮▮▮▮▮▮▮
>>>
>>> All,
>>> Here is the signed consent form that you, the St.Anthony's nurses requested, on behalf of Dr. Gefken.
>>>
>>> ▮▮▮▮▮▮▮▮
>>>
>>> Sent from my Sprint Samsung Galaxy S9.