# EXHIBIT I




Dr. Jack Geffken, F.A.C.P.
*Consulting to Schools and Emergency Medical Services*
530 Hicksville Rd
Bethpage, NY 11714

April Poprilo, Assistant Superintendent for Student Services
South Huntington UFSD
60 Weston St
Huntington Station, NY 11746

December 21, 2019

Dear Ms. Poprillo,

### Immunization Review #2 for Student ▮▮▮▮

I was asked to review an immunization exemption form for Tdap and meningitis for the above named student. It was signed by Dr. Bouboulis on 11/14/19. The form stated ▮▮▮▮ has an autoimmune encephalopathy (from a thyroid issue as per a prior note) and he had a reaction to H1N1 in the past. I phoned Dr. Bouboulis on 12/11/19 and left a detailed voice mail. I phoned him again on 12/16 and spoke with his office staff. I explained that the exemption request was not clear to me as the request did not match the prior reaction and his immune system issues where not clarified. I explained that if I did not hear back from the doctor I could not recommend approving the request, He never returned my calls. Usually immune deficient people should abstain from live vaccines, neither one is a live vaccine. Tdap is contraindicated in unstable seizures; this does not seem to be the case here.

I cannot recommend approval off this Exemption.

Sincerely,

*Jack Geffken D.O.*

Dr. Jack Geffken, School Physician