# EXHIBIT J

 

Dr. Jack Geffken, F.A.C.P.
*Consulting to Schools and Emergency Medical Services*
530 Hicksville Rd
Bethpage, NY 11714

April Poprilo, Assistant Superintendent for Student Services
South Huntington UFSD
60 Weston St
Huntington Station, NY 11746

January 6, 2020

Dear Ms. Poprilo,

<u>Immunization Review # 3 for Student ▮▮▮▮▮</u>

Dr. Bouboulis returned my calls today. We reviewed this case and discussed the prior reaction to H1N1. ▮▮▮▮ has had other immunizations. Dr. Bouboulis could not argue against vaccinating ▮▮▮▮ with Tdap or Menactra.

 I cannot recommend approval off this Exemption.

Sincerely,

*[signature]*

Dr. Jack Geffken, School Physician