**EXHIBIT C**



**HONEYWELL
LAW FIRM** PLLC

187 WOLF ROAD, SUITE 202
ALBANY, NEW YORK 12205
P. 518.512.4580 | F. 518.512.4597
WWW.HONEYWELLLAWFIRM.COM

*Michael W. Gadomski
Associate*

*MWG@honeywelllawfirm.com*

October 2, 2019

*Via Regular & Electronic Mail*
Jessica Wallace, Esq.
Siri & Glimstad LLP
200 Park Avenue
Seventeenth Floor
New York, N.Y. 10166

Re: ███████, ███████, and ███████

Dear Ms. Wallace:

My law office is counsel for the City School District of Albany and I write in response to your letter dated October 1, 2019, regarding the above-referenced students.

You request that ███████ be permitted to remain in school while █ undergoes a consultation with a gastroenterology specialist to determine if Hirschsprung's Disease constitutes a precaution or contraindication for a medical exemption request. In order to remain in school, ███ must produce either: (1) a certificate of immunization; (2) documentation that the child is in process of receiving immunizations; or (3) a medication exemption form signed by █ treating physician. 10 NYCRR 66-1.3 ███ does not have a certificate of immunization. The District cannot treat ███ as in process because █ has not received first doses in each required immunization series. The previously submitted medical exemption request was denied because MTHFR gene mutation does not constitute a precaution or contraindication to administering vaccines. Therefore, ███ is prohibited from attending school until █ meets one of the aforementioned criteria.

The District cannot accept the delay in the Adacel vaccine for ███████ on the basis of Dr. Kari Bovenzi's letter dated September 23, 2019. The implementing regulations of N.Y. Public Health Law § 2164 no longer permit a signed letter by a physician. Only a signed medical exemption request form may be submitted for a medical exemption to delay immunization catch-up schedules. 10 NYCRR 66-1.3(c). Furthermore, a family history of adverse reactions to the Adacel vaccine is a condition incorrectly perceived as a precaution or contraindication (i.e., vaccines may be given under these conditions). Please see the following CDC guidelines: https://www.cdc.gov/vaccines/hcp/acip-recs/general-recs/contraindications.html

The District will permit ███████ to delay receipt of the Varicella vaccine until 28 days after receipt of the MMR vaccine. 10 NYCRR 66-1.1(j)(1). ███ has until October 22 to receive the Varicella vaccine (14 days after the minimum interval period ends). 10 NYCRR 66-1.1(j)(4). In the meantime, ███ must receive follow-up doses of the Hepatitis B, DTP/DTaP, and IPV vaccines to be considered "in process" of receiving immunizations.

Please do not hesitate to contact my office if you have any questions.

Very truly yours,

HONEYWELL LAW FIRM, PLLC

By: Michael W. Gadomski, Esq.

CC:   Lori A. McKenna
      Assistant Superintendent
      City School District of Albany
      1 Academy Park
      Albany, N.Y. 12207