# EXHIBIT D

**City School District of ALBANY**

**OFFICE OF THE SUPERINTENDENT**
1 Academy Park • Albany, New York 12207
(518) 475-6010 • Fax: (518) 475-6014

**BOARD of EDUCATION**
Anne Savage, *President* • Vickie Smith, *Vice President* • Tabetha Wilson, *Secretary*
Sridar Chittur, Ph.D. • Hassan I. Elminyawi • Ellen Krejci • Damarise Mann

*Lori McKenna, Assistant Superintendent for Secondary Instruction*

January 3, 2020

███████ and ███████
███████
███████

Re: Medical Exemption Request to Immunizations
Student ███████

Dear ███████ & ███████:

I write to render a final determination regarding your request for your child, ███████, to be medically exempt from immunization requirements. N.Y. Public Health Law § 2164.

We received the medical exemption request on December 5, 2019. The request form listed "inherent genetic risk" as the health condition that allegedly precluded ███████ receipt of vaccines. On December 16, the District requested you provide additional information in the form of genetic testing lab results to support your claim that ███████ genetic makeup was a contraindication for administering immunizations. Your attorney provided these lab results on December 18.

The District's medical director reviewed the genetic testing records, consulted with staff at the Centers for Disease Control and Prevention regarding single nucleotide polymorphisms ("SNPs") as a possible contraindication to administering vaccinations, and reviewed current medical literature. Based on the process of review, the District's medical director in consultation with CDCP concluded that ███████ genetic makeup does not constitute a medical contraindication or precaution to a specific immunization consistent with any nationally recognized evidence-based standard of care. 10 NYCRR 66-1.1(l).

Accordingly, we regret to inform you that the District is denying your request for ███████ to be medically exempt from immunization requirements for school attendance. You may appeal this decision to the Commissioner of Education pursuant to N.Y. Education Law § 310 and N.Y. Public Health Law § 2164(7)(b).

Sincerely,

*Lori S. McKenna*

Lori McKenna
Assistant Superintendent for Secondary Instruction

Cc: Kaweeda G. Adams, Superintendent
    Michael W. Gadomski, School District Attorney
    Dr. Laura Staff, School District Physician
    Michael Paolino, Principal

---

**VISION STATEMENT**
*The City School District of Albany will be a district of excellence with caring
relationships and engaging learning experiences that provide equitable opportunities for all students to reach their potential.*

**MISSION STATEMENT**
*We will work in partnership with our diverse community to engage every
learner in a robust educational program designed to provide the knowledge and skills necessary for success.*