UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
JANE DOE on behalf of herself and her minor child; JANE BOE, Sr. on behalf of herself and her minor child; JOHN COE, Sr. and JANE COE, Sr. on behalf of themselves and their minor children; JOHN FOE, Sr. on behalf of himself and his minor child; JANE GOE, Sr. on behalf of herself and her minor child; JANE LOE on behalf of herself an her medically fragile child; JANE JOE on behalf of herself and her medically fragile child; CHILDRENS HEALTH DEFENSE, and all others similarly situated,

     Plaintiffs,
 -against-

HOWARD ZUCKER, in his official capacity as Commissioner of Health for the State of New York; ELIZABETH RAUSCH-PlilNG, M.D., in her official capacity as Director of the Bureau of Immunizations at the New York State Department of Health; the NEW YORK STATE DEPARTMENT OF HEALTH; THREE VILLAGE CENTRAL SCHOOL DISTRICT; CHERYL PEDISICH, acting in her official capacity as Superintendent, Three Village Central School District; CORINNE KEANE, acting in her official capacity as Principal, Paul J. Gelinas Jr. High School, Three Village Central School District; LANSING CENTRAL SCHOOL DISTRICT; CHRIS PETTOGRASSO, acting in her official capacity as Superintendent, Lansing Central School District; CHRISTINE REBERA, acting in her official capacity as Principal, Lansing Middle School, Lansing Central School District; LORRI WHITEMAN, acting in her official capacity as Principal, Lansing Elementary School, Lansing Central School District; PENFIELD CENTRAL SCHOOL DISTRICT; DR. THOMAS PUTNAM, acting in his official capacity as Superintendent, Penfield Central School

Civil Action No.:
1:20-cv-0840 (BKS/CFH)

**STIPULATION**

District; SOUTH HUNTINGTON SCHOOL DISTRICT; DR. DAVID P. BENNARDO, acting in his official capacity as Superintendent, South Huntington School District; BR. DAVID MIGLIORINO, acting in his official capacity as Principal, St. Anthony's High School, South Huntington School District; ITHACA CITY SCHOOL DISTRICT; DR. LUVELLE BROWN, acting in his official capacity as Superintendent, Ithaca City, School District; SUSAN ESCHBACH, acting in her official capacity as Principal, Beverly J. Martin Elementary School, Ithaca City School District; SHENENDEHOWA CENTRAL SCHOOL DISTRICT; DR. L. OLIVER ROBINSON, acting in his official capacity as Superintendent Shenendehowa Central School District; SEAN GNAT, acting in his official capacity as Principal, Koda Middle School, Shenendehowa Central School District; ANDREW HILLS, acting in his official capacity as Principal, Arongen Elementary School, Shenendehowa Central School District; COXSACKIE-ATHENS SCHOOL DISTRICT; RANDALL SQUIER, Superintendent, acting in his official capacity as Superintendent, Coxsackie-Athens School District; FREYA MERCER, acting in her official capacity as Principal, Coxsackie-Athens High School, Coxsackie-Athens School District; ALBANY CITY SCHOOL DISTRICT;

KAWEEDA G. ADAMS, acting in her official capacity as Superintendent, Albany City School District; MICHAEL PAOLINO, acting in his official capacity as Principal, William S. Hackett Middle School, Albany City School District; and all others similarly situated

                      Defendants.
-------------------------------------------------------------- x

IT IS HEREBY STIPULATED BY AND BETWEEN the attorneys for the respective parties, as follows:

IT IS STIPULATED AND AGREED that defendant, **BR. DAVID MIGLIORINO, acting in his official capacity as Principal, St. Anthony's High School's** time to file opposition to the plaintiffs' is herby extended to September 14, 2020, and plaintiffs; time to file their reply is herby extended to September 19, 2020 on consent of all parties.

Date: Great River, New York
September 4, 2020

_____
MICHAEL H. SUSSMAN, ESQ.
SUSSMAN & ASSOCIATES
Attorneys for Plaintiffs
1 Railroad Avenue
Suite 3
Goshen, New York 10924
(845) 294-3991

_____
CHARLES J. ADAMS, ESQ.
PATRICK F. ADAMS, P.C.
Attorneys for Defendant
BR. DAVID MIGLIORINO, acting in his official
capacity as Principal, St. Anthony's High School
3500 Sunrise Highway; Building 300
Great River, New York 11739
(631) 666-6200

CJA:kp
[S090420OTSC]

IT IS SO ORDERED:

_____
Brenda K. Sannes
U.S. District Judge

Dated: 9/8/2020
Syracuse, NY