UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
JANE DOE on behalf of herself and her minor
child; JANE BOE, Sr. on behalf of herself and her
minor child; JOHN COE, Sr. and JANE COE, Sr.
on behalf of themselves and their minor children;
JOHN FOE, Sr. on behalf of himself and his minor
child; JANE GOE, Sr. on behalf of herself and her
minor child; JANE LOE on behalf of herself an
her medically fragile child; JANE JOE on behalf of
herself and her medically fragile child; CHILDRENS
HEALTH DEFENSE, and all others similarly situated,

                     Plaintiffs,

-against-

HOWARD ZUCKER, in his official capacity
as Commissioner of Health for the State of
New York; ELIZABETH RAUSCH-
PHUNG, M.D., in her official capacity as
Director of the Bureau of Immunizations at
the New York State Department of Health; the
NEW YORK STATE DEPARTMENT OF
HEALTH; THREE VILLAGE CENTRAL
SCHOOL DISTRICT; CHERYL
PEDISICH, acting in her official capacity as
Superintendent, Three Village Central School
District; CORINNE KEANE, acting in her
official capacity as Principal, Paul J. Gelinas
Jr. High School, Three Village Central School
District; LANSING CENTRAL SCHOOL
DISTRICT; CHRIS PETTOGRASSO, acting
in her official capacity as Superintendent,
Lansing Central School District; CHRISTINE
REBERA, acting in her official capacity as
Principal, Lansing Middle School, Lansing
Central School District; LORRI
WHITEMAN, acting in her official capacity
as Principal, Lansing Elementary School,
Lansing Central School District; PENFIELD
CENTRAL SCHOOL DISTRICT; DR.
THOMAS PUTNAM, acting in his official
capacity as Superintendent, Penfield Central
School District; SOUTH HUNTINGTON

Civil Action No.:
1:20-cv-0840  (BKS/CFH)

**STIPULATION**

SCHOOL DISTRICT; DR. DAVID P. BENNARDO, acting in his official capacity as Superintendent, South Huntington School District; BR. DAVID MIGLIORINO, acting in his official capacity as Principal, St. Anthony's High School, South Huntington School District; ITHACA CITY SCHOOL DISTRICT; DR. LUVELLE BROWN, acting in his official capacity as Superintendent, Ithaca City, School District; SUSAN ESCHBACH, acting in her official capacity as Principal, Beverly J. Martin Elementary School, Ithaca City School District; SHENENDEHOWA CENTRAL SCHOOL DISTRICT; DR. L. OLIVER ROBINSON, acting in his official capacity as Superintendent Shenendehowa Central School District; SEAN GNAT, acting in his official capacity as Principal, Koda Middle School, Shenendehowa Central School District; ANDREW HILLS, acting in his official capacity as Principal, Arongen Elementary School, Shenendehowa Central School District; COXSACKIE-A THENS SCHOOL DISTRICT; RANDALL SQUIER, Superintendent, acting in his official capacity as Superintendent, Coxsackie-Athens School District; FREYA MERCER, acting in her official capacity as Principal, Coxsackie-Athens High School, Coxsackie-Athens School District; ALBANY CITY SCHOOL DISTRICT; KAWEEDA G. ADAMS, acting in her official capacity as Superintendent, Albany City School District; MICHAEL PAOLINO, acting in his official capacity as Principal, William S. Hackett Middle School, Albany City School District; and all others similarly situated,

                    Defendants.
---------------------------------------------------------------- x

**IT IS HEREBY STIPULATED BY AND BETWEEN** the attorneys for the respective parties, as follows:

IT IS STIPULATED AND AGREED that defendant, **BR. DAVID MIGLIORINO, acting in his official capacity as Principal, St. Anthony's High School's** time to file opposition to the plaintiffs' order to show cause is hereby extended up to and including September 28, 2020, and plaintiffs; time to file their reply is herby extended to October 5, 2020 on consent of all parties.

Date:   Great River, New York
        September 11, 2020

_____
MICHAEL H. SUSSMAN, ESQ.
SUSSMAN & ASSOCIATES
Attorneys for Plaintiffs
1 Railroad Avenue
Suite 3
Goshen, New York 10924
(845) 294-3991

_____
CHARLES J. ADAMS, ESQ.
PATRICK F. ADAMS, P.C.
Attorneys for Defendant
BR. DAVID MIGLIORINO, acting in his official
capacity as Principal, St. Anthony's High School
3500 Sunrise Highway; Building 300
Great River, New York 11739
(631) 666-6200

CJA:kp
[S090420OTSC]