# THE GIBSON LAW FIRM, PLLC

Sujata S. Gibson, Esq.
407 N. Cayuga Street, Suite 201
Ithaca, New York 14850

---

September 22, 2020

Writer Direct: 607-327-4125

Honorable Brenda K. Sannes
United States District Judge
United States District Court
Northern District of New York
100 S. Clinton Street
Syracuse, New York 13261

    Re:    *Doe et. al v. Zucker et. al*
              *Northern District of New York*
              20-CV-0840 (BKS/CFH)

Dear Judge Sannes:

    I saw Attorney Koster's letter (Dkt 73) shortly after I filed a memorandum of law in opposition to the Attorney General's motion to dismiss (Dkt 74 responding to Dkt 28). I mistakenly calendared this response as due today. I was not aware of the mistake until after I filed and saw this letter. I am terribly sorry for the mistake and will ensure it won't happen again.

    The plaintiffs' response was filed this evening. I humbly ask that you consider it in making your determination. Of course, there is no objection if the defendants need an additional week to file a response or adjourn the return date.

                                                 Respectfully Submitted,
                                                 */s Sujata S. Gibson*

                                                 Sujata S. Gibson
                                                 **The Gibson Law Firm, PLLC**
                                                 *Attorneys for the Plaintiff*
                                                 Bar Roll No. 517834
                                                 sujata@gibsonfirm.law