

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
Attorney General

STATE COUNSEL DIVISION
Litigation Bureau

Writer Direct: (518) 776-2620

September 22, 2020

Hon. Brenda K. Sannes
U.S. District Court Judge
U.S. District Court
Northern District of New York

Re:   *Doe, et al. v. Zucker, et al.,* No. 1:20-cv-0840 (BKS / CFH)

Dear Judge Sannes:

    As the Court is aware, early this morning, Plaintiffs' counsel asserted that she did not properly calendar the due date for the Plaintiffs' Opposition to the State Defendants' Motion to Dismiss. In sum, instead of filing Plaintiffs' Opposition papers on the proper date, Plaintiffs filed their papers on the date that the State Defendants' Reply was due.

    Since the Court's next available Return date is not until October 15, 2020, and since one of the attorneys working on this case is unavailable most of next week, the State Defendants respectfully ask that their Reply not be due until October 6, 2020.

    Thank you kindly for your consideration of this matter.

Respectfully yours,

*s/ Michael McCartin*

Michael G. McCartin
Assistant Attorney General
Bar Roll No. 511158

cc:   All Counsel of Record