UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JANE DOE, *et. al*,

        Plaintiffs,

        -against-

HOWARD ZUCKER, in his official capacity as Commissioner of Health for the State of New York, *et al.*,

        Defendants.

-------------------------------------------------------------------X

Case No.
1:20-cv-00840-BKS-CFH

## AFFIRMATION

JAMES G. RYAN, an attorney duly licensed to practice law in the State of New York, affirms the following to be true, under the penalties of perjury:

1.    I am an attorney-at-law and am a member of the firm of Cullen and Dykman LLP, attorneys for defendants, Coxsackie-Athens School District, Randall Squier, Freya Mercer, Shenendehowa Central School District, Dr. L. Oliver Robinson, Sean Gnat, Andrew Hills, Penfield Central School District, Dr. Thomas Putnam, Lansing Central School District, Chris Pettograsso, Christine Rebera, and Lorri Whiteman ("Defendants"), in the above-entitled action.

2.    I submit this affirmation in support of Defendants' Motion to Dismiss the Class Action Complaint dated June 22, 2020 ("Complaint" or "Compl."), which was filed in this action on July 23, 2020 as ECF 1.[1]

3.    Attached hereto as Exhibit "1" is a true and correct copy of the Affidavit of Daniel Driffill, Assistant Superintendent for Business of Penfield Central School District, sworn to

---

[1] "ECF" references are to the Docket Entries in this matter.

1

2

September 4, 2020, in opposition to Plaintiffs' Motion for a Preliminary Injunction, ECF 58, and the exhibit attached thereto ECF 58-1.

    4.    Attached hereto as Exhibit "2" is a true and correct copy of the Affidavit of Rebecca Carman, Director of Policy & Community Development and Records Officer of Shenendehowa Central School District, sworn to September 4, 2020, in opposition to Plaintiffs' Motion for a Preliminary Injunction, ECF 59. Affidavit of Rebecca Carman sworn to on September 4, 2020.

Dated: Garden City, New York
       September 24, 2020

                                  James G. Ryan
                                  Cullen and Dykman LLP
                                  *Attorneys for Defendants*
                                  100 Quentin Roosevelt Boulevard
                                  Garden City, New York 11530
                                  Phone: (516) 357-3750
                                  Email: jryan@cullenllp.com