UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JANE DOE, *et. al*,

      Plaintiffs,

    -against-

HOWARD ZUCKER, in his official capacity
as Commissioner of Health for the State of New
York, *et al.*,

      Defendants.

-------------------------------------------------------------------X

Case No.
1:20-cv-00840-BKS-CFH

## DECLARATION OF SERVICE

I, James G. Ryan, declare pursuant to 28 U.S.C. § 1746, that on September 24, 2020, I served the Notice of Motion, Affirmation of James G. Ryan (with Exhibits 1 and 2), and a Memorandum of Law upon Plaintiffs' counsel, and all counsel of record, by electronically filing the same on the Court's CM/ECF system.

Dated: September 24, 2020
      Garden City, New York

                                                                                            _____
                                                                               James G. Ryan (514300)
                                                                               Cullen and Dykman LLP
                                                                               *Attorneys for Defendants*
                                                                               100 Quentin Roosevelt Boulevard
                                                                               Garden City, New York 11530
                                                                               Phone: (516) 357-3750
                                                                               Email: jryan@cullenllp.com