UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE on behalf of herself and her minor child; JANE BOE, Sr. on behalf of herself and her minor child; JOHN COE, Sr. and JANE COE, Sr. on behalf of themselves and their minor children; JOHN FOE, Sr. on behalf of himself and his minor child; JANE GOE, Sr. on behalf of herself and her minor child; JANE LOE on behalf of herself and her medically fragile child; JANE JOE on behalf of herself and her medically fragile child; CHILDRENS HEALTH DEFENSE, and all others similarly situated,<br><br>                           Plaintiffs,<br>   -against-<br><br>HOWARD ZUCKER, in his official capacity as Commissioner of Health for the State of New York; ELIZABETH RAUSCH-PHUNG, M.D., in her official capacity as Director of the Bureau of Immunizations at the New York State Department of Health; the NEW YORK STATE DEPARTMENT OF HEALTH; THREE VILLAGE CENTRAL SCHOOL DISTRICT; CHERYL PEDISICH, acting in her official capacity as Superintendent, Three Village Central School District; CORINNE KEANE, acting in her official capacity as Principal Paul J. Gelinas Jr. High School, Three Village Central School District; LANSING CENTRAL SCHOOL DISTRICT; CHRIS PETTOGRASSO, acting in her official capacity as Superintendent, Lansing Central School District; CHRISTINE REBERA, acting in her official capacity as Principal, Lansing Middle School, Lansing Central School District; LORRI WHITEMAN, acting in her official capacity as Principal, Lansing Elementary School, Lansing Central School District; PENFIELD CENTRAL SCHOOL DISTRICT; DR. THOMAS PUTNAM, acting in his official capacity as Superintendent, Penfield Central School District; SOUTH HUNTINGTON SCHOOL DISTRICT; DR. DAVID P. BENNARDO, acting in his official capacity as Superintendent, South Huntington School District; BR. | **NOTICE OF APPEARANCE**<br><br>Docket No.   20-CV-0840<br>                           (BKS) (CFH) |

DAVID MIGLIORINO, acting in his official capacity as Principal, St. Anthony's High School, South Huntington School District; ITHACA CITY SCHOOL DISTRICT; DR. LUVELLE BROWN, acting in his official capacity as Superintendent, Ithaca City School District; SUSAN ESCHBACH, acting in her official capacity as Principal, Beverly J. Martin Elementary School, Ithaca City School Distrcit; SHENENDEHOWA CENTRAL SCHOOL DISTRICT; DR L. OLIVER ROBINSON, acting in his official capacity as Superintendent, Shenedehowa Central School District; SEAN GNAT, acting in his official capacity as Principal, Koda Middle School, Shenendehowa Central School District; ANDREW HILLS, acting in his official capacity as Principal, Arongen Elementary School, Shenendehowa Central School District; COXSACKIE-ATHENS SCHOOL DISTRICT; RANDALL SQUIER, Superintendent, acting in his official capacity as Superintendent, Coxsackie-Athens School District; FREYA MERCER, acting in her official capacity as Principal, Coxsackie Athens High School, Coxsackie-Athens School District; ALBANY CITY SCHOOL DISTRICT; KAWEEDA G. ADAMS, acting in her official capacity as Superintendent, Albany City School District; MICHAEL PAOLINO, acting in his official capacity as Principal, William S. Hackett Middle School, Albany City School District; and all others similarly situated,

Defendants.

**PLEASE TAKE NOTICE**, that CHELSEA WEISBORD, an associate of the firm SOKOLOFF STERN LLP, attorneys for defendants SOUTH HUNTINGTON UNION FREE SCHOOL DISTRICT s/h/a SOUTH HUNTINGTON SCHOOL DISTRICT, DAVID P. BENNARDO, THREE VILLAGE CENTRAL SCHOOL DISTRICT, CHERYL PEDISICH, CORINNE KEANE, ITHACA CITY SCHOOL DISTRICT, DR. LUVELLE BROWN, SUSAN ESCHBACH, ALBANY CITY SCHOOL DISTRICT, KAWEEDA G. ADAMS, and MICHAEL

2

PAOLINO, hereby files this notice for purpose of receiving ECF alerts via email. This notice is not intended, and should not be construed, as a waiver of any jurisdictional defenses.

Dated:  September 24, 2020
       Carle Place, New York

                          **SOKOLOFF STERN LLP**
*Attorneys for Defendants*
South Huntington Union Free School District s/h/a South Huntington School District, David P. Bennardo, Three Village Central School District, Cheryl Pedisich, Corinne Keane, Ithaca City School District, Dr. Luvelle Brown, Susan Eschbach, Albany City School District, Kaweeda G. Adams, and Michael Paolino

By:   */s/ Chelsea Weisbord*
      CHELSEA WEISBORD
      179 Westbury Avenue
      Carle Place, NY 11514
      (516) 334-4500
      File No. 200125

TO:   All counsel of record (via ECF)