UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
JANE DOE, on behalf of herself and her minor child; JANE
BOE, Sr. on behalf of herself and her minor child; JOHN
COE, Sr. and JANE COE, Sr. on behalf of themselves and
their minor children; JOHN FOE, Sr. on behalf of himself
and his minor child; JANE GOE, Sr. on behalf of herself and
her minor child; JANE LOE on behalf of herself and her
medically fragile child; JANE JOE on behalf of herself and
her medically fragile child; CHILDRENS HEALTH
DEFENSE, and all others similarly situated,

                      Plaintiffs,

                - against -

HOWARD ZUCKER, in his official capacity as
Commissioner of Health for the State of New York;
ELIZABETH RAUSCH-PHUNG, M.D., in her official
capacity as Director of the Bureau of Immunizations at the
New York State Department of Health; the NEW YORK
STATE DEPARTMENT OF HEALTH; THREE
VILLAGE CENTRAL SCHOOL DISTRICT; CHERYL
PEDISICH, acting in her official capacity as
Superintendent, Three Village Central School District;
CORRINE KEANE, acting in her official capacity as
Principal, Paul J. Gelinas Jr. High School, Three Village
Central School District; LANSING CENTRAL SCHOOL
DISTRICT, CHRIS PETTOGRASSO, acting in her official
capacity as Superintendent, Lansing Central School
District; CHRISTINE REBERA, acting in her official
capacity as Principal, Lansing Middle School, Lansing
Central School District; LORRI WHITEMAN, acting in her
official capacity as Principal, Lansing Elementary School,
Lansing Central School District; PENFIELD CENTRAL
SCHOOL DISTRICT; DR. THOMAS PUTNAM, acting in
his official capacity as Superintendent, Penfield Central
School District; SOUTH HUNTINGTON SCHOOL
DISTRICT; Br. David P. Bennardo, acting in his official
capacity as Superintendent, South Huntington School
District; BR. DAVID MIGLIORINO, acting in his official
capacity as Principal, St. Anthony's High School, South
Huntington School District; ITHACA CITY SCHOOL
DISTRICT; DR. LUVELLE BROWN, acting in his official

**NOTICE OF MOTION**

Civil Action No.:
1:20-CV-00840 (BKS) (CFH)

capacity as Superintendent, Ithaca City School District;
SUSAN ESCHBACH, acting in her official capacity as
Principal, Beverly J. Martin Elementary School, Ithaca City
School District; SHENENDEHOWA CENTRAL
SCHOOL DISTRICT; DR. L. OLIVER ROBINSON,
acting in his official capacity as Superintendent,
Shenendehowa Central School District; SEAN GNAT,
acting in his official capacity as Principal, Koda Middle
School, Shenendehowa Central School District; ANDREW
HILLS, acing in his official capacity as Principal, Arongen
Elementary School, Shenendehowa Central School
District; COXSACKIE-ATHENS SCHOOL DISTRICT;
RANDALL SQUIER, Superintendent, acting in his official
capacity as Superintendent, Coxsackie-Athens School
District; FREYA MERCER, acting in her official capacity
as Principal, Coxsackie-Athens High School, Coxsackie-
Athens School District; ALBANY CITY SCHOOL
DISTRICT; KAWEEDA G. ADAMS, acting in her official
capacity as Superintendent, Albany City School District;
MICHAEL PAOLINO, acting in his official capacity as
Principal, William S. Hackett Middle School, Albany City
School District; and all others similarly situated,

Defendants.

-------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the Declaration of Br. David Anthony Migliorino,

OSF, ("Br. Migliorino") and the accompanying Memorandum of Law in Support of Defendant's

Motion to Dismiss, and upon all prior pleadings and proceedings, Defendant Br. Migliorino will

move this Court before the Honorable Brenda K. Sannes, at the United States District Court for

the Northern District of New York, located in Syracuse, New York, on **Thursday, November 19,**

**2020** at 10:00 a.m., or another date and time to be determined by the Court, for an Order pursuant

to Fed. R. Civ. P. 12(b)(6) dismissing this action in its entirety, together with other and further

relief as this Court deems just and proper.

2

PLEASE TAKE FURTHER NOTICE that answering papers shall be served and filed by November 2, 2020 with reply papers to follow by November 9, 2020, in accordance with L.R. 7.1(b)(1).


Dated: New York, New York
       October 16, 2020

                                         BIEDERMANN HOENIG SEMPREVIVO
                                         A Professional Corporation

                                         By:   /s/ Elaine Chou
                                              Elaine Chou (702176)
                                              Meishin Riccardulli (702177)

                                         *Attorneys for Defendant*
                                         *Br. David Anthony Migliorino, OSF*

                                         60 East 42nd Street, 36TH Floor
                                         New York, NY 10165
                                         (646) 218-7560