

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES  
Attorney General

STATE COUNSEL DIVISION  
Litigation Bureau

Writer Direct: (518) 776-2620

October 26, 2020

Hon. Christian F. Hummel  
U.S. Magistrate Judge  
U.S. District Court  
Northern District of New York

Re:   *Doe, et al. v. Zucker, et al.,* No. 1:20-cv-0840 (BKS/CFH)

Dear Judge Hummel:

     I represent Defendants Howard Zucker, M.D., J.D., the Commissioner of the New York State Department of Health ("DOH"); Elizabeth Rausch-Phung, M.D., the Director of the Bureau of Immunizations for the DOH; and DOH in the above-entitled action.

     A Rule 16 Conference has been previously scheduled by the Court for November 16, 2020. However, the State Defendants filed a Motion to Dismiss on August 25, 2020, and it is still under the consideration of the Court, as is Plaintiffs' motion to amend their Complaint, and various other motions to dismiss from the other Defendants.

     Consequently, I respectfully ask that the Rule 16 Conference be taken off of the Court's calendar until these motions have been resolved by the Hon. Brenda K. Sannes.

     Thank you kindly for your consideration of this matter.

Respectfully yours,

*s/ Michael McCartin*

Michael G. McCartin  
Assistant Attorney General  
Bar Roll No. 511158

cc:   All Attorneys of Records *via ECF*