

Cullen and Dykman LLP
Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
T: 516.357.3700
F: 516.357.3792

**James G. Ryan**
Partner
Direct Dial: (516) 357-3750
jryan@cullenllp.com

October 26, 2020

**Via ECF**
Hon. Christian F. Hummel
U.S. Magistrate Judge
U.S. District Court
Northern District of New York

    Re:    *Doe, et al. v Zucker, et al.*
           Docket No:    20-CV-00840 (BKS)(CFH)

Dear Judge Hummel:

    This firm represents defendants Coxsackie-Athens School District, Randall Squier, Freya Mercer, Shenendehowa Central School District, Dr. L. Oliver Robinson, Sean Gnat, Andrew Hills, Penfield Central School District, Dr. Thomas Putnam, Lansing Central School District, Chris Pettograsso, Christine Rebera, and Lorri Whiteman ("Defendants") in the above referenced matter.

    Defendants join in the application of the State Defendants filed earlier today by letter from Assistant Attorney General, Michael G. McCartin, Esq., to adjourn the Rule 16 Conference currently scheduled for November 16, 2020. At this time, Defendants' motion to dismiss is returnable on November 3, 2020. In addition, motions to dismiss filed by other defendants are still under consideration and Plaintiffs have just filed a motion to amend the complaint. For these reasons, Defendants respectfully join the request of the State Defendants to remove the Rule 16 Conference from the calendar until the pending motions have been resolved.

    We thank you for your courtesy. Should you have any questions or require additional information, please do not hesitate to contact us.

                                                 Respectively submitted,

                                                 s/ *James G. Ryan*

                                                 James G. Ryan

    cc:    *All Attorneys of Record via ECF*