# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, et al.<br><br>      Plaintiffs,<br><br>      vs.<br><br>HOWARD ZUCKER, et al.<br><br>      Defendants. | Civil Action No.: 1:20 – CV – 0840 (BKS/CFH) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiff Jane Koe, on behalf of herself and her minor children, by and through undersigned counsel, hereby gives notice of their voluntary withdrawal as a named representative of this putative class action suit dismissal of her case without prejudice. All claims against the Shenendehowa School District defendants and any claims specific to this named plaintiff against the state level officials are voluntarily hereby dismissed and a revised proposed amended complaint is attached hereto accordingly.

Defendants have not answered or moved for summary judgment.

Dated:   October 26, 2020

          Ithaca, New York

Respectfully submitted,

By: *Sujata S. Gibson*
Sujata S. Gibson, Esq.
**The Gibson Law Firm, PLLC**
407 N. Cayuga St., Suite 201
Ithaca, New York 14850
(607)327-4125
sujata@gibsonfirm.law

*Attorneys for Plaintifff Jane Koe*

## PROOF OF SERVICE

I hereby certify that a true and correct copy of Notice of the foregoing Voluntary Dismissal, letter and new proposed amended complaint was served by ECF on October 26, 2020, on all counsel or parties of record in this matter.

*Sujata S. Gibson*

_____

Sujata S. Gibson

## SERVICE LIST

*For Defendants New York State Department of Health, Zucker and Raausch-Phung*
Letitia James, Esq., Attorney General of the State of New York
Michael McCartin, Esq., Assistant Attorney General
Andrew W. Koster, Esq., Assistant Attorney General
**Office of the Attorney General of the State of New York**
The Capital
Albany, New York 12224

*For Defendants Albany City School District, Adams, Paulino; Three Villages School District, Pedisch, Keane; South Huntington Central School District, Bennardo; and Ithaca City School District, Brown and Eschback*
Gregg T. Johnson, Esq.
Loraine C. Jelinek, Esq.
**Johnson & Laws, LLC**
646 Plank Road, Suite 205
Clifton Park, NY 12065

Adam I. Kleinberg
**Sokoloff Stern LLP**
179 Westbury Ave.
Carle Place, NY 11514

*For Defendants Coxsackie-Athens School District, Squire, Mercer; Shenendehowa Central School District, Robinson, Gnat, Hills; Penfield Central School District, Putnam; Lansing*

*Central School District, Pettograsso, Rebera, and Whiteman*
James G. Ryan, Esq.
**Cullen and Dykman LLP**
100 Quentin Roosevelt Boulevard
Garden City, NY 11530

*For Defendant Br. David Anthony Migliorino*
Joseph Kim, Esq.
Elaine Nancy Chou, Esq.
**Biedermann Hoenig Semprevivo a Professional Corporation**
One Grand Central Place
60 East 42nd Street, 36th Floor
New York, NY 10165