# THE GIBSON LAW FIRM, PLLC

SUJATA S. GIBSON, ESQ.
407 N. Cayuga Street, Suite 201
Ithaca, New York 14850

---

October 26, 2020

Writer Direct Line: (607) 327-4125

<u>VIA ECF</u>
The Honorable Judge Brenda K. Sannes
United States District Court Judge
Northern District of New York
PO Box 7336
Syracuse, NY 13261-7366

    Re:    Jane Doe et al. vs. Howard Zucker, et al., Case No.: 1:20-CV-0840 (BKS/CFH)

Dear Judge Sannes:

    Plaintiffs hereby submit a notice of dismissal of all claims against the Shenendehowa School District defendants and withdraw the Koe family as named plaintiffs in this action. I have attached a revised proposed amended complaint reflecting these changes and respectfully ask that it replace the one filed last Friday (Dkt 93).

    Respectfully Submitted,

    *s/Sujata S. Gibson*

    Sujata Gibson
    **The Gibson Law Firm, PLLC**
    *Attorneys for the Plaintiff*
    Bar Roll No. 517834
    sujata@gibsonfirm.law

CC:    all counsel of record (via ECF)