UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>HOWARD ZUCKER, et al.<br><br>Defendants. | Civil Action No.: 1:20 – CV – 0840 (BKS/CFH) |

**STIPULATED EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT MIGLIORINO'S MOTION TO DISMISS, FILED OCTOBER 16, 2020 (DKT 91)**

Plaintiffs and defendant Migliorino hereby stipulate and agree to extend the time period for briefing of defendant Migliorino's Motion to Dismiss filed October 16, 2020 as follows:

Plaintiffs' opposition shall be due November 10, 2020

Defendant's reply shall be due on November 17, 2020

This extension is meant to accommodate counsel for plaintiffs' current assignments and need for time to prepare a response.

For Plaintiffs

*/s/ Sujata S. Gibson*

Sujata S. Gibson
**The Gibson Law Firm, PLLC**
407 N. Cayuga Street, Suite 201
Ithaca, New York 14850
(607) 327-4125
Bar Roll No. 517834

For Defendant Migliorino

Elaine Chou
**Biedermann Hoenig Semprevivo**
60 East 42nd Street, 36th Floor
New York, NY 10165
(646) 218-7560

**<u>ORDER EXTENDING TIME FOR BRIEFING RELATED TO DEFENDANT MIGLIORINO'S MOTION TO DISMISS</u>**

Upon consideration of the stipulation filed by the parties, it is ORDERED that the parties shall adhere to the following schedule for briefing relating to defendant Migliorio's motion to dismiss, filed October 16, 2020.

Plaintiffs opposition shall be due November 10, 2020
Defendants reply shall be due November 17, 2020

Dated:

_____
U.S. DISTRICT JUDGE