

Cullen and Dykman LLP
Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
T: 516.357.3700
F: 516.357.3792

**James G. Ryan**
Partner
Direct Dial: (516) 357-3750
jryan@cullenllp.com

November 2, 2020

**Via ECF**
Hon. Judge Brenda K. Sannes
United States District Court Judge
Northern District of New York

      Re:    *Jane Doe, et al. v Howard Zucker, et al.*
             Docket No:    1:20-CV-00840-BKS-CFH

Dear Judge Sannes:

      This firm represents defendants Coxsackie-Athens School District, Randall Squier, Freya Mercer, Shenendehowa Central School District, Dr. L. Oliver Robinson, Sean Gnat, Andrew Hills, Penfield Central School District, Dr. Thomas Putnam, Lansing Central School District, Chris Pettograsso, Christine Rebera, and Lorri Whiteman ("Defendants") in the above referenced matter.

      Defendants are scheduled to file their Reply to Plaintiffs' Response (ECF 100) to Defendants' Motion to Dismiss (ECF 78) today. Defendants recognize that reply papers are limited to ten (10) pages under the Local Rules of Practice for this Court. We respectfully request permission to file one fifteen (15) page combined Reply on behalf of all of the Defendants responding to Plaintiffs' response to Defendants' Motion to Dismiss.

      On October 26, 2020, the Court granted Plaintiffs' request to file one forty-five (45) page response to Defendants' motion. The additional five (5) pages Defendants request are necessary to adequately address the additional allegations and legal arguments included in Plaintiffs' response and additional legal arguments related to certain claims against Defendants.

      We thank you for your courtesy. Should you have any questions or require additional information, please do not hesitate to contact us.

                              Respectively submitted,
                              /s/ James G. Ryan
                              James G. Ryan

      cc:    *All Attorneys of Record via ECF*