

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## ELECTRONIC NOTICE OF CIVIL APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

    Please take notice that on November 13, 2020 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

    I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that all the foregoing docket entries are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Syracuse, New York, this 17th day of November, 2020.

s/ *Joanne Bleskoski*

By:    Joanne Bleskoski
        Deputy Clerk

Clerk of Court

### Case Information

| | |
|---|---|
| Case Name & Case No. | Jane Doe, et al v. Howard Zucker, et al ~ 1:20-CV-840 (BKS/CFH) |
| Docket No. of Appeal: | 113 – Notice of Interlocutory Appeal |
| Document Appealed: | 92 – Order denying Motion for a Preliminary Injunction |
| Fee Status: | Paid _X_ (Filing fee $ 505, receipt number ANYNDC-5316654) |
| Counsel: | Retained _X_ |
| Time Status: | Timely _X_ |
| Motion for Extension of Time: | N/A _X_ |
| Certificate of Appealability: | N/A _X_ |