UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>HOWARD ZUCKER, et al.<br><br>Defendants. | Civil Action No.: 1:20 – CV – 0840 (BKS/CFH)<br><br>**CERTIFICATE OF SERVICE** |

The undersigned certifies that a true and correct copy of the following documents were served upon all counsel of record in this matter through ECF on November 17, 2020:

1. Unsigned Order to Show Cause;

2. Memorandum of Law in Support of Motion;

3. Declaration of Sujata Gibson, dated November 17, 2020;

4. Notice of Appeal and Decision and Order

Dated: November 17, 2020

                                            Respectfully submitted,

                                            s/*Sujata S. Gibson*
                                            Sujata S. Gibson, Esq., *Lead Counsel*
                                            The Gibson Law Firm, PLLC
                                            407 N. Cayuga Street, Suite 201
                                            Ithaca, NY 14850
                                            Tel: (607) 327-4125
                                            Email: sujata@gibsonfirm.law
                                            Bar Roll No. 517834