**BIEDERMANN·HOENIG·SEMPREVIVO**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

ONE GRAND CENTRAL PLACE
60 EAST 42ND STREET
NEW YORK, NY 10165
TEL 646·218·7560
FAX 646·218·7510
WWW.LAWBHS.COM

November 18, 2020

<u>Via ECF</u>

Honorable Brenda K. Sannes
United States District Court
Northern District of New York
P.O. Box 7336
Syracuse, New York 13261-7366

      Re:    *Jane Doe, et al. v. Howard Zucker, et al.*
            Case No.: 1:20-cv-840 (BKS/CFH)
           <u>Our File Number:   100.17990</u>

Dear Judge Sannes,

      We represent defendant Br. David Anthony Migliorino, OSF, in the above-referenced matter. In opposition to the Plaintiffs' Order to Show Cause dated November 17, 2020 (Dkt. No. 116), we respectfully join in the arguments of the State Defendants and Defendants South Huntington Union Free School District and Dr. David P. Bennardo regarding the issue of the District Court's lack of jurisdiction to decide this matter during the pendency of the Plaintiffs' interlocutory appeal.

      Respectfully,

      *Meishin Riccardulli*

      Meishin Riccardulli

CC:    ALL COUNSEL OF RECORD VIA ECF