# THE GIBSON LAW FIRM, PLLC

SUJATA S. GIBSON, ESQ.
407 N. Cayuga Street, Suite 201
Ithaca, New York 14850

---

November 20, 2020

Writer Direct Line: (607) 327-4125

<u>VIA ECF</u>
The Honorable Judge Brenda K. Sannes
United States District Court Judge
Northern District of New York
PO Box 7336
Syracuse, NY 13261-7366

     Re:    Jane Doe et al. vs. Howard Zucker, et al., Case No.: 1:20-CV-0840 (BKS/CFH)

Dear Judge Sannes:

     I respectfully ask to extend the time to submit my letter brief responses to the papers opposing our request to amend. Our responses are due on Monday, November 23,2020. We ask for an extension to file by Wednesday, November 25, 2020. I wrote to counsel yesterday evening asking if there are any objections. I have heard back from the Attorney General's office, counsel for Brother Migliorino and Attorney Kleinberg indicating no objection. I have not heard back from Attorney Johnson or Ryan with any objections thus far. The reason I seek the extension is that there are unexpected urgent matters to attend to in my cases and I have a family event this weekend that would make it difficult to meet the Monday deadline and the time sensitive matters that need to be attended to before.

                                       Respectfully Submitted,

                                       *s/Sujata S. Gibson*
                                       Sujata Gibson
                                       **The Gibson Law Firm, PLLC**
                                       *Attorneys for the Plaintiff*
                                       Bar Roll No. 517834
                                       sujata@gibsonfirm.law

CC:    All attorneys of record via ECF