UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JANE DOE on behalf of herself and her minor child;
JANE BOE, Sr. on behalf of herself and her minor
child; JOHN COE, Sr. and JANE COE, Sr. on behalf
of themselves and their minor children; JOHN FOE,
Sr. on behalf of himself and his minor child; JANE
GOE, Sr. on behalf of herself and her minor child;
JANE LOE, on behalf of herself and her medically
fragile child; JANE JOE on behalf of herself and her
medically fragile child; CHILDRENS HEALTH
DEFENSE, and all others similarly situated,

                                             Plaintiffs,

                -against-

HOWARD ZUCKER, in his official capacity as
Commissioner of Health for the State of New York
ELIZABETH RAUSCH-PHUNG, M.D., in her
official capacity as Director of the Bureau of
Immunizations at the New York State Department
of Health; NEW YORK STATE DEPARTMENT
OF HEALTH; THREE VILLAGE CENTRAL
SCHOOL DISTRICT; CHERLY PEDISICH, acting
in her official capacity as Superintendent of Three
Village Central School District; CORINNE
KEANE, acting in her official capacity as Principal,
Paul J. Gelinas Jr. High School, Three Village
Central School District; LANSING CENTRAL
SCHOOL DISTRICT; CHRIS PETTOGRASSO,
acting in her official capacity as Superintendent,
Lansing Central School District; CHRISTINE
REBERA, acting in her official capacity as
Principal, Lansing Middle School, Lansing Central
School District; LORRI WHITEMAN, acting in her
official capacity as Principal, Lansing Elementary
School, Lansing Central School District;
PENFIELD CENTRAL SCHOOL DISTRICT; DR.
THOMAS PUTNAM, as Superintendent of Penfield
Central School District; SOUTH HUNTINGTON
SCHOOL DISTRICT; DR. DAVID P.
BENNARDO, acting in his official capacity as
Superintendent, South Huntington School District;
BR. DAVID MIGLIORINO, acting in his officing

Case No.: 1:20-cv-00840-BKS-CFH

**NOTICE OF APPEARANCE**

capacity as Principal, St. Anthony's High School,
South Huntington School District; ITHACA CITY
SCHOOL DISTRICT; DR. LUVELLE BROWN,
acting in his official capacity as Superintendent,
Ithaca City School District; SUSAN ESCHBACH,
acting in her official capacity as Principal, Beverly
J. Martin Elementary School, Ithaca City School
District; SHENENDEHOWA CENTRAL
SCHOOL DISTRICT; DR. L. OLIVER
ROBINSON, acting in his official capacity as
Superintendent, Shenendehowa Central School
District; SEAN GNAT, acting in his official
capacity as Principal, Koda Middle School,
Shenendehowa Central School District; ANDREW
HILLS, acting in his official capacity as Principal,
Arongen Elementary School, Shenendehowa
Central School District; COXSACKIE-ATHENS
SCHOOL DISTRICT; RANDALL SQUIER,
Superintendent, acting in his official capacity as
Superintendent, Coxackie-Athens School District;
FREYA MERCER, acting in her official capacity as
Principal, Coxsackie-Athens School District;
ALBANY CITY SCHOOL DISTRICT;
KAWEEDA G. ADAMS, acting in her official
capacity as Superintendent, Albany City School
District; MICHAEL PAOLINO, acting in his
official capacity as Principal, William S. Hackett
Middle School, Albany School District; And all
others similarly situated,

Defendants.

-----------------------------------------------------------------x


PLEASE TAKE NOTICE, that Cullen and Dykman LLP has been retained by defendants,
Coxsackie-Athens School District, Randall Squier, Freya Mercer, Shenendehowa Central School
District, Dr. L. Oliver Robinson, Sean Gnat, Andrew Hills, Penfield Central School District, Dr.
Thomas Putnam, Lansing Central School District, Chris Pettograsso, Christine Rebera, and Lorri
Whiteman. I am admitted to practice in this District.

Dated: Garden City, New York
      December 4, 2020

CULLEN AND DYKMAN LLP

By:   <i>s/ Roxanne L. Tashjian</i>

Roxanne L. Tashjian (RT-2826)
Attorneys for Defendants

Coxsackie-Athens School District, Randall
Squier, Freya Mercer, Shenendehowa
Central School District, Dr. L. Oliver
Robinson, Sean Gnat, Andrew Hills,
Penfield Central School District, Dr.
Thomas Putnam, Lansing Central School
District, Chris Pettograsso, Christine
Rebera, and Lorri Whiteman
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516) 357-3750

To: Suja Gibson (517834)
   The Gibson Law Firm
   *Attorneys for Plaintiffs*
   407 N. Cayuga Street, Suite 201
   Ithaca, New York 14850
   (607) 327-4125