N.D.N.Y.
20-cv-840
Sannes, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of January, two thousand twenty-one.

Present:
    Guido Calabresi,
    Reena Raggi,
    Denny Chin,
        *Circuit Judges*.

---

Jane Doe, on behalf of herself and her minor child, et al.,

        *Plaintiffs-Appellants*,

Jane Goe, Sr.,

        *Plaintiff*,

    v.        20-3915

Howard Zucker, in his official capacity as Commissioner of Health for the State of New York, M.D., et al.,

        *Defendants-Appellees*,

Shenendehowa Central School District, et al.,

        *Defendants*.

---

Appellants move for an emergency injunction pending appeal. Upon due consideration, it is hereby ORDERED that the motion is DENIED because Appellants have not met the requisite standard. *See In re World Trade Ctr. Disaster Site Litig.*, 503 F.3d 167, 170 (2d Cir. 2007); *see also Respect Maine PAC v. McKee*, 562 U.S. 996, 996 (2010).

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

CERTIFIED COPY ISSUED ON 01/06/2021