

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## ELECTRONIC NOTICE OF CIVIL APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

    Please take notice that on March 1, 2021 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

    I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that all the foregoing docket entries are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Syracuse, New York, this 5th day of March, 2021.

*John Domurad*
Clerk of Court

s/ *Joanne Bleskoski*

By:   Joanne Bleskoski
        Deputy Clerk

### Case Information

| | |
|---|---|
| Case Name & Case No. | Jane Doe, et al v. Howard Zucker, et al ~ 1:20-CV-840 (BKS/CFH) |
| Docket No. of Appeal: | 141 - Notice of Appeal |
| Document Appealed: | 139 - Memorandum-Decision & Order & 140 - Judgment |
| Fee Status: | $505.00 Appeal Fee Paid  X  (Receipt # ANYNDC-5440448) |
| Counsel: | Retained  X |
| Time Status: | Timely  X |
| Motion for Extension of Time: | N/A  X |
| Certificate of Appealability: | N/A  X |