MANDATE

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of March, two thousand twenty-one,

_____

| | |
|---|---|
| Jane Doe, on behalf of herself and her minor child, Jane Boe, Sr., on behalf of herself and her minor child, John Coe, Sr., on behalf of himself and his minor children, Jane Coe, Sr., on behalf of herself and her minor children, John Foe, Sr., on behalf of himself and his minor child, Jane Loe, on behalf of herself and her medically fragile child, Jane Joe, on behalf of herself and her medically fragile child, Childrens Health Defense, and all others similarly situated, | ORDER<br>Docket No. 20-3915 |

        Plaintiffs - Appellants,

Jane Goe, Sr.,

        Plaintiff,

v.

Howard Zucker, in his official capacity as Commissioner of Health for the State of New York, M.D. Elizabeth Rausch-Phung, in her official capacity as Director of the Bureau of Immunizations at the New York State Department of Health, New York State Department of Health, Three Village Central School District, Cheryl Pedisich, acting in her official capacity as Superintendent, Three Village Central School District, Corinne Keane, acting in her official capacity as Principal, Paul J. Gelinas Jr. High School, Three Village Central School District, Lansing Central School District, Chris Pettograsso, acting in her official capacity as Superintendent, Lansing Central School District, Christine Rebera, acting in her official capacity as Principal, Lansing Middle School, Lansing Central School District, Lorri Whiteman, acting in her official capacity as Principal, Lansing Elementary School,

MANDATE ISSUED ON 09/23/2021

Lansing Central School District, Penfield Central School District, Dr. Thomas Putman, acting in his official capacity as Superintendent, Penfield Central School District, South Huntington School District, David P. Bernando, Dr., acting in his official capacity as Superintendent, South Huntington School District, BR. David Migliorino, acting in his official capacity as Principal, St. Anthony's High School, South Huntington School District, Ithaca City School District, DR. Luvelle Brown, acting in his official capacity as Superintendent, Ithaca City School District, Susan Eschbach, acting in her official capcity as Principal, Beverly J. Martin Elementary School, Ithaca City School District, Coxsackie-Athens School District, Randall Squier, Superintendent, acting in his official capacity as Superintendent, Coxsackie-Athens School District, Freya Mercer, acting in her official capacity as Principal, Coxsackie-Athens School District, Albany City School District, Kaweeda G. Adams, acting in her official capacity as Superintendent, Albany City School District, Michael Paolino, acting in his official capacity as Principal, William S. Hackett Middle School, Albany City School District; and all others similarly situated,

    Defendants - Appellees,

Shenendehowa Central School District, DR. L. Oliver Robinson, acting in his official capacity as Superintendent, Shenendehowa Central School District, Sean Gnat, acting in his official capacity as Principal, Koda Middle School, Shenendehowa Central School District Andrew Hills, acting in his official capacity as Principal, Arongen Elementary School, Shenendehowa Central School District,

    Defendants.
_____

  The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered" with a reinstatement date of September 20, 2021.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*Catherine O'Hagan Wolfe* [signature with Second Circuit seal]

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe* [signature with Second Circuit seal]